# EXHIBIT 1



# EXHIBIT 2



SAFETY STAR

Home

Safety Scoreboards

Safety Stoplights

Safety Bingo

Dry Erase Posters

More Products

Your Cart

## The "Original" B-SAFE Bingo Card

**Small Card Pricing**

| 0 – 1,999 | 2,000 – 4,999 | 5,000 – 20,000 | Over 20,000 |
|---|---|---|---|
| $0.09 Each | 10% Off | 20% Off | Please Call |

**Large Card Pricing**

| 0 – 1,999 | 2,000 – 4,999 | 5,000 – 20,000 | Over 20,000 |
|---|---|---|---|
| $0.12 Each | 10% Off | 20% Off | Please Call |

**Size**

Small - Credit Card Size - 2"x3.5"  ‹

**Color**

Yellow  ‹

$0.09

1

Add To Cart

PDFmyURL

**Description** | Additional information | Reviews (0)

## Description

These safety bingo cards have been used by thousands of businesses to reduce workers compensation expenses since 1992. Our small card is the original "credit card size" made from brightly colored, thick card stock. Perfect size for a wallet or billfold. **We now also offer a large regular size card measuring 3.7" X 4.25".** Orders for our stock B-SAFE Bingo Cards require no minimums and ship the same day as ordered.

## Here are 7 reasons why our Safety Bingo Cards are a "best" value:

1. Our stock and custom safety bingo card prices are the lowest in the country, we will not be under sold!

2. All of our cards are printed right here in the USA, no foreign printing!

3. Order the exact number of cards you need, no need to buy "packs" of cards that may not be used.

4. No art / set up charge for custom cards or existing card reorders, saving you $40 to $50 per order.

5. Reordering is simple, just e-mail or call us. We keep all your order history on file.

6. Our cards are made of thick 65 lb. cardstock and are more "tear resistant" than the competition.

7. All individual games come in a different color at no extra charge.

## Related products



SAFETY STAR

Products

Safety Scoreboards

Safety Bingo

Dry Erase Posters

Safety Stoplights

Contact Us

info@safetystar.com

(417) 581-6199

5157 N 22nd St
Ozark, MO 65721

Digital Timer Instructions

Download Manuals

Small Custom B-SAFE Bingo Card

Read More

New B-SAFE BINGO Combo Card

$0.09 – $0.12

Select Options



Large Custom B-SAFE Bingo Card

$0.12

Read More

# EXHIBIT 3

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,032,329**

Registered Dec. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

# EXHIBIT 4

# United States of America

## United States Patent and Trademark Office

# BSAFE BINGO

**Reg. No. 5,660,503**

**Registered Jan. 22, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Safety Star  (MISSOURI LIMITED LIABILITY COMPANY)
8206 Interlochen Dr.
Nixa, MISSOURI 65714

CLASS 28: Board games designed to promote employee safety awareness

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"BINGO"

SER. NO. 87-947,894, FILED 06-04-2018

Director of the United States
Patent and Trademark Office

# EXHIBIT 5



from an image

Bingo Card

Create your own
bingo card from
scratch

Untitled Bingo    5x5 ⌄

| B | I | N | G | O |
|---|---|---|---|---|

# Bingo Baker
Whip up a batch of bingo cards!

Bingo Card Generator   Bingo Cards   Help   Login/Sign Up

Find and customize one of the thousands of ready-made bingo cards, or use the simple bingo card generator to create your own. Then print as many cards as you need. You can even play virtual bingo using a computer, smartphone or tablet. It's fast and easy.

loteria    Find Cards

**Weather Bingo**

| B | I | N | G | O |
|---|---|---|---|---|
| cirrus clouds | hophoon | | el cumulus clouds | |
| fog | | nino | vane | |
| fog | Fujita | FREE! | climate | flood |
| la nina | humidity | | weather/flood | |
| stratus clouds | | | | |

**Number Bingo 1-75**

| B | I | N | G | O |
|---|---|---|---|---|
| 6 | 23 | 31 | 55 | 65 |
| 5 | 19 | 34 | 50 | 63 |
| 8 | 29 | Free! | 48 | 68 |
| 15 | 30 | 39 | 49 | 67 |
| 9 | 28 | 40 | 47 | 75 |

**BABY SHOWER**

| B | I | N | G | O |
|---|---|---|---|---|
| ONESIE | BABY FOOTIE | HEAD WASH | SLEEPER | BABY DIAPERS |
| ONESIE | BASINET | PACIFIER | SUPPORT | SOCKS |
| SIPPY CUP | | Free! | DIAPER RASH CREAM | DIAPER BAG |
| BABY BATH SEAT | CAR SEAT | | NURSING SHEETS | CRIB SHEETS |
| BOOTTIES | BOTTLES | WIPES | WASH CLOTHES | BREAST PADS | PUMP |
| | | Terry Cover | BABY BATH TOWEL | Pad |

**Sight Words**

| B | I | N | G | O |
|---|---|---|---|---|
| come | got | it | what? | there |
| where? | away | three | YES | she |
| two | | | ? | and |
| blue | | is | | can |
| | | | | look |
| | run | | WHO? | |



# Generator

**Instructions:** Enter your bingo card title, choose a size, and type your words into the squares.

You can drag-and-drop images into the squares and customize the color scheme.

To generate your bingo cards, click the "Generate" button.

Afterwards, you can print your bingo cards, or play a virtual bingo game.

## Features

- **New!** For question/answer-style bingo, flip over the square to enter a question/clue (which will appear on the call list)
- **Drag and drop images** from your computer to liven up your card
- **Print** 10 bingo cards or 10,000 with 1, 2 or 4 bingo cards per page
- **Play virtual bingo** from a computer, tablet or smartphone
- Use the automatically generated random **call list** to conduct your game
- Decide if you want to fix your words/images to a single column (like in traditional bingo), or shuffle them across the entire card.
- Customize the size of your card with 5x5, 4x4 and 3x3 grids
- Add as many words/images as you want
- Choose whether you want a free space or not
- Calculate the probability of

---

☑ The center square is the free space

☐ Shuffle items *only* within their column

Background ▢    Text ■    Grid Lines ■    Line Thickness [Thin ▾]

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Free! |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*Extra Words/images*
*(these will be mixed into your card above)*

Paste in a list of words

Add More

**Privacy Options**
◉ **Public**
Anyone can view your card. It will be indexed in search engines so

other people can find and use it.

○ **Hidden**
Only people who know the URL can access your card, and it will **not** be indexed by search engines.

○ **Private**
Only you can access the card.

**Generate**

> Consider the possibility of someone winning your bingo game after a certain number of calls

## How do I generate bingo cards?

Enter the bingo title, select the size of your bingo card grid, and type your items into the squares. Whatever items you enter into the squares will be shuffled around when the bingo cards are generated.

You can add numbers (like in traditional bingo), words, phrases, or pictures to your card. You can also customize the colors of the squares, and the bingo card itself.

**Tip:** You can put text and an image into a square. Use the text shadow to make the text "pop" against the background image. You can also change the vertical alignment of the text in the square so it does not cover the important parts of the image.

If your center square is the free space (and should not be shuffled around the card), make sure you check the "The center square is the free space" checkbox. Only 5x5 and 3x3 have a free space.

By default, when your cards are generated, the items are shuffled over the *entire* card. In traditional bingo, items are fixed to a certain column (and only shuffled within their respective column). To enable that, check the "Shuffle items only within their column" checkbox.

## How does question/answer-style bingo work?

When you create your card, you can flip over a square to enter a clue/question. Whatever you enter on the *back* of your square will appear in the call list for your bingo game. For example, to help kids learn animal words, you might put the word "Bear" on the front of the square, and a picture of the bear on the *back*. When you play the game, the image of the bear will appear in the call list for your students to see. If they recognize the literal word "Bear" on their card, they would mark it.

You can use question/answer-style bingo to quiz players about anything!

## How many bingo cards can I generate?

A 5x5 bingo card can generate 15511210043309859584000000 unique cards. A 3x3 bingo card can produce only 362880 bingo cards. Cards are randomly generated, so the probability of getting a duplicate is infinitesimal on a 5x5 card.

## How do I print bingo cards?

After generating bingo cards or finding an existing bingo card, enter the number of cards you want to print, and select how many cards you want to print per page. You can print 1, 2 or 4 cards per page. Make sure you switch to landscape print mode on your printer to print 2 cards per page.

## How do I play virtual bingo?

To play a virtual bingo game, simply send your players the bingo card URL. They can generate a virtual bingo card instantly. Here are more detailed instructions to play virtual bingo.

## How do I call items?

A call sheet is included with your bingo game. Simply read the items off in the order you see them. You can also print the call sheet, cut it out, and pull the items from a hat.

## How many items should I put on my bingo card?

You should at least fill the entire bingo card grid. A traditional number bingo card has 75 items. You can add up to 350 squares to your card.

## I need more help

See the help page. But I strongly recommend you just play around. It's bingo. You won't break anything.

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

# EXHIBIT 6



## Bingo Baker
Whip up a batch of bingo cards!

Bingo Card Generator    Bingo Cards    Help    Login/Sign Up

Preview

**BSAFE**

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

This bingo card has a free space and 24 words: 2, 13, 30, 43, 70, 14, 18, 35, 52, 65, 3, 20, 48, 61, 8, 16, 40, 55, 75, 12, 25, 45, 61 and 73.

## Print Bingo Cards

Print [ 8 ] pages, with [ 1 ˅ ] cards per page

☐ Show bingo title
☑ Include call list

[ Print ] or [ Download ]

## Play Online

Share this URL with your players:
bingobaker.com#1149675

For more control of your online game, create a clone of this card first.

Learn how to conduct a bingo game.

## Call List



## Probabilities

Full Screen  Print

## BSAFE 👍

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

# EXHIBIT 7

**Envision IP, LLC**
*Intellectual Property Law Firm*

350 5th Avenue, 59th Floor
New York, NY 10118
Ph.: 888-207-5560
Fax: 646-200-5227

**VIA USPS CERTIFIED MAIL AND EMAIL**

March 23, 2020

Matt Johnson
support@bingobaker.com

Re: Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503

Mr. Johnson:

Please be advised that this firm represents Safety Star LLC ("Safety Star") with respect to trademark-related matters. Safety Star is a leading provider of safety awareness programs and products for employers and workplaces.

Safety Star is the owner of U.S. Trademark Registration No. 2,682,647 for SAFETY STAR for "instruction sheets and posters designed to promote safety on the job", U.S. Trademark Registration No. 3,032,329 for B-SAFE for "bingo-type game cards for use in promoting safety", and U.S. Trademark Registration No. 5,660,503 for BSAFE BINGO for "board games designed to promote employee safety awareness" (collectively, the "Safety Star Trademarks"). A true and correct copy of these trademark registration certificates are attached for your review as Appendix A.

Safety Star has marketed and sold safety bingo products under the BSAFE and B-SAFE trademarks since at least 1992, and under the SAFETY STAR trademark since at least 2001. For example, attached as Appendix B is a copy of my Client's BSAFE safety bingo card.

It has come to our attention that you are illegally using the Safety Star Trademarks on downloadable and printable safety bingo cards. *See Appendices C & D.* Your website at <bingobaker.com> states, among other things, "Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need." *See Appendix E.*

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503
Matt Johnson

Customers, potential customers, and parties involved in the occupational and workplace safety industry are being misled into believing that your products and games bearing the Safety Star Trademarks are affiliated with, owned by, or approved by Safety Star. We thus consider your unauthorized uses of the Safety Star Trademarks to be an infringement of our rights.

Accordingly, we demand that that you immediately:

(1)   Cease use of the trademarks BSAFE, B-SAFE, and SAFETY STAR on all products and games that you offer, whether digitally or in print;

(3)   Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all business locations and any other physical locations where your products may be sold or advertised (such as distributors, re-sellers, and retail outlets);

(4)   Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all online accounts, such as websites, blogs, social media handles, or otherwise, where your products may be sold or advertised;

(5)   Agree in writing to refrain from using the trademarks BSAFE, B-SAFE, and SAFETY STAR, or any mark or logo confusingly similar to any of my Client's trademarks, in the future, in any form, either digitally or in print; and

(6)   Prevent visitors of <bingobaker.com> from generating, printing, or otherwise creating any bingo cards bearing any of the trademarks BSAFE, B-SAFE, and SAFETY STAR.

Confidential.                                2

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503
Matt Johnson

     My Client is prepared to pursue all available legal remedies to protect and enforce its trademark rights under applicable state and federal laws.  If I do not hear from you within ten (10) days of this letter to indicate compliance with the above requests, we shall assume that you have no interest in an amicable resolution. We will then have no choice but to pursue our legal remedies.

     Nothing stated in or omitted from this letter shall be construed as a waiver of any of Safety Star's rights, all of which are expressly reserved.

     Very truly yours,

     Maulin V. Shah, Esq.
     Attorney at Law

Enclosures

# APPENDIX A

Int. Cls.: **16 and 35**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102**

Reg. No. 2,682,647

## United States Patent and Trademark Office

Registered Feb. 4, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## SAFETY STAR

CULBERTSON, BEAU (UNITED STATES INDIVIDUAL)
8206 INTERLOCHEN ST.
NIXA, MO 65714

FOR: PRINTED INSTRUCTIONAL AND MOTIVATIONAL MATERIALS CONCERNING EMPLOYEE SAFETY, NAMELY, BROCHURES, CATALOGS, INSTRUCTION SHEETS AND POSTERS DESIGNED TO PROMOTE SAFETY ON THE JOB, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

FOR: BUSINESS CONSULTING SERVICES FOR EMPLOYERS CONCERNING SAFETY INCENTIVE AND AWARENESS PROGRAMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

SER. NO. 76-281,230, FILED 7-9-2001.

JOHN DALIER, EXAMINING ATTORNEY

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,032,329**

Registered Dec. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BSAFE BINGO

**Reg. No. 5,660,503**

**Registered Jan. 22, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Safety Star  (MISSOURI LIMITED LIABILITY COMPANY)
8206 Interlochen Dr.
Nixa, MISSOURI 65714

CLASS 28: Board games designed to promote employee safety awareness

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BINGO"

SER. NO. 87-947,894, FILED 06-04-2018



Director of the United States
Patent and Trademark Office

**APPENDIX B**



| B | • S | A | F | E |
|---|---|---|---|---|
| 14 | 30 | 39 | 53 | 65 |
| 10 | 23 | 31 | 55 | 70 |
| 12 | 25 | FREE 25 SPACE | 47 | 63 |
| 11 | 28 | 33 | 58 | 62 |
| 2 | 27 | 38 | 46 | 61 |

**SAFETY STARTS WITH YOU!**

**APPENDIX C**

PDFmyURL



# Bingo Baker

Whip up a batch of bingo cards!



## Print Bingo Cards

Print 1 ▾ cards per page

Print 8 pages

☑ Show bingo title
☑ Include word list

Print

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here:
bingobaker.com/play/1947762

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With 30 players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

### BSAFE Safety BINGO

| B | S | A | F | E |
|---|---|---|---|---|

# APPENDIX D



## Bingo Baker
### Whip up a batch of bingo cards!

## Safety Star BINGO

| S | A | F | T | Y |
|---|---|---|---|---|
| Pinch Point | E Zone | Frustration | SDS | First Responder |
| Inspection | Trip Hazard | Ladder Safety | Spotter | Hand Safety |
| Blitz Audit | Safety Cone | TAKE TWO | Safety Awareness | Ear Plugs |
| Pneumatic LOTO | Code 4 - Inclement Weather | Electrical Panel | Pedestrian Walkways | Loose Clothing |
| Ladder Safety | Machine Guard | Hearing Protection | Recordable | Code 1 Plant Evacuation |

## Print Bingo Cards

Print 1 ▾ cards per page

Print 8 ___ pages

☑ Show bingo title

☑ Include word list

[Print]

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here:
bingobaker.com/play/1108539

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With 30 ___ players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

This bingo card has the words: Take 2, Near Miss, OFI, First Aid, E Zone, Safety Scorecard, Zip Audit, LOTO, Inspection, Emergency Evacuation, Fatigue, Slip Trip Fall, Sharpe Edges, Repetitive Motion, Goggles, Blitz Audit, Loose Clothing, 5S, Hand Safety, Cell Phone Policy, Ladder Safety, Hand Safety, Coast Time, Machine Guard, Red Card, Recordable, Proper Lifting, PPE, Power Tool Safety, Pneumatic LOTO, Pinch Point, Pedestrian Walkways, Pedestrian Safety, Pedestrian Safety, Sharp Edges, Secondary LOTO, Seatbelt, SDS, Safety Scorecard, Safety Mentor, Safety Glasses, Safety Cone, Safety Awareness, Repetitive Motion, Loose Clothing, Leaning Items, Ladder Safety, JSA, Inspection, Hoist Inspection, Hearing Protection, Hand Safety, Gravitational LOTO, Goggles, Gloves, Gas LOTO, Frustration, Forklift Travel, Forklift Hot Zone, Code 2 Incipient Fire or Spill, Code 1 Plant Evacuation, Coast Time, Chemical Labeling, Cell Phone Policy, Bump Hazard, Blood Borne Pathogens, Blocked Exit, Blitz Audit, Blind Spot, Applied Force, Air Hose, Electrical LOTO, Ear Plugs, E Zone, Dust Mask, DTMs, Confined Space, Complacency, Code 4 - Inclement Weather, Code 3 First Responder, Forklift, First Responder, First Aid, First Aid, Fire Extinguisher, Fatigue, Fall Protection, OFI, No Stage Zone, No Jewelry, Near Miss, Moving Parts, Machine Guard, LOTO Try, LOTO, ZIP Audit, Trip Hazard, Team Work, Team Lift, Take 2, Stop Zone, Spotter, Spill Kit, Eye Wash, Ergonomics, Emergency Evacuation, Electrical Safety, Electrical Panels, Electrical Panel

**More like this:**

PERIOD 5 -7 SAFETY BINGO | Safety Star BINGO | Safety Star BINGO | Period 5 -7 Safety Star BINGO | Safety Star BINGO

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

# APPENDIX E



**Bingo Baker**
Whip up a batch of bingo cards!

Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need. You can even play online using a computer, smartphone or tablet. It's fast and easy.

Sports        Find Cards





Create your own bingo card from scratch

## Bingo Cards

**Instructions:** Just type your words into the grid on the left. You can give your

Clear Card

5x5 ▾

Untitled Bingo

| B | I | N | G | O |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

...n drop an image
...your copy

# EXHIBIT 8



## Bingo Baker
### Whip up a batch of bingo cards!

Bingo Card Generator   Bingo Cards   Help   Login/Sign Up

## Bingo Cards > Title:Bsafe Bingo Cards

title:bsafe     Clear   Search   Tips

☐ Only find cards with images

### BSAFE ✐
24 words / 0 images / Created 2021-06-29

| B | I | N | G | O |
|---|---|---|---|---|
| Safety is the key, its up to you and me | Before you start be safety smart | Safety is no accident | Safety begins with teamwork | Safety is free use it generously |
| The best safety device is a safe worker | Safety never takes a vacation | Safety rules are your best tools | Safety begins with S but starts with YOU | Every day is safety day |
| Keep your eyes on safety | At work, at home let safety be the norm | Free! | Be smart, safety habit | Get in the safety habit |
| A safer you is a safer me | Avoid the worst, put safety first | Safety is a choice you make | Safety fits like a glove | Before you do, take time to think through |
| Accident prevention starts from hazard attention | Lead the way, safely today! | Safety is in your hands | Being alert never hurts | Safety its everyone's job |

### BSAFE ✐
24 words / 0 images / Created 2017-07-12

| B | I | N | G | O |
|---|---|---|---|---|
| background | Assessment | Request | Emergency | SBAR |
| Phlebotomy | Fire | Oxygen | Recommendation | Wheelchair |
| Code 44 | Code pink | Slippery | Free! | Situation |
| Patient Transport | Patient | Biohazard | Code Red | Privacy |
| Security | CP | Read Back | Communicate | Risk Management |

PDFmyURL

## BSAFE

0 words / 24 images / Created 2021-09-10



| B | S | A | F | E |
|---|---|---|---|---|

## BSAFE

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

## BSAFE

24 words / 0 images / Created 2020-03-10

| B | S | A | F | E |
|---|---|---|---|---|
| Sunglasses | AED | Towel | Cellphone electric wire | Live |
| Trauma Sheers | Fire | Smoke | T-Shirt | Sunscreen |
| Oxygen Tubing | Gunman | Free! | Toxic Chemicals | Floatation Device |

## BSAFE BINGO

30 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| insured | Premium | shared risk | market value | policy |
| unattached structures | Liability coverage | 80% rule | liable | Endorsement |
| quote | underwriting | FREE! | Captive agent | flood |

## BSafe Bingo

24 words / 0 images / Created 2022-03-17

| B | S | A | F | E |
|---|---|---|---|---|
| 6 | 8 | 18 | 23 | 5 |
| 7 | 15 | 3 | 11 | 19 |
| 12 | 20 | Free! | 9 | 17 |
| 22 | 1 | 10 | 13 | 14 |
| 4 | 2 | 24 | 16 | 21 |

**PR BSAFE BINGO**

80 words / 0 images / Created 2020-04-21

| | |
|---|---|
| Life Jacket | Watch |
| Bathing Suit | Goggles |
| Rescue Tube | Knife |
| | Gloves |
| Pulse Oximeter | First Aid Kit |
| | Trauma Bag |

## BSAFE BINGO

34 words / 0 images / Created 2022-08-19

| B | I | N | G | O |
|---|---|---|---|---|
| Ladder Safety | Accident | OSHA | Pinch Point | Audits |
| Slip, trip,fall | Eco | Working at height | Bloodborne pathogens | Hotwork permit |
| Toolbox | Hazards | HSE | Storm | LOTO |
| Exit | Near Miss | Fire drill | Emergency | Lesson learnt |
| Temperature | WWTP | Assembly Point | Covid-19 | Risk Assessment |

**BSAFE Safety Buck Bingo**

80 words / 0 images / Created 2020-03-11

| | |
|---|---|
| insurer | adjuster | Homeowner |
| deductible | premium | Pru |
| exclusions | PIP | appraisal |
| liability insurance | | |

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!



**BINGO**

| B | I | N | G | O |
|---|---|---|---|---|
| S.S.Comfort | Parks closed | Beaches closed | 6ft People! 22 boxes of pasta left what if run out ??? | I only have |
| Politics vs Science | Changing daytime PJ's into nighttime PJ's | Thank you First line responders | Panic shopping | ALEXA! Pour me more Wine |
| Watched Tiger King | Jersey 4 Jersey | FREE | Times Square a ghost town | Italy |
| Swear the frig said "what do you want now?" | CDC | News morning noon & night | World Health Organization | Netflix |
| Stimulus CHECKS | UPS | Flatten the Curve | Covidiot | Virtual House Party woot! |

**BSAFE**

| B | S | A | F | E |
|---|---|---|---|---|
| Reduce Excessive Force, Motions | Electrical | SDS | Motion Injury Prevention | Back Injury Prevention |
| Faceshields | Housekeeping | Jacks | Air Hoses | Flammable Cabinets |
| Table | Work In the Power Zone | Free! | Bloodborne Pathogens | Allow for Movement and Stretching |
| Bandsaws | Hearing Protection | LOTO | Buffing | Eye Injury Prevention |
| Grinding | Preventing Strains and Sprains | Recording and Reporting Work Injuries and Illnesses | Compressed Gas | Fall Protection |

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

# EXHIBIT 9



# Bingo Baker

Whip up a batch of bingo cards!

Bingo Card Generator   Bingo Cards   Help   Login/Sign Up

## Bingo Cards > Title:"B-Safe" Bingo Cards

title:"b-safe"          Clear   Search   Tips

☐ Only find cards with images

### B-SAFE 👍

24 words / 0 images / Created 2016-02-10

| B | S | A | F | E |
|---|---|---|---|---|
| Ergonomics | No Accidents | Pay Attention | HAZCOM | Glass Safety |
| Safe Quality Foods | GMP's | Hearing Guarding Safety | Machine Guarding Safety | Back Safety |
| Electrical Safety | First Aid | Free! | Lockout Tagout | Job Hazard Analysis | Eyes On the Task |
| Zero Accidents | Personal Protective Equipment | Lockout Tagout | Fire Safety | Slips, Trips and Falls |
| Wet Floor Danger | Hand Safety | Respiratory Protection | Eye Protection | Near Miss Reporting |

### B-SAFE 👍

24 words / 0 images / Created 2017-08-13

1 similar card

| B | S | A | F | E |
|---|---|---|---|---|
| 2 | 41 | 57 | 60 | 61 |
| 17 | 6 | 40 | 13 | 65 |
| 29 | 10 | Free! | 59 | 35 |
| 32 | 1 | 72 | 48 | 73 |
| 55 | 25 | 70 | 26 | 22 |

PDFmyURL

**B-Safe BINGO** ☜

95 words / 0 images / Created 2022-04-11

| B | S | A | F | E |
|---|---|---|---|---|
| 116 | 4.1 | 2.7 | 127 | 218 |
| 129 | 401 | 114 | 202 | 117 |
| 213 | 216 | Free! | 220 | 4.14 |
| 4.15 | 205 | 217 | 219 | 215 |
| 209 | 108 | 211 | 103 | 2.13 |

**B-SAFE EHS BINGO!** ☜

24 words / 1 image / Created 2021-03-11

| B | S | A | F | E |
|---|---|---|---|---|
| Learn from Operator in Rewind | Learn from Operator in Extrusion | Safe PIV Pedestrian Interaction | Print Picture for Entry Safety Board | Safe PIV Driving |
| Learn from Operator in Press | Assist In Proper Team Lifting | Proper Use of LOTO | Conduct Risk Assessment | Conduct All Shift Inspections |
| Submit Near Miss | Help Clean NOT Your Area |  | Learn from Operator in Ship/Rec. | Your Choice Write-In: |
| Took time to stretch with Co-Worker | Team Lead Write-In: | Complete ECHO | Clean Your area | Come talk to Anissa about Safety Idea |
| Cut Gloves Worn | ALL PPE Worn | Give Safety Feedback to Co-Worker | Store / Label Chemicals Properly | Inspect tools in area / replace old |

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

# EXHIBIT 10



# Bingo Baker

Whip up a batch of bingo cards!

Bingo Card Generator   Bingo Cards   Help   Login/Sign Up

Bingo Cards > Title:"Bsafe Bingo" Bingo Cards

Title:"bsafe bingo"     Clear   Search   Tips

☐ Only find cards with images



**BSAFE BINGO** 👆
30 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| insured | Premium | shared risk | market value | policy |
| unattached structures | Liability coverage | 80% rule | liable | Endorsement |
| quote | underwriting | FREE! | Captive agent | flood |
| adjuster | Homeowner | premium | PIP | appraisal |
| insurer | deductible | Pru | exclusions | liability insurance |

**Bsafe Bingo** 👆
24 words / 0 images / Created 2022-03-17

| B | S | A | F | E |
|---|---|---|---|---|
| 6 | 8 | 18 | 23 | 5 |
| 7 | 15 | 3 | 11 | 19 |
| 12 | 20 | Free! | 9 | 17 |
| 22 | 1 | 10 | 13 | 14 |
| 4 | 2 | 24 | 16 | 21 |

PDFmyURL

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

## BSAFE BINGO

34 words / 0 images / Created 2022-08-19

| B | I | N | G | O |
|---|---|---|---|---|
| Ladder Safety | Accident | OSHA | Pinch Point | Audits |
| Slip, trip, fall | Eco | Working at height | Bloodborne pathogens | Hotwork permit |
| Toolbox | Hazards | HSE | Storm | LOTO |
| Exit | Near Miss | Fire drill | Emergency | Lesson learnt |
| Temperature | WWTP | Assembly Point | Covid-19 | Risk Assessment |

## PR BSAFE BINGO

89 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| S.S.Comfort | Parks closed | Beaches closed | 6ft People! it's not hard! | I only have 22 boxes of pasta left what if I run out ??? |
| Politics vs Science | Changing daytime PJ's into nighttime PJ's | Thank you First line responders | Panic shopping | ALEXA! Pour me more wine |
| Watched Tiger King | Jersey 4 Jersey | FREE | Times Square a ghost town | Italy |
| Swear the frig said "what do you want now?" | CDC | News morning noon & night | World Health Organization | Netflix |
| Stimulus CHECK$ | UPS | Flatten the Curve | Covidiot | Virtual House Party woot! |

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up



# EXHIBIT 12



# EXHIBIT 13

## Search Tips

By default, BingoBaker will search the **title, and words/clues** for anything matching your query. Searches are case insensitive. But BingoBaker also has some advanced search operators you can use for better searching.

### Quick Examples

`+title:animals +created:[2020-10-01 TO 2020-10-31]`
Find bingo cards with "animals" in the title, that were created during October, 2020

`corpus:"milton friedman" -economics`
Find bingo cards with a word or clue containing the exact phrase "milton friedman", but nothing in the BingoBaker mentions "economics".

`corpus:(milton friedman) +created:[2020-01-01 TO *]`
Find bingo cards with "milton" or "friedman" in any word/clue (with a preference for bingo cards containing both terms) that were created after the beginning of 2020.

`"milton friedman"`
Find bingo cards containing the exact phrase "Milton Friedman".

`milton friedman +items:[50 TO *]`
Find bingo cards containing the words milton or friedman (with a preference for bingo cards containing both terms) that have 50 or more words/images.

## Should, Must and Must Not

You are probably used to using boolean operators like AND, OR and NOT for doing searches. BingoBaker uses different operators **+** (MUST) and **-** (MUST NOT). A space is implicit for the SHOULD operator.

## Examples

`sin cos tan`
At least one of those terms must be in the card, with a preference for bingo cards that include more matching terms. These terms are implicitly joined with a space (which is the SHOULD operator).

`Milton +Friedman`
The term "Friedman" *must* be in the card somewhere, with a preference for bingo cards that mention "Milton" too.

`Economics economy -Friedman`
Find bingo cards that mention economics or economy that don't mention "Friedman" at all.

You can also use parentheses for grouping.

`Economics economy -(Friedman Hayek)`
Find bingo cards that mention economics or economy that don't mention "Friedman" nor "Hayek" at all.

## Field Specific Searches (title, corpus, created, images, words, items, clues)

`title:(american history)` searches for bingo cards that have "american" or "history" in the title. The **parentheses are required if you enter multiple words**. Without parentheses, `title:american history` would find bingo cards with "american" in the title, or "history" *anywhere* within the card.

`corpus:"como se llama"` finds bingo cards with that exact phrase in any of the words/clues (the `corpus` field encompasses every word/clue).

`created:[2020-10-31 TO *]` finds bingo cards created on or after Halloween 2020.

`created:{2020-10-31 TO 2020-12-31}` finds bingo cards created after Halloween 2020, but before the new year (use {} for exclusive ranges, and [] for inclusive ranges).

`words:[50 TO 100]` finds bingo cards with 50 to 100 words (inclusive).

`images:[5 TO *]` finds bingo cards with 5 or more images.

`items:[75 TO *]` finds bingo cards with 75 or more words or images.

`clues:[25 TO *]` finds bingo cards with 25 or more clues.

Note: The free space does not count towards the words/images/items/clues count.

# EXHIBIT 14



**Bingo Card Generator**   **Bingo Cards**   **Help**   **Login/Sign Up**

Whip up a batch of bingo cards!

## Login

Username or Email:

Password:

[ Login ]          *Trouble logging in?*

## Join Bingo Baker!

A **lifetime** membership to Bingo Baker is just $24.95. Benefits include:

✓ **Totally UNLIMITED Usage**
Create and use as many cards as you want. Print as many cards as you want, upload as many images as you want, and play with as many people as you want!

✓ **Privacy Control**
Make your games private and hide them from search engines.

✓ **A Custom Online Bingo Experience**
Change the play online instructions/text; collect the name, email, or other identifier from online players; customize the bingo dauber. No BingoBaker branding on any page!

✓ **Real-time Bingo Dashboard**
See every player's card in real-time. Quickly verify a bingo. Invite players via email directly from Bingo Baker. Clear, scramble and delete cards easily.

and more!

[ Sign Up! ]

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

PDFmyURL

# EXHIBIT 15    Case 2:23-cv-01399   Document 1-1   Filed 09/08/23   Page 37 of 37

The Wayback Machine - https://web.archive.org/web/20150323191934/https://bingobaker.com/account/login/



Home | **Login/Sign Up** | Search for Bingo Cards | About

# Login

Username:

Password:

Login

If you forget your password, you can reset it

## Become a Bingo Baker Member

It's $9.95 for a lifetime membership. Member benefits include:

- A fancy bingo card manager
- Full printing capabilities (more than 8 cards)
- Editing privileges
- A public list of all your bingo cards
  (ex: bingobaker.com/1)

Sign Up!