HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:23-cv-01399-BHS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT APTIBYTE, LLC'S MOTION FOR FEES AND A STAY PURSUANT TO FED. R. CIV. P. 41(d) |

THIS MATTER came before the Court on Defendant Aptibyte, LLC's Motion for Fees and a Stay Pursuant to FED. R. CIV. P. 41(d). The Court, having considered the Motion, any response and/or reply, the record herein, and being fully advised in the premises, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff Safety Star, LLC is hereby ordered to pay Defendant Aptibyte, LLC a total of $36,195 in attorneys' fees incurred in defending against Safety Star's first-filed action – *Safety Star, LLC v. Aptibyte, LLC*, No. 3:23-cv-05440-DGE (W.D. Wash.) – which raised the same operative allegations and alleged some of the same claims against Aptibyte.

2. This action, including all pending deadlines, is hereby stayed until such time as the parties provide notice to the Court that the payment specified in paragraph 1 has been made by Safety Star to Aptibyte.

//

[PROPOSED] ORDER GRANTING RULE 41(d) MOTION
(Case No. 2:23-cv-01399-BHS) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

IT IS SO ORDERED.

Dated this ___ day of _____, 2023.

_____
Benjamin H. Settle
United States District Judge

Presented by:
FOCAL PLLC

By:    *s/ Stacia N. Lay*
       *s/ Randall H. Moeller*
       Stacia N. Lay, WSBA #30594
       Randall H. Moeller, WSBA #21094
       900 1st Avenue S., Suite 201
       Seattle, Washington 98134
       Tel: (206) 529-4827
       Fax: (206) 260-3966
       Email: stacia@focallaw.com
       Email: randall@focallaw.com

Attorneys for Defendant Aptibyte, LLC

[PROPOSED] ORDER GRANTING RULE 41(d) MOTION
(Case No. 2:23-cv-01399-BHS) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966