# EXHIBIT 4

# EXHIBIT 16

## <u>TRADEMARK ASSIGNMENT AGREEMENT</u>

WHEREAS, Beau Culbertson, having an address as 8206 Interlochen Dr, Nixa, Missouri 65714 (hereinafter referred to as ASSIGNOR), is the owner of the following trademarks (hereinafter, "Trademarks"), together with the goodwill of the business symbolized thereby in connection with the goods and services on which the Trademarks are used:

| Ref. # | Mark |
|---|---|
| U.S. Trademark Reg. # 3032329 | B-SAFE |
| U.S. Trademark Reg. # 5660503 | BSAFE BINGO |

WHEREAS, Safety Star LLC., a limited liability company organized under the law of the State of Missouri, and having a business address at 8206 Interlochen Dr., Nixa, Missouri 65714 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title and interest in and to the Trademarks;

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sell, assign and transfer unto said ASSIGNEE, the entire right, title and interest in and to the Trademarks together with: (1) the goodwill of the business relating to the goods and services in respect upon which the Trademarks are respectively used and for which they are registered: (2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the Trademarks, including without limitation, damages, and payments for past or future infringements and misappropriations of the Trademarks: and (3) all rights to sue for past, present and future infringements or misappropriations of the Trademarks; the Trademarks to be held and enjoyed by ASSIGNEE and its successors and assigns for their use and benefit and of their successors and assigns as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made. ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to assign the Trademarks to ASSIGNEE. ASSIGNOR agrees to execute all instruments and documents required for the for litigation regarding the Trademarks, or for the purpose of protecting title to the Trademarks therefor.

6/4/2018
Date

Beau Culbertson (Assignor)
Beau Culbertson

Safety Star LLC Trademark Assignment

I certify that I know or have satisfactory evidence that Beau Culbertson signed this instrument of his/her own free will, as a voluntary act for the uses and purposes mentioned in the instrument.

Date _6/4/2018_

Signed at _Ozark, MO     USA_
(City, State or Country)

_Carrie Tryon_
(Name of Witness)

_Carrie Tryon_
(Signature of Witness)

_6/4/2018_
Date

**SAFETY STAR, LLC**

_Beau Culbertson_ (Assignee)
(Signatory Signature)

_Beau Culbertson / Managing Member_
(Assignee Signatory Name, Title)