# EXHIBIT 7

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1　　　　　　　　　　　　　　　　　　　　ETAS ID: TM836734
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 01/22/2019 |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Beau Culbertson | | 08/17/2023 | INDIVIDUAL: |

## RECEIVING PARTY DATA

| Name: | Safety Star LLC |
|---|---|
| Street Address: | 8206 Interlochen Dr. |
| City: | Nixa |
| State/Country: | MISSOURI |
| Postal Code: | 65714 |
| Entity Type: | Limited Liability Company: MISSOURI |

## PROPERTY NUMBERS Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5660503 | BSAFE BINGO |
| Registration Number: | 3032329 | B-SAFE |

## CORRESPONDENCE DATA

Fax Number: 6462005227

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 888-307-6807
Email: maulin.shah@envisionip.com
Correspondent Name: Maulin V. Shah
Address Line 1: 1345 Avenue of the Americas
Address Line 2: 2nd Floor
Address Line 4: New York, NEW YORK 10105

| NAME OF SUBMITTER: | Maulin V. Shah |
|---|---|
| SIGNATURE: | /Maulin V. Shah/ |
| DATE SIGNED: | 09/04/2023 |

Total Attachments: 4
source=BSAFE#page1.tif
source=BSAFE#page2.tif
source=BSAFE#page3.tif

OP $65.00 5660503

TRADEMARK
REEL: 008187 FRAME: 0127

## NUNC PRO TUNC TRADEMARK ASSIGNMENT AGREEMENT

WHEREAS, I, Beau Culbertson, having an address at 8206 Interlochen Dr., Nixa, MO 65714 (hereinafter referred to as ASSIGNOR), is the owner of the following trademark (hereinafter, "Trademark"), together with the goodwill of the business symbolized thereby in connection with the goods and services on which the Trademark is used:

| Registration | Mark | Registration Date |
|---|---|---|
| U.S. Trademark Reg. # 3032329 | B-SAFE | December 20, 2005 |

WHEREAS, Safety Star LLC, a limited liability company organized under the laws of the State of Missouri, and having a business address at 8206 Interlochen Dr., Nixa, MO 65714 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title and interest in and to the Trademark;

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers unto said ASSIGNEE *nunc pro tunc* effective as of January 22, 2019, the entire right, title and interest in and to the December 20, 2005 trademark described herein, together with: (1) the goodwill of the business relating to the goods and services in respect upon which the Trademark is respectively used and for which it is registered; (2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the Trademark, including without limitation, damages, and payments for past or future infringements and misappropriations of the Trademark; and (3) all rights to sue for past, present and future infringements or misappropriations of the Trademark; the Trademark to be held and enjoyed by ASSIGNEE and its successors and assigns for their use and benefit and of their successors and assigns as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made.

[This space intentionally left blank.]

Safety Star LLC *Nunc Pro Tunc* Trademark Assignment Agreement

ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to assign the Trademark to ASSIGNEE. ASSIGNOR agrees to execute all instruments and documents required for the for litigation regarding the Trademark, or for the purpose of protecting title to the Trademark therefor.

In testimony whereof, ASSIGNOR has signed this instrument this 17th day of August 2023.

___8/17/2023___  ___Beau Culbertson___ (Assignor)
Date                       Beau Culbertson

I certify that I know or have satisfactory evidence that Beau Culbertson signed this instrument of his/her own free will, as a voluntary act for the uses and purposes mentioned in the instrument.

Date ___8/17/2023___              Signed at ___Ozark, Mo / USA___
                                              (City, State or Country)
___Carrie Nelson___                  ___Carrie Nelson___
(Name of Witness)                      (Signature of Witness)

**SAFETY STAR, LLC**

___8/17/2023___  ___Beau Culbertson___ (Assignee)
Date                     (Signatory Signature)

___Beau Culbertson / Managing Member___
(Assignee Signatory Name, Title)

2

**TRADEMARK**
**REEL: 008187 FRAME: 0129**

## NUNC PRO TUNC TRADEMARK ASSIGNMENT AGREEMENT

WHEREAS, I, Beau Culbertson, having an address at 8206 Interlochen Dr., Nixa, MO 65714 (hereinafter referred to as ASSIGNOR), is the owner of the following trademark (hereinafter, "Trademark"), together with the goodwill of the business symbolized thereby in connection with the goods and services on which the Trademark is used:

| Registration | Mark | Registration Date |
|---|---|---|
| U.S. Trademark Reg. # 5660503 | BSAFE BINGO | January 22, 2019 |

WHEREAS, Safety Star LLC, a limited liability company organized under the laws of the State of Missouri, and having a business address at 8206 Interlochen Dr., Nixa, MO 65714 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title and interest in and to the Trademark;

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers unto said ASSIGNEE *nunc pro tunc* effective as of January 22, 2019, the entire right, title and interest in and to the January 22, 2019 trademark described herein, together with: (1) the goodwill of the business relating to the goods and services in respect upon which the Trademark is respectively used and for which it is registered; (2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the Trademark, including without limitation, damages, and payments for past or future infringements and misappropriations of the Trademark; and (3) all rights to sue for past, present and future infringements or misappropriations of the Trademark; the Trademark to be held and enjoyed by ASSIGNEE and its successors and assigns for their use and benefit and of their successors and assigns as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made.

[This space intentionally left blank.]

**TRADEMARK**
**REEL: 008187 FRAME: 0130**

Safety Star LLC *Nunc Pro Tunc* Trademark Assignment Agreement

ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to assign the Trademark to ASSIGNEE. ASSIGNOR agrees to execute all instruments and documents required for the for litigation regarding the Trademark, or for the purpose of protecting title to the Trademark therefor.

In testimony whereof, ASSIGNOR has signed this instrument this 17th day of August 2023.

8/17/2023      *Beau Culbertson* _____ (Assignor)
Date           Beau Culbertson

I certify that I know or have satisfactory evidence that Beau Culbertson signed this instrument of his/her own free will, as a voluntary act for the uses and purposes mentioned in the instrument.

Date 8/17/2023      Signed at Ozark, MO / USA
                                                           (City, State or Country)

*Carrie Nelson*          *Carrie Nelson*
(Name of Witness)          (Signature of Witness)

**SAFETY STAR, LLC**

8/17/2023      *Beau Culbertson* _____ (Assignee)
Date           (Signatory Signature)

Beau Culbertson / Managing Member
(Assignee Signatory Name, Title)

2