# EXHIBIT 8A

*Safety Star I* Amended Complaint

Summary

Summary of Comments on
Acr449409142080019633127.9.tmp

357

Total Changes

 Shows Replacements



Shows Insertions

Shows Deletions



Case 3:23-cv-05440-DGE   Document 15   Filed 07/28/23   Page 1 of 11

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SAFETY STAR, LLC., a Missouri
limited liability company,

    Plaintiff,

vs.

APTIBYTE, LLC, a Washington
limited liability company,

    Defendant.

Civil Action No. 23-05440-DGE

FIRST AMENDED COMPLAINT
FOR TRADEMARK
INFRINGEMENT, FALSE
DESIGNATION OF ORIGIN,
UNFAIR COMPETITION, AND
TORTIOUS INTERFERENCE
WITH ECONOMIC RELATIONS

**Page: 2**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Replaced
[Old]: "1 2 3 4 5 6 7 8 9"
[New]: "ENVISION IP L.L.C."

Font "TimesNewRomanPSMT" changed to "GoudyOldStyleT-Regular".
Font-size "13.92" changed to "0".

Text Replaced
[Old]: "23-05440-DGE 12 13 14 15 Plaintiff, vs. APTIBYTE, LLC, a Washington limited liability company, FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND TORTIOUS INTERFERENCE WITH ECONOMIC RELATIONS"
[New]: "2:23-CV-01399 COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, CONTRIBUTORY TRADEMARK INFRINGEMENT, AND VICARIOUS TRADEMARK INFRINGEMENT DEMAND FOR JURY TRIAL 12 Plaintiff, vs. APTIBYTE, LLC, a Washington limited liability company, 13 14 15"

Font-color changed.

Text Replaced
[Old]: "ENVISION IP L.L.C. LAW OFFICES 1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 10105 27 28"
[New]: "27 28 COMPLAINT CASE NO. _____"

Font "GoudyOldStyleT-Regular" changed to "TimesNewRomanPSMT".
Font-size "0" changed to "13.92".

Text Deleted
"_____ _____"

Text Inserted
"FLOOR NEW YORK, NEW YORK 10105 1 2 3 4 5 6 7 8 9"

Text Inserted
"_____"

Text Inserted
"_ _"

Text Inserted
"LAW OFFICES"

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND"

ENVISION IP

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

1   Plaintiff Safety Star, LLC ("Plaintiff"), by and through its attorneys, files this

2   First Amended Complaint ("Complaint") against Defendant Aptohyte LLC

3   ("Defendant"), alleging as follows:

**PARTIES**

5   1.   Plaintiff is a Missouri limited liability company that provides an array

6   of safety awareness programs and products, including safety bingo kits and cards.

7   Plaintiff has been in business for over 30 years, and has a principal place of

8   business in Ozark, Missouri.

9   2.   Defendant is a Washington limited liability company having a

10   principal place of business at 10013 NE Hazel Dell Ave., # 212, Vancouver, WA

11   98685-5203, and a registered address at 605 NW 94th St., Vancouver, WA 98665.

12   3.   On information and belief, Defendant occasionally does business

13   under its company name.

14   4.   On information and belief, Defendant is also does business under the

15   fictitious name "Bingo Baker".

16

17   **JURISDICTION AND VENUE**

18   5.   This court has subject matter jurisdiction under 28 U.S.C. §§ 1331

19   and 1338, in that this action arises under Acts of Congress relating to trademarks,

20   and the claims for unfair competition under state law are joined with substantial

21   and related claims brought under the federal trademark laws.

22   6.   This court likewise has diversity jurisdiction under 28 U.S.C. § 1332

23   in that the matter in controversy exceeds the sum or value of $75,000, exclusive of

24   interests and costs, and is between citizens of different states in that Plaintiff has its

25   principal place of business in the state of Missouri, and Defendant has its principal

26   place of business in the state of Washington.

27   7.   Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) in

28   that a substantial part of the events giving rise to the claim occurred in this district

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 2 -

ENVISION IP
LLC
1740 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NEW YORK 10019

Page: 3

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"First Amended"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

1  and that Defendant is subject to the court's subject matter and/or personal

2  jurisdiction with respect to this action as indicated in the preceding paragraphs.

3

4  **FACTUAL BACKGROUND**

5  8.  Plaintiff was founded by Mr. Albert Culbertson in 1989, and since its

6  founding, Plaintiff has sold a variety of safety awareness programs and products to

7  consumers throughout the United States and across the world.

8  9.  Plaintiff has manufactured, marketed, and sold a proprietary safety

9  bingo program under the trademarks B-SAFE and BSAFE BINGO (the "B-SAFE

10  Bingo Program") since January 1992, long before Defendant's acts described

11  herein.

12  10.  Since at least January 1992, Plaintiff has continuously manufactured,

13  marketed, and sold the B-SAFE Bingo Program in commerce throughout the

14  United States.

15  11.  Plaintiff has invested significant time, effort, and expense in

16  advertising, marketing, and promoting the B-SAFE Bingo Program, and has

17  enjoyed significant consumer recognition and goodwill as a result.

18  12.  Attached as **Exhibit 1** is a true and correct copy of a game card from

19  Plaintiff's B-SAFE Bingo Program.

20  13.  Plaintiff markets and offers for sale its B-SAFE Bingo Program

21  directly to consumers, such as through its website at www.safetystar.com as shown

22  in **Exhibit 2.**

23  14.  Plaintiff's continuous and exclusive use of its B-SAFE and BSAFE

24  BINGO trademarks and the intellectual property associated therewith resulted in

25  generating goodwill and consumer recognition in connection with the B-SAFE

26  Bingo Program throughout the United States.

27  15.  Consumers therefore recognize the B-SAFE Bingo Program as the

28  original and authentic safety bingo product that they trust for their workplace

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE    - 3 -

Page: 4
Text Replaced [Old]: "07/28/23" [New]: "09/08/23"
Text Replaced [Old]: "3:23-cv-05440-DGE" [New]: "2:23-cv-01399"
Text Replaced [Old]: "15" [New]: "1"
Text Replaced [Old]: "11" [New]: "13"
Text Deleted "FIRST AMENDED"
Text Deleted "23-05440-DGE"



1  safety training efforts.

2  **PLAINTIFF'S TRADEMARKS**

3      16.    Plaintiff is the owner of the following U.S. Trademark Registrations

4  for use in connection with its B-SAFE Bingo Program (collectively, the "B-SAFE

5  Trademarks"):

6

7

| Mark | Reg. No. | Goods/Services | Filing Date | Reg. Date |
|---|---|---|---|---|
| B-SAFE | 3032329 | Bingo-type game cards for use in promoting safety. | January 8, 2005 | December 20, 2005 |
| BSAFE BINGO | 5660503 | Board games designed to promote employee safety awareness. | June 4, 2018 | January 22, 2019 |

8

9

10

11

12

13      17.    True and correct copies of the foregoing registrations are attached as

14  Exhibits 3 & 4.

15      18.    A true and correct copy of a trademark assignment agreement dated

16  June 4, 2018 that provides Plaintiff sole title and right to the B-SAFE Trademarks,

17  and thus, standing to bring this Complaint is attached as **Exhibit 16.**

18      19.    Plaintiff's B-SAFE Trademarks are "prima facie evidence of the

19  validity of the registered mark[s] and of the registration of the mark[s], of

20  [Plaintiff's] ownership of the mark[s], and of the [Plaintiff's] exclusive right to use

21  the registered mark[s] in commerce on or in connection with the goods or services

22  specified in the certificate . . ." pursuant to 15 U.S.C. § 1057.

23      20.    Plaintiff's U.S. Trademark Reg. No. 3032329 for B-SAFE was filed

24  for before and registered before Defendant's infringing use commenced.

25      21.    As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the

26  trademarks have become uniquely associated with Plaintiff.

27

28

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 4 -

Page: 5

T  Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

T  Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

T  Text Replaced
[Old]: "15"
[New]: "1"

T  Text Replaced
[Old]: "11"
[New]: "13"

Text Inserted
"3"

Text Deleted
"3"

Text Inserted
"6"

Text Deleted
"6"

Text Inserted
"12"

Graphic Element Inserted

Text Inserted
"12"

Graphic Element Inserted

Text Deleted
"."

Graphic Element Deleted

Text Deleted
"12"

Graphic Element Deleted

Text Deleted
"A true and correct copy of a trademark assignment agreement dated June 4, 2018 that provides Plaintiff sole title and right to the B-SAFE Trademarks, and thus, standing to bring this Complaint is attached as Exhibit 16."

Text Deleted
"19."

T  Text Replaced
[Old]: "20."
[New]: "19."

Text Inserted
"20. As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the trademarks have become uniquely associated with Plaintiff."

T  Text Replaced
[Old]: "As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the trademarks have become uniquely associated with Plaintiff."
[New]: "The B-SAFE Trademarks are inherently distinctive, and Plaintiff's use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar

Comments from page 5 continued on next page



use on its bingo cards, as described herein."

Text Inserted
"26"

Text Deleted
"26"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

1  safety training efforts.

2  **PLAINTIFF'S TRADEMARKS**

3      16.  Plaintiff is the owner of the following U.S. Trademark Registrations

4  for use in connection with its B-SAFE Bingo Program (collectively, the "B-SAFE

5  Trademarks"):

6

| Mark | Reg. No. | Goods/Services | Filing Date | Reg. Date |
|------|----------|----------------|-------------|-----------|
| B-SAFE | 3032329 | Bingo-type game cards for use in promoting safety. | January 8, 2005 | December 20, 2005 |
| BSAFE BINGO | 5660503 | Board games designed to promote employee safety awareness. | June 4, 2018 | January 22, 2019 |

7
8
9
10
11

12      17.  True and correct copies of the foregoing registrations are attached as

13  **Exhibits 3 & 4.**

14      18.  A true and correct copy of a trademark assignment agreement dated

15  June 4, 2018 that provides Plaintiff sole title and right to the B-SAFE Trademarks,

16  and thus, standing to bring this Complaint is attached as **Exhibit 16.**

17      19.  Plaintiff's B-SAFE Trademarks are "prima facie evidence of the

18  validity of the registered mark[s] and of the registration of the mark[s], of

19  [Plaintiff's] ownership of the mark[s], and of the [Plaintiff's] exclusive right to use

20  the registered mark[s] in commerce on or in connection with the goods or services

21  specified in the certificate . . ." pursuant to 15 U.S.C. § 1057.

22      20.  Plaintiff's U.S. Trademark Reg. No. 3032329 for B-SAFE was filed

23  for before and registered before Defendant's infringing use commenced.

24      21.  As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the

25  trademarks have become uniquely associated with Plaintiff.

26
27
28

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE                                    - 4 -

ENVISION IP
LLC
1345 AVENUE OF THE AMERICAS
2ND FLOOR
NEW YORK, NEW YORK 10105

1   22.   The B-SAFE Trademarks are inherently distinctive, and Plaintiff's
2   use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar use on
3   its bingo cards, as described herein.

4   **DEFENDANT'S INFRINGING ACTIVITIES**

5   23.   Defendant is engaged in the creation and distribution of bingo cards
6   bearing the B-SAFE Trademarks to consumers in this district.

7   24.   Defendant is engaged in the business of operating an online bingo
8   card system at its website www.bingomaker.com. Attached as **Exhibit 5** is a
9   screenshot of Defendant's website dated March 29, 2023.

10   25.   Defendant's website is generally directed to all consumers, including
11   those in this district.

12   26.   Defendant offers bingo cards with the marks BSAFE, B SAFE, B-
13   SAFE, and BSAFE BINGO, all of which are available to consumers to download
14   and print at Defendant's website.

15   27.   On information and belief, Defendant has offered bingo cards bearing
16   the B-SAFE Trademarks since at least 2017. A true and correct copy of one of
17   Defendant's bingo cards bearing the mark BSAFE is attached as **Exhibit 6** which
18   shows a "created" date of 2017-04-19, years after Plaintiff had established rights
19   and goodwill in and to the B-SAFE Trademarks.

20   28.   Defendant's bingo cards are identical or highly similar to the cards
21   included in Plaintiff's B-SAFE Bingo Program.

22   29.   Defendant further hosts these identical or highly similar bingo cards
23   generated by customers on its server(s), whereby these bingo cards are searchable
24   and accessible to Internet users.

25   30.   As such, Defendant allows consumers to generate, distribute, and
26   print bingo cards bearing the B-SAFE Trademarks, thereby circumventing
27   Plaintiff's commercial goods.

28

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 5 -

---

Page: 6

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"The B-SAFE Trademarks are inherently distinctive, and Plaintiff's use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar use on its bingo cards, as described herein. 4"

Text Deleted
"22."

Text Deleted
"2 3"

Text Inserted
"2 ENVISION IP"

Graphic Element Inserted

Graphic Element Inserted

Graphic Element Inserted

Text Deleted
"Defendant is engaged in the creation and distribution of bingo cards bearing the B-SAFE Trademarks to consumers in this district. 24."

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 10105 3 4"

Text Inserted
"_____"

Text Inserted
"L.L.C."

Text Inserted
"LAW OFFICES"

Text Inserted
"24. Defendant's website is generally directed to all consumers, including those in this district."

Text Replaced
[Old]: "Defendant's website is generally directed to all consumers, including those in this district."
[New]: "Defendant offers bingo cards with the marks BSAFE, B SAFE, BSAFE, and BSAFE BINGO, all of which are available to consumers to download and print at Defendant's website."

Text Deleted
"ENVISION IP L.L.C. LAW OFFICES"

Text Deleted
"1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 10105"

Graphic Element Inserted

Comments from page 6 continued on next page

22. The B-SAFE Trademarks are inherently distinctive, and Plaintiff's use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar use on its bingo cards, as described herein.

### DEFENDANT'S INFRINGING ACTIVITIES

23. Defendant is engaged in the creation and distribution of bingo cards bearing the B-SAFE Trademarks to consumers in this district.

24. Defendant is engaged in the business of operating an online bingo card system at its website www.bingobaker.com. Attached as **Exhibit 5** is a screenshot of Defendant's website dated March 29, 2023.

25. Defendant's website is generally directed to all consumers, including those in this district.

26. Defendant offers bingo cards with the marks BSAFE, B SAFE, B-SAFE, and BSAFE BINGO, all of which are available to consumers to download and print at Defendant's website.

27. On information and belief, Defendant has offered bingo cards bearing the B-SAFE Trademarks since at least 2017. A true and correct copy of one of Defendant's bingo cards bearing the mark BSAFE is attached as **Exhibit 6** which shows a "created" date of 2017-04-19, years after Plaintiff had established rights and goodwill in and to the B-SAFE Trademarks.

28. Defendant's bingo cards are identical or highly similar to the cards included in Plaintiff's B-SAFE Bingo Program.

29. Defendant further hosts these identical or highly similar bingo cards generated by customers on its server(s) whereby these bingo cards are searchable and accessible to Internet users.

30. As such, Defendant allows consumers to generate, distribute, and print bingo cards bearing the B-SAFE Trademarks, thereby circumventing Plaintiff's commercial goods.

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 5 -

1   31.   On or about March 23, 2020, shortly after learning of Defendant's

2   unauthorized use of the B-SAFE Trademarks for bingo cards, Plaintiff sent a cease

3   and desist letter to Defendant. Attached as **Exhibit 7** is a true and correct copy of

4   the cease and desist letter.

5   32.   To date, Defendant has not ceased infringing use of the B-SAFE

6   Trademarks and has expanded the number of bingo cards bearing the B-SAFE

7   Trademarks, all of which directly overlap with Plaintiff's products and registered

8   rights. Attached as **Exhibits 8-10** are screenshots from Defendant's website

9   showing numerous bingo cards bearing the BSAFE, B SAFE, B-SAFE, and

10  BSAFE BINGO marks.

11  33.   Defendant's infringing bingo cards appear on the first page of search

12  results during a query for the phrase "BSAFE Bingo" on Google®. Attached as

13  **Exhibit 11** is a screenshot of this query conducted on March 29, 2023.

14  34.   Defendant's infringing bingo cards appear throughout the first page of

15  image search results during a query for the phrase "BSAFE Bingo" on Google®.

16  Attached as **Exhibit 12** is a screenshot of the image search results for the query

17  conducted on March 29, 2023.

18  35.   Upon information and belief, Defendant has tagged the BSAFE-

19  related bingo cards available on its website with the terms BSAFE and B-SAFE for

20  search engine optimization purposes, which has resulted in these infringing bingo

21  cards to appear prominently in the aforementioned search results.

22  36.   Defendant provides a "Search Tips" section on its website at

23  www.bingobaker.com/tips. These "Search Tips" provide consumers with

24  instructions on how to perform advanced searching using a query language.

25  Attached as **Exhibit 13** is a screenshot of Defendant's website dated March 29,

26  2023.

27  37.   Defendant's "Search Tips" provide consumers instructions on how to

28  restrict or block certain terms from appearing in the results. For example,

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE                                    - 6 -

ENVISION.IP
LLC
IP ATTORNEYS
2 WEST 45TH STREET
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10006

Page: 7

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

1   Defendant states that the query "'corpus: 'milton friedman' economics" results in

2   "bingo cards with a word or clue containing the exact phrase 'milton friedman'

3   but nothing in the BingoBaker mentions 'economics'." *See id.* Upon information

4   and belief, Defendant could have implemented a similar software mechanism to

5   prevent consumers from generating bingo cards that incorporate the B-SAFE

6   Trademarks upon receiving Plaintiff's cease and desist letter.

7       38.   Defendant offers and advertises a paid membership to its website

8   which allows customers to access bingo cards generated and hosted by Defendant,

9   including B-SAFE related bingo cards. Attached as **Exhibit 14** is a screenshot of

10  Defendant's website dated July 17, 2023 that allows customers to sign up for a

11  membership for $24.95.

12      39.   Defendant has offered a paid membership to its website since at least

13  March 23, 2015. Attached as **Exhibit 15** is an Archive.org screenshot of

14  Defendant's website dated March 23, 2015 that allows customers to sign up for a

15  membership.

16      40.   Defendant's offering of bingo cards so similar to, and under identical

17  marks, has harmed Plaintiff.

18      41.   Defendant is not in any way affiliated with Plaintiff, has used the B-

19  SAFE Trademarks without authorization, without Plaintiff's consent, and has

20  therefore interfered with Plaintiff's prospective economic advantage as a result of

21  allowing potential consumers of circumvent purchasing Plaintiff's B-SAFE Bingo

22  Program, all while infringing Plaintiff's rights.

23      42.   Defendant's continued use of the B-SAFE Trademarks and branding

24  efforts related to its bingo cards will confuse consumers. Defendant's continued

25  efforts to trade off Plaintiff's goodwill will continue to cause Plaintiff harm.

26

27                      **FIRST CAUSE OF ACTION**

28

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE                    - 7 -

ENVISION.IP
LLC
1345 AVENUE OF THE AMERICAS
2ND FLOOR
NEW YORK, NEW YORK 10105

Page: 8

T  Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

T  Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

T  Text Replaced
[Old]: "15"
[New]: "1"

T  Text Replaced
[Old]: "11"
[New]: "13"

■  Text Deleted
"26"

T  Text Replaced
[Old]: "27"
[New]: "1"

T  Text Replaced
[Old]: "FIRST CAUSE OF ACTION"
[New]: "26 27"
Font "TimesNewRomanPS-BoldMT" changed to "TimesNewRomanPSMT".

■  Text Deleted
"28"

■  Text Deleted
"FIRST AMENDED"

T  Text Replaced
[Old]: "23-05440-DGE"
[New]: "28"
Font-size "11.04" changed to "13.92".
Font-color changed.



1   **(Federal Trademark Infringement [Lanham Act, 15 U.S.C. § 1114])**

2   43.   Plaintiff re-alleges each and every allegation set forth in Paragraphs 1

3   through 42, inclusive, and incorporates them as though fully set forth by this

4   reference herein.

5   44.   Defendant's use in commerce of words, terms, or names, or any

6   combination thereof, consisting of or including the confusingly similar mark B-

7   SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-

8   SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to

9   deceive. As such, Defendant's use of the B-SAFE Trademarks constitutes an

10   infringement of Plaintiff's trademarks.

11   45.   Defendant profits from its commercial use of the B-SAFE

12   Trademarks by selling memberships to its website where customers can obtain

13   bingo cards bearing the B-SAFE Trademarks.

14   46.   Defendant's infringing actions are intentional and willful, as

15   Defendant expanded its use of the B-SAFE Trademarks with actual knowledge of

16   Plaintiff's rights.

17   47.   Defendant's acts of infringement have caused and are causing actual

18   damage and irreparable harm to Plaintiff, for which legal remedies are inadequate.

19   Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to

20   permanently bar Defendant from use of B-SAFE Trademarks, and any confusingly

21   similar marks in commerce in connection with their products, services, or

22   offerings.

23   48.   Defendant's intentional actions are willful and render this an

24   exceptional case, further entitling Plaintiff to recovery of trebled damages,

25   attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

26

27   **SECOND CAUSE OF ACTION**

28   **(False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])**

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 8 -

Page: 9

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"1"

Graphic Element Inserted

Graphic Element Deleted

Graphic Element Inserted

Text Inserted
"FIRST CAUSE OF ACTION"

Text Replaced
[Old]: "27"
[New]: "1"

Text Replaced
[Old]: "SECOND CAUSE OF ACTION (False Designation of Origin [Lanham Act, 15 U.S.C."
[New]: "27"
Font "TimesNewRomanPS-BoldMT" changed to "TimesNewRomanPSMT".

Text Deleted
"28"

Text Deleted
"§ 1125(a)])"

Text Deleted
"FIRST AMENDED"

Text Replaced
[Old]: "23-05440-DGE"
[New]: "28"
Font-size "11.04" changed to "13.92".
Font-color changed.



1   49.   Plaintiff re-alleges each and every allegation set forth in Paragraphs 1

2   through 48, inclusive, and incorporates them as though fully set forth by this

3   reference herein.

4   50.   In addition to its federally registered trademarks, Plaintiff is the owner

5   of common law rights for B-SAFE Trademarks.

6   51.   Defendant's use in commerce of words, terms, or names, or any

7   combination thereof, consisting of or including the confusingly similar mark B-

8   SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-

9   SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to

10   deceive as to the affiliation, connection, or association of Defendant with Plaintiff.

11   52.   Defendant's use of the B-SAFE Trademarks is likely to cause

12   confusion, or to cause mistake, or to deceive as to the affiliation, connection, or

13   association of Defendant with Plaintiff, or as to the origin, sponsorship, or

14   approval of Defendant's goods, services, or commercial activities by Plaintiff.

15   53.   Defendant's use of the B-SAFE Trademarks in advertising and

16   branding is a blatant attempt to capitalize on the goodwill established by Plaintiff.

17   54.   Defendant's infringing actions are intentional and willful as

18   Defendant expanded its uses of the B-SAFE Trademarks with actual knowledge of

19   Plaintiff's rights.

20   55.   Defendant's acts of infringement have caused and are causing actual

21   damage and irreparable harm to Plaintiff, for which legal remedies are inadequate.

22   Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to

23   permanently bar Defendant from use of B-SAFE Trademarks, and any confusingly

24   similar marks in commerce in connection with their products, services, or

25   offerings.

26   56.   Defendant's intentional actions are willful and render this an

27   exceptional case, further entitling Plaintiff to recovery of trebled damages and its

28   attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 9 -

Page: 10

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"1"

Text Deleted
"Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff."

Graphic Element Deleted

Text Deleted
"."

Graphic Element Inserted

Graphic Element Inserted

Graphic Element Inserted

Text Inserted
"Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's BSAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff."

Graphic Element Inserted

Text Inserted
"SECOND CAUSE OF ACTION (False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])"

Text Inserted
"."

Graphic Element Inserted

Text Inserted
"the"

Text Inserted
"27"

Graphic Element Inserted

Text Inserted
"-9 COMPLAINT Case No. 28"

Text Inserted

Comments from page 10 continued on next page

49.   Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 48, inclusive, and incorporates them as though fully set forth by this reference herein.

50.   In addition to its federally registered trademarks, Plaintiff is the owner of common law rights for B-SAFE Trademarks.

51.   Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff.

52.   Defendant's use of the B-SAFE Trademarks is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods, services, or commercial activities by Plaintiff.

53.   Defendant's use of the B-SAFE Trademarks in advertising and branding is a blatant attempt to capitalize on the goodwill established by Plaintiff.

54.   Defendant's infringing actions are intentional and willful, as Defendant expanded its uses of the B-SAFE Trademarks with actual knowledge of Plaintiff's rights.

55.   Defendant's acts of infringement have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendant from use of B-SAFE Trademarks, and any confusingly similar marks in commerce in connection with their products, services, or offerings.

56.   Defendant's intentional actions are willful and render this an exceptional case, further entitling Plaintiff to recovery of trebled damages and its attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 9 -



"1 2 3"

Text Inserted
"Case 2:23-cv-01399 Document 1 Filed 09/08/23 Page 10 of 13"

Graphic Element Inserted

Text Deleted
"27 28"

Text Inserted
"___"

Text Inserted
"_____"

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 1010S 27"

Text Inserted
"4 5"

Text Inserted
"6 THIRD CAUSE OF ACTION (Contributory Trademark Infringement) 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 57. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 56, inclusive, and incorporates them as though fully set forth by this reference herein. 58. Defendant has been and continues to be aware of – and has been and continues to contribute to – the infringement of the B-SAFE Trademarks by prominently displaying and promoting infringing bingo cards that are generated by, and hosted on, its website. 59. Defendant's website is configured such that a search for the mark "BSAFE" or "B-SAFE" will lead directly to the infringing bingo cards which have been generated by, and which are hosted on, its website. 60. Defendant, through software operating on or via its website, generates and distributes the infringing bingo cards to consumers. 61. Alternatively, Defendant has remained willfully blind to the infringement of the B-SAFE Trademarks on its website and on the bingo cards it generates and distributes to consumers. 62. Plaintiff has been damaged by and Defendant has profited from Defendant's contributory trademark infringement. 63. To remedy Defendant's contributory trademark infringement, Plaintiff is entitled to all of the remedies set forth above for direct trademark infringement and false designation of origin under the Lanham Act. ENVISION IP L.L.C. LAW OFFICES"

Graphic Element Inserted

Graphic Element Inserted

Graphic Element Inserted

Text Deleted
"FIRST AMENDED"

Text Replaced
[Old]: "23-05440-DGE -9"
[New]: "28 -10"
Font-size "11.04" changed to "13.92".
Font-color changed.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the Court enter judgment against Defendant as follows:

1. That the Court render a final judgment in favor of Plaintiff and against Defendant on all claims for relief alleged herein;

2. That the Court render a final judgment that Defendant has willfully violated the provisions of 15 U.S.C. § 1114 by infringing Plaintiff's federally registered trademarks;

3. That the Court render a final judgment that Defendant has violated the provisions of 15 U.S.C. § 1125(a) by willfully infringing the B-SAFE Trademarks by using a false designation of origin, through the marketing, sale, and promotion of Defendant's products;

4. For pre-judgment interest on all amounts claimed as permitted by law;

5. For an order of permanent injunction, enjoining Defendant from using the B-SAFE Trademarks, or any confusingly similar trademarks, tradenames, or domain names that include the B-SAFE Trademarks, or any confusingly similar mark or variation, in connection with the generation, offering, distribution, advertising, or sale of bingo cards.

6. That Defendant be directed to file with this Court and serve on Plaintiff within thirty (30) days after the service of the injunction, a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction pursuant to 15 U.S.C. § 1116;

7. For an order requiring Defendant to engage in corrective advertising to restore, to the fullest extent possible, the value of Plaintiff's intellectual property;

8. That Defendant be required to deliver and destroy all devices, literature, advertising, goods, and other unauthorized materials bearing the B-SAFE Trademarks, or any confusingly similar marks, pursuant to 15 U.S.C. § 1118; and

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 10 -

ENVISION IP

---

Page: 11

T Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

T Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

T Text Replaced
[Old]: "15"
[New]: "1"

T Text Replaced
[Old]: "10"
[New]: "11"

T Text Replaced
[Old]: "11"
[New]: "13"

Graphic Element Inserted

Text Inserted
"ND FLOOR NEW YORK, NEW YORK 10105"

Graphic Element Inserted

Text Inserted
"FOURTH CAUSE OF ACTION (Vicarious Trademark Infringement) ENVISION IP LLC."

Graphic Element Inserted

T Text Replaced
[Old]: "PRAYER FOR RELIEF"
[New]: "2"
Font "TimesNewRomanPS-BoldMT" changed to "GoudyOldStyleT-Regular".
Font-size "13.92" changed to "0".

Text Inserted
"LAW OFFICES"

Text Inserted

Text Inserted
"1345 AVENUE OF THE AMERICAS"

Text Inserted
"PRAYER FOR RELIEF"

Graphic Element Deleted

Text Deleted
"ENVISION IP LLC."

Text Deleted
"1345 AVENUE OF THE AMERICAS"

Text Deleted
"ND FLOOR NEW YORK, NEW YORK 10105"

Text Deleted
"LAW OFFICES"

Comments from page 11 continued on next page

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the Court enter judgment against Defendant as follows:

1.     That the Court render a final judgment in favor of Plaintiff and against Defendant on all claims for relief alleged herein;

2.     That the Court render a final judgment that Defendant has willfully violated the provisions of 15 U.S.C. § 1114 by infringing Plaintiff's federally registered trademarks;

3.     That the Court render a final judgment that Defendant has violated the provisions of 15 U.S.C. § 1125(a) by willfully infringing the B-SAFE Trademarks by using a false designation of origin, through the marketing, sale, and promotion of Defendant's products;

4.     For pre-judgment interest on all amounts claimed as permitted by law;

5.     For an order of permanent injunction, enjoining Defendant from using the B-SAFE Trademarks, or any confusingly similar trademarks, tradenames, or domain names that include the B-SAFE Trademarks, or any confusingly similar mark or variation, in connection with the generation, offering, distribution, advertising, or sale of bingo cards;

6.     That Defendant be directed to file with this Court and serve on Plaintiff within thirty (30) days after the service of the injunction, a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction pursuant to 15 U.S.C. § 1116;

7.     For an order requiring Defendant to engage in corrective advertising to restore, to the fullest extent possible, the value of Plaintiff's intellectual property;

8.     That Defendant be required to deliver and destroy all devices, literature, advertising, goods, and other unauthorized materials bearing the B-SAFE Trademarks, or any confusingly similar marks, pursuant to 15 U.S.C. § 1118; and

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 10 -

Case 3:23-cv-05440-DGE   Document 15   Filed 07/28/23   Page 11 of 11

9.     That this case be deemed exceptional, and the amount of the damages be trebled and that the amount of profits be increased by as many times as the Court deems appropriate, pursuant to 15 U.S.C. § 1117; and

10.     For such other, further, and different relief as the Court may deem proper under the circumstances.

Dated:  July 28, 2023             ENVISION IP, LLC

/s/ Maulin V. Shah
Maulin V. Shah, *Admitted Pro Hac Vice*
1345 Avenue of the Americas
2nd Floor
New York, NY 10105
Tel:   888-307-6807
mailin.shah@envisionip.com
Attorneys for Plaintiff SAFETY STAR, LLC

LAW OFFICE OF CARL J. MARQUARDT

/s/ Carl J. Marquardt
Carl J. Marquardt (WA Bar No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:   (206) 388-4498
Email: carl@cjmlawoffice.com

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE

- 11 -



Page: 12

**Text Replaced**
[Old]: "07/28/23"
[New]: "09/08/23"

**Text Replaced**
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

**Text Replaced**
[Old]: "15"
[New]: "1"

**Text Replaced**
[Old]: "11"
[New]: "12"

**Text Replaced**
[Old]: "11"
[New]: "13"

**Text Replaced**
[New]: "9. That this case be deemed exceptional, and the amount of the damages be trebled and that the amount of profits be increased by as many times as the Court deems appropriate, pursuant to 15 U.S.C. § 1117; and 10. For such other, further, and different relief as the Court may deem proper under the circumstances."
[New]: "of Defendant's products; 4. That the Court render a final judgment that Defendant has contributorily infringed Plaintiff's federal registered trademarks; 5. That the Court render a final judgment that Defendant has vicariously infringed Plaintiff's federal registered trademarks; 3 4 5 6 7 6. For pre-judgment interest on all amounts claimed as permitted by law; 7. For an order of permanent injunction, enjoining Defendant from using 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 the B-SAFE Trademarks, or any confusingly similar trademarks, tradenames, or domain names that include the B-SAFE Trademarks, or any confusingly similar mark or variation, in connection with the generation, offering, distribution, advertising, or sale of bingo cards. 8. That Defendant be directed to file with this Court and serve on Plaintiff within thirty (30) days after the service of the injunction, a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction pursuant to 15 U.S.C. § 1116; 9. For an order requiring Defendant to engage in corrective advertising to restore, to the fullest extent possible, the value of Plaintiff's intellectual property; 10. That Defendant be required to deliver and destroy all devices, literature, advertising, goods, and other unauthorized materials bearing the B-SAFE Trademarks, or any confusingly similar marks, pursuant to 15 U.S.C. § 1118; and 11. That this case be deemed exceptional, and the amount of the damages be trebled and that the amount of profits be increased by as many times as the Court deems appropriate, pursuant to 15 U.S.C. § 1117; and 12. For such other, further, and different relief as the Court may deem proper under the circumstances. 26 27"

**Graphic Element Inserted**

**Graphic Element Inserted**

**Text Inserted**
"Case 2:23-cv-01399 Document 1 Filed 09/08/23 Page 13 of 13"

**Graphic Element Inserted**

**Graphic Element Inserted**

**Text Replaced**
[Old]: "3 4 5 6 7 Dated: July 28, 2023 ENVISION IP, LLC 8 9 10 11 12 13 14 15 16 17 18 19 20"
[New]: "JURY DEMAND Plaintiff requests a trial by jury of all claims that can be so tried. 3 4 5 Dated: September 8, 2023 LAW OFFICE OF CARL J. MARQUARDT PLLC 6 7 8 9 10 11 12 13 14 15 16 17 18 /s/ Carl J. Marquardt Carl J. Marquardt (WA Bar No. 23257) 1126 34 th Avenue, Suite 311 Seattle, WA 98122 Tel: (206) 388-4498 Email:"

Font "TimesNewRomanPSMT" changed to "TimesNewRomanPS-BoldMT".

**Text Inserted**
"FLOOR NEW YORK, NEW YORK 10105 1 2"

Comments from page 12 continued on next page



1    9.    That this case be deemed exceptional, and the amount of the damages

2    be trebled and that the amount of profits be increased by as many times as the Court

3    deems appropriate, pursuant to 15 U.S.C. § 1117; and

4    10.    For such other, further, and different relief as the Court may deem

5    proper under the circumstances.

6

7    Dated: July 28, 2023           ENVISION IP, LLC

8

9                                   /s/ Maulin V. Shah
                                    Maulin V. Shah, Admitted Pro Hac Vice
10                                  1345 Avenue of the Americas
                                    2nd Floor
11                                  New York, NY 10105
                                    Tel:   888-307-6807
12                                  maulin.shah@envisionip.com

13                                  Attorneys for Plaintiff SAFETY STAR,
                                    LLC.
14

15                                  LAW OFFICE OF CARL J.
                                    MARQUARDT
16

17                                  /s/ Carl J. Marquardt
                                    Carl J. Marquardt (WA Bar No. 23257)
18                                  1126 34th Avenue, Suite 311
                                    Seattle, WA 98122
19                                  Tel:   (206) 388-4498
20                                  Email: carl@cjmlawoffice.com
21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT
Case No. 23-05440-DGE                      - 11 -

ENVISION IP
LLC

Annotation panel (right margin):

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND"

Text Inserted
"    "

Text Inserted
"ENVISION IP L.L.C."

Text Inserted
"LAW OFFICES"

Text Inserted
"    "

Text Inserted
"28 -12 COMPLAINT Case No."

Graphic Element Inserted

Text Inserted
"Pending"

Text Deleted
"Admitted"

Text Replaced
[Old]: "LAW OFFICE OF CARL J. MARQUARDT /s/ Carl J. Marquardt Carl J. Marquardt (WA Bar No. 23257) 1126 34 th Avenue, Suite 311 Seattle, WA 98122 Tel: (206) 388-4498 Email:"
[New]: "19 20"

Text Inserted
"carl@cjmlawoffice.com ENVISION IP, LLC"

Annotation Inserted

Annotation Deleted

Text Deleted
"carl@cjmlawoffice.com"

Text Deleted
"FIRST AMENDED"

Text Replaced
[Old]: "23-05440-DGE -11"
[New]: "-13"

Font-size "11.04" changed to "13.92".
Font-color changed.

# EXHIBIT 1

Page: 13

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah          Date: 3/29/2023 7:39:29 AM

# EXHIBIT 1





Case 3:23-cv-05440-DGE Document 15-1 Filed 07/28/23 Page 2 of 39

**EXHIBIT 2**

PDFmyURL

Page: 14

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:42:10 AM

**EXHIBIT 2**



Page: 15

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Related products

Description

These safety bingo cards have been used by thousands of businesses to reduce workers compensation expenses since 1992. Our small card is the original "credit card size" model from brightly colored, thick card stock. Perfect size for a wallet or billfold. We now also offer a large regular size card measuring 3.7" X 4.25". Orders for our stock B-SAFE Bingo Cards require no minimums and ship the same day as ordered.

Additional Information

Reviews (0)

### Here are 7 reasons why our Safety Bingo Cards are a "best" value:

1. Our stock and custom safety bingo card prices are the lowest in the country, we will not be under sold!

2. All of our cards are printed right here in the USA, no foreign printing.

3. Order the exact number of cards you need, no need to buy "packs" of cards that may not be used.

4. No art / set up charge for custom cards or existing card reorders, saving you $40 to $50 per order.

5. Reordering is simple, just e-mail or call us. We keep all your order history on file.

6. Our cards are made of thick 65 lb. cardstock and are more "tear resistant" than the competition.

7. All individual games come in a different color at no extra charge.



Page: 16

Small Custom B-SAFE Bingo Card

**Read More**

New B-SAFE BINGO Combo Card
$0.09   $0.12

**Select Options**

Large Custom B-SAFE Bingo Card
$0.12

**Read More**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

SAFETY STAR

Products
Safety Scoreboards
Safety Bingo
Dry Erase Posters
Safety Stoplights

Contact Us
info@safetystar.com
(417) 581-6199
5157 N 22nd St
Ozark, MO 65721

Digital Timer Instructions
Download Manuals

# EXHIBIT 3



Page: 17

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah        Date: 3/29/2023 7:42:20 AM

# EXHIBIT 3

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**       Reg. No. 3,032,329
Registered Dec. 20, 2005

TRADEMARK
PRINCIPAL REGISTER

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

EXHIBIT 4



# United States of America
### United States Patent and Trademark Office

## BSAFE BINGO

| | |
|---|---|
| **Reg. No. 5,660,503** | Safety Star  (MISSOURI LIMITED LIABILITY COMPANY) |
| | 8206 Interlochen Dr. |
| **Registered Jan. 22, 2019** | Nixa, MISSOURI 65714 |
| **Int. Cl.: 28** | CLASS 28: Board games designed to promote employee safety awareness |
| | FIRST USE 10-31-2001; IN COMMERCE 10-31-2001 |
| **Trademark** | |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "BINGO" |
| | SER. NO. 87-947,894, FILED 06-04-2018 |



Director of the United States
Patent and Trademark Office

Page: 18

| Text Replaced | |
|---|---|
| [Old]: "07/28/23" | |
| [New]: "09/08/23" | |

| Text Replaced | |
|---|---|
| [Old]: "3:23-cv-05440-DGE" | |
| [New]: "2:23-cv-01399" | |

| Text Replaced | |
|---|---|
| [Old]: "15-1" | |
| [New]: "1-1" | |

| Text Replaced | |
|---|---|
| [Old]: "39" | |
| [New]: "37" | |

Maulin Shah      Date: 3/29/2023 7:44:55 AM

EXHIBIT 4

Case 3:23-cv-05440-DGE Document 15-1 Filed 07/28/23 Page 7 of 39

# EXHIBIT 5

Page: 19

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:45:06 AM

EXHIBIT 5



Page: 20

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

...ur computer
...quare

Free!

The center square is the free space

Shuffle items only within their column

Background | Text | Grid Lines | Thin — Line Thickness

*Extra Words/Images*
*(these will be mixed into your card above)*

**Add More**

Paste in a list of words

**Privacy Options**

**Public**
Anyone can view your card. It will be indexed in search engines so

## Generator

**Instructions:** Enter your bingo card title, choose a size, and type your words into the squares.

You can drag-and-drop images into the squares and customize the color scheme.

To generate your bingo cards, cilck the "Generate" button.

Afterwards, you can print your bingo cards, or play a virtual bingo game.

## Features

- **New!** For **question/answer**-style bingo, flip over the square to enter a question/clue (which will appear on the call list)
- **Drag and drop images** from your computer to liven up your card
- **Print** 10 bingo cards or 10,000 with 1, 2 or 4 bingo cards per page
- **Play virtual bingo** from a computer, tablet or smartphone
- Use the automatically generated random **call list** to conduct your game
- Decide if you want to fix your words/images to a single column (like in traditional bingo), or shuffle them across the entire card.
- Customize the size of your card with 5x5, 4x4 and 3x3 grids
- Add as many words/images as you want
- Choose whether you want a free space or not
- Calculate the probability of

Page: 21



| Text Replaced |
| --- |
| [Old]: "07/28/23" |
| [New]: "09/08/23" |

| Text Replaced |
| --- |
| [Old]: "3:23-cv-05440-DGE" |
| [New]: "2:23-cv-01399" |

| Text Replaced |
| --- |
| [Old]: "15-1" |
| [New]: "1-1" |

| Text Replaced |
| --- |
| [Old]: "39" |
| [New]: "37" |

# How do I generate bingo cards?

Enter the bingo title, select the size of your bingo card grid, and type your items into the squares. Whatever items you enter into the squares will be shuffled around when the bingo cards are generated.

You can add numbers (like in traditional bingo), words, phrases, or pictures to your card. You can also customize the colors of the squares, and the bingo card itself.

**Tip:** You can put text and an image into a square. Use the text shadow to make the text "pop" against the background image. You can also change the vertical alignment of the text in the square so it does not cover the important parts of the image.

If your center square is the free space (and should not be shuffled around the card), make sure you check the "The center square is the free space" checkbox. Only 5x5 and 3x3 have a free space.

By default, when your cards are generated, the items are shuffled over the entire card. In traditional bingo, items are fixed to a certain column (and only shuffled within their respective column). To enable that, check the "Shuffle items only within their column" checkbox.

# How does question/answer-style bingo work?

When you create your card, you can flip over a square to enter a clue/question. Whatever you enter on the back of your square will appear in the call list for your bingo game. For example, to help kids learn animal words, you might put the word "Bear" on the front of the square, and a picture of the bear on the back. When you play the game, the image of the bear will appear in the call list for your students to see. If they recognize the literal word "Bear" on their card, they would mark it.

You can use question/answer-style bingo to quiz players about anything!

# How many bingo cards can I generate?

A 5x5 bingo card can generate 15511210043330985984000000 unique cards. A 3x3 bingo card can produce only 362880 bingo cards. Cards are randomly generated, so the probability of getting a duplicate is infinitesimal on a 5x5 card.

other people can find and use it.

**Hidden**
People who know the URL can access your card, and it will **not** be indexed by search engines.

**Private**
Only you can access the card

Generate

Generate the property of someone winning your bingo game after a certain number of calls

Page: 22

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

## How do I print bingo cards?

After generating bingo cards or finding an existing bingo card, enter the number of cards you want to print, and select how many cards you want to print per page. You can print 1, 2 or 4 cards per page. Make sure you switch to landscape print mode on your printer to print 2 cards per page.

## How do I play virtual bingo?

To play a virtual bingo game, simply send your players the bingo card URL. They can generate a virtual bingo card instantly. Here are more detailed instructions to play virtual bingo.

## How do I call items?

A call sheet is included with your bingo game. Simply read the items off in the order you see them. You can also print the call sheet, cut it out, and pull the items from a hat.

## How many items should I put on my bingo card?

You should at least fill the entire bingo card grid. A traditional number bingo card has 75 items. You can add up to 350 squares to your card.

## I need more help

See the help page. But I strongly recommend you just play around. It's bingo. You won't break anything.

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up



Case ~~3:23-cv-05440-DGE~~ Document ~~15-1~~ Filed ~~07/28/23~~ Page 11 of ~~39~~

# EXHIBIT 6

Bingo Card Generator Bingo Cards Help Login/Sign Up

Bingo Baker

Whip up a batch of bingo cards!

## BSAFE

Preview

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

This bingo card has a free space and 24 words: 2, 15, 30, 45, 70, 14, 18, 35, 52, 65, 3, 20, 48, 61, 8, 16, 40, 55, 75, 12, 25, 45, 61 and 73.

## Print Bingo Cards

Print 8 pages, with 1 cards per page

☐ Show bingo title

☑ Include call list

Print or Download

## Play Online

Share this URL with your players:

bingobaker.com#1149675

For more control of your online game, create a clone of this card first.

Learn how to conduct a bingo game.

## Call List

61

Full Screen Print

## Probabilities

PDFmyURL

Page: 23

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:46:08 AM

EXHIBIT 6

Page: 24

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



**BSAFE** 👍

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

# EXHIBIT 7



**Envision IP, LLC**
*Intellectual Property Law Firm*

350 5th Avenue, 59th Floor
New York, NY 10118
Ph.: 888-207-5590
Fax: 646-200-5227

Page: 25

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:47:45 AM

# EXHIBIT 7

**VIA USPS CERTIFIED MAIL AND EMAIL**

March 23, 2020

Matt Johnson
support@bingobaker.com

Re: Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503

Mr. Johnson:

Please be advised that this firm represents Safety Star LLC ("Safety Star") with respect to trademark-related matters. Safety Star is a leading provider of safety awareness programs and products for employers and workplaces.

Safety Star is the owner of U.S. Trademark Registration No. 2,682,647 for SAFETY STAR for "instruction sheets and posters designed to promote safety on the job", U.S. Trademark Registration No. 3,032,329 for B-SAFE for "bingo-type game cards for use in promoting safety", and U.S. Trademark Registration No. 5,660,503 for BSAFE BINGO for "board games designed to promote employee safety awareness" (collectively, the "Safety Star Trademarks"). A true and correct copy of these trademark registration certificates are attached for your review as Appendix A.

Safety Star has marketed and sold safety bingo products under the BSAFE and B-SAFE trademarks since at least 1992, and under the SAFETY STAR trademark since at least 2001. For example, attached as Appendix B is a copy of my Client's BSAFE safety bingo card.

It has come to our attention that you are illegally using the Safety Star Trademarks on downloadable and printable safety bingo cards. *See Appendices C & D.* Your website at <bingobaker.com> states, among other things, "Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need." *See Appendix E.*

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032,329 & 5,660,503
Matt Johnson

Customers, potential customers, and parties involved in the occupational and workplace safety industry are being misled into believing that your products and games bearing the Safety Star Trademarks are affiliated with, owned by, or approved by Safety Star.  We thus consider your unauthorized uses of the Safety Star Trademarks to be an infringement of our rights.

Accordingly, we demand that that you immediately:

(1) Cease use of the trademarks BSAFE, B-SAFE, and SAFETY STAR on all products and games that you offer, whether digitally or in print;

(3) Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all business locations and any other physical locations where your products may be sold or advertised (such as distributors, re-sellers, and retail outlets);

(4) Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all online accounts, such as websites, blogs, social media handles, or otherwise, where your products may be sold or advertised;

(5) Agree in writing to refrain from using the trademarks BSAFE, B-SAFE, and SAFETY STAR, or any mark or logo confusingly similar to any of my Client's trademarks, in the future, in any form, either digitally or in print; and

(6) Prevent visitors of <bingobaker.com> from generating, printing, or otherwise creating any bingo cards bearing any of the trademarks BSAFE, B-SAFE, and SAFETY STAR.

Page: 26

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032,329 & 5,660,503
Matt Johnson

     My Client is prepared to pursue all available legal remedies to protect and enforce its trademark rights under applicable state and federal laws.  If I do not hear from you within ten (10) days of this letter to indicate compliance with the above requests, we shall assume that you have no interest in an amicable resolution. We will then have no choice but to pursue our legal remedies.

     Nothing stated in or omitted from this letter shall be construed as a waiver of any of Safety Star's rights, all of which are expressly reserved.

     Very truly yours,

     Maulin V. Shah, Esq.
     Attorney at Law

Enclosures

Page: 27

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Confidential.       3



**APPENDIX A**

Page: 28

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

Reg. No. 2,682,647

**United States Patent and Trademark Office**   Registered Feb. 4, 2003

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

**SAFETY STAR**

CULBERTSON, BEAU (UNITED STATES INDIVI-
DUAL)
8206 INTERLOCHEN ST.
NIXA, MO 65714

  FOR: PRINTED INSTRUCTIONAL AND MOTI-
VATIONAL MATERIALS CONCERNING EMPLOY-
EE SAFETY, NAMELY, BROCHURES, CATALOGS,
INSTRUCTION SHEETS AND POSTERS DESIGNED
TO PROMOTE SAFETY ON THE JOB, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

  FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

FOR: BUSINESS CONSULTING SERVICES FOR
EMPLOYERS CONCERNING SAFETY INCENTIVE
AND AWARENESS PROGRAMS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

SER. NO. 76-281,230, FILED 7-9-2001.

JOHN DALIER, EXAMINING ATTORNEY



Page: 29

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**     Reg. No. 3,032,329
                                                   Registered Dec. 20, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
  VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY



Page: 30

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

# United States of America

### United States Patent and Trademark Office

## BSAFE BINGO

**Reg. No. 5,660,503**

**Registered Jan. 22, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Safety Star  (MISSOURI LIMITED LIABILITY COMPANY)
8206 Interlochen Dr.
Nixa, MISSOURI 65714

CLASS 28: Board games designed to promote employee safety awareness

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim  is made to the exclusive right to use the following apart from the mark as shown:
"BINGO"

SER. NO. 87-947,894, FILED 06-04-2018



Director of the United States
Patent and Trademark Office

**APPENDIX B**

Page: 31

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Case 3:23-cv-05440-DGE Document 15-1 Filed 07/28/23 Page 20 of 39

APPENDIX C

PDFmyURL

Page: 32

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Home | **Login/Sign Up** | Search for Bingo Cards | Help

Bingo Baker
Whip up a batch of bingo cards!

## Print Bingo Cards

Print 1 cards per page
Print 8 pages
Show bingo title
Include word list
Print
(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here: bingobaker.com/play/1947762

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.
Want to do that?

## Probabilities

With 30 players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

BSAFE Safety BINGO



**APPENDIX D**

Page: 33

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Home | Login/Sign Up | Search for Bingo Cards | Help

Whip up a batch of bingo cards!

## Print Bingo Cards

Print [1▼] cards per page

Print [8] pages

☑ Show bingo title
☑ Include word list

[Print]

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here: bingobaker.com/play/1106539

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With __30__ players, you'll have to call about __items__ before someone gets a bingo. There is a __%__ chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.



Case 3:23-cv-05440-DGE   Document 15-1   Filed 07/28/23   Page 22 of 39

Page: 34

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

This bingo card has the words: Take 2, Near Miss, OFI, First Aid, E Zone, Safety Scorecard, Zip Audit, LOTO, Inspection, Emergency Evacuation, Fatigue, Slip Trip Fall, Sharpe Edges, Repetitive Motion, Goggles, Blitz Audit, Loose Clothing, SS, Hand Safety, Cell Phone Policy, Ladder Safety, Hand Safety, Coast Time, Machine Guard, Red Card, Recordable, Proper Lifting, PPE, Power Tool Safety, Pneumatic LOTO, Pinch Point, Pedestrian Walkways, Pedestrian Safety, Pedestrian Safety, Sharp Edges, Secondary LOTO, Seatbelt, SDS, Safety Scorecard, Safety Mentor, Safety Glasses, Safety Cone, Safety Awareness, Repetitive Motion, Loose Clothing, Leaning Items, Ladder Safety, JSA, Inspection, Hoist Inspection, Hearing Protection, Hand Safety, Gravitational LOTO, Goggles, Gloves, Gas LOTO, Frustration, Forklift Travel, Forklift Hot Zone, Code 2 Incipient Fire or Spill, Code 1 Plant Evacuation, Coast Time, Chemical Labeling, Cell Phone Policy, Bump Hazard, Blood Borne Pathogens, Blocked Exit, Blitz Audit, Blind Spot, Applied Force, Air Hose, Electrical LOTO, Ear Plugs, E Zone, Dust Mask, DTMs, Confined Space, Complacency, Code 4 - Inclement Weather, Code 3 First Responder, Forklift, First Responder, First Aid, First Aid, Fire Extinguisher, Fatigue, Fall Protection, OFI, No Stage Zone, No Jewelry, Near Miss, Moving Parts, Machine Guard, LOTO Try, LOTO, ZIP Audit, Trip Hazard, Team Work, Team Lift, Take 2, Stop Zone, Spotter, Spill Kit, Eye Wash, Ergonomics, Emergency Evacuation, Electrical Safety, Electrical Panels, Electrical Panel

**More like this:**

PERIOD 5 - 7 SAFETY BINGO | Safety Star BINGO |
Period 5 - 7 Safety Star BINGO | Safety Star BINGO2

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

**APPENDIX E**

Page: 35

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

PDFmyURL

Home | Login/Sign Up | Search for Bingo Cards | Help

**Bingo Baker**
Whip up a batch of bingo cards!

Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need. You can even play online using a computer, smartphone or tablet. It's fast and easy.

Sports    Find Cards

Create your own bingo card from scratch

**Bingo Cards**
Instructions: Just type your words into the grid on the left. You can give your

Clear Card    5x5 ▾

Untitled Bingo

B  I  N  G  O

...and drop an image to your corner here



Page: 36

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah   Date: 3/29/2023 7:48:50 AM

EXHIBIT 8

Page: 37

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Page: 38

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Page: 39

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Case 3:23-cv-05440-DGE  Document 15-1  Filed 07/28/23  Page 28 of 39

**EXHIBIT 9**



Page: 40

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:49:03 AM

**EXHIBIT 9**



Page: 41

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



**EXHIBIT 10**

Page: 42

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah   Date: 3/29/2023 7:49:11 AM

**EXHIBIT 10**

**Page: 43**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"





EXHIBIT 11

Google BSAFE Bingo

Images Shopping News Videos Maps Books Flights Finance All filters

About 158,000 results (0.41 seconds)

Safety Star
https://safetystar.com › safety-bingo

### B-Safe Safety Bingo - Kits, Cards and Supplies

Join thousands of organizations using our **B-SAFE** safety **bingo** program to improve employee safety awareness and reduce workers compensation expenses.
Rating: 4.5 · 2 votes

Amazon.com
https://www.amazon.com › B-Safe-Bingo-Safety-Prog...

### B-Safe Safety Bingo Program : Toys & Games

The **BSAFE Bingo's** focal point is our heavy duty, easy to mount Game Poster. Our new technology Easy Wipe lamination allows you to effortlessly wipe off daily ...
Manufacturer: Safety Star Age Range (Description): Adult
Included Components: Cards
Rating: 4 · 5 reviews · $299.00 · 30-day returns

Safety Bingo
https://www.safetybingo.com

### Safety Bingo: Home

Behavioral-based safety awareness programs for every workplace! Workplace safety just got a lot more fun! ... Join the Safety **Bingo** family!
Shop · About · Contact

### People also ask

How do you play workplace safety bingo?
How do you play double action bingo?
How do you play the board game bingo?
How do you play bingo for money?

Feedback

Bingo Baker
https://bingobaker.com › view

### BSAFE BINGO Card

**BSAFE BINGO** bingo card with deductible, umbrella, underwriting, claim, insured, shared risk, Liability coverage, premium, Captive agent and Pru.

https://bingobaker.com › view

### B SAFE Bingo Card

**B SAFE bingo** card with Personal Protective Equipment, Hand Safety, Hearing Safety, Wet Floor Danger, Glass Safety, Ergonomics, Safe Quality Foods, ...

LinkedIn
https://www.linkedin.com › posts

### Daniel Batty's Post

We started **BSafe Bingo** now for one month. This keeps our staff engaged along with daily safety tips. Building a safety conscience company!

Page: 44

Maulin Shah Date: 4/24/2023 1:43:01 PM
EXHIBIT 11

Annotation Attributes Changed

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"



BSAFE Bingo - Google Search Case 3:23-cv-05440-DGE **EXHIBIT 12** Document 15-1 Filed 07/28/23 Page 33 of 39 3/29/23, 4:42 PM

https://www.google.com/search?q=BSAFE+Bingo&client=safari&rls...ouqRgIL-AhVMMVkFHd5SBBUQ_AUoAXoECAIQAw&biw=1440&bih=797&dpr=2 Page 1 of 3

## Page: 45

Maulin Shah Date: 3/29/2023 2:01:06 PM

**EXHIBIT 12**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

**EXHIBIT 13**

## Search Tips

By default, BingoBaker will search the **title, and words/clues** for anything matching your query. Searches are case insensitive. But BingoBaker also has some advanced search operators you can use for better searching.

### Quick Examples

`+title:animals +created:[2020-10-01 TO 2020-10-31]`
Find bingo cards with "animals" in the title, that were created during October, 2020

`corpus:"milton friedman" -economics`
Find bingo cards with a word or clue containing the exact phrase "milton friedman", but nothing in the BingoBaker mentions "economics".

`corpus:(milton friedman) +created:[2020-01-01 TO *]`
Find bingo cards with "milton" or "friedman" in any word/clue (with a preference for bingo cards containing both terms) that were created after the beginning of 2020.

`"milton friedman"`
Find bingo cards containing the exact phrase "Milton Friedman".

`milton friedman +items:[50 TO *]`
Find bingo cards containing the words milton or friedman (with a preference for bingo cards containing both terms) that have 50 or more words/images.

## Should, Must and Must Not

You are probably used to using boolean operators like AND, OR and NOT for doing searches. BingoBaker uses different operators **+** (MUST) and **-** (MUST NOT). A space is implicit for the SHOULD operator.

## Examples

`sin cos tan`
At least one of those terms must be in the card, with a preference for bingo cards that include more matching terms. These terms are implicitly joined with a space (which is the SHOULD operator).

`Milton +Friedman`
The term "Friedman" *must* be in the card somewhere, with a preference for bingo cards that mention "Milton" too.

`Economics economy -Friedman`
Find bingo cards that mention economics or economy that don't mention "Friedman" at all.

You can also use parentheses for grouping.

`Economics economy -(Friedman Hayek)`
Find bingo cards that mention economics or economy that don't mention "Friedman" nor "Hayek" at all.

## Field Specific Searches (title, corpus, created, images, words, items, clues)

Page: 46

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah        Date: 3/29/2023 2:01:21 PM

**EXHIBIT 13**

`title:(american history)` searches for bingo cards that have "american" or "history" in the title. The **parentheses are required if you enter multiple words**. Without parentheses, `title:american history` would find bingo cards with "american" in the title, or "history" *anywhere* within the card.

`corpus:"como se llama"` finds bingo cards with that exact phrase in any of the words/clues (the `corpus` field encompasses every word/clue).

`created:[2020-10-31 TO *]` finds bingo cards created on or after Halloween 2020.

`created:{2020-10-31 TO 2020-12-31}` finds bingo cards created after Halloween 2020, but before the new year (use {} for exclusive ranges, and [] for inclusive ranges).

`words:[50 TO 100]` finds bingo cards with 50 to 100 words (inclusive).

`images:[5 TO *]` finds bingo cards with 5 or more images.

`items:[75 TO *]` finds bingo cards with 75 or more words or images.

`clues:[25 TO *]` finds bingo cards with 25 or more clues.

Note: The free space does not count towards the words/images/items/clues count.

Page: 47

T Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

T Text Replaced
[Old]: "39"
[New]: "37"

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"



EXHIBIT 14

Case 3:23-cv-05440-DGE   Document 15-1   Filed 07/28/23   Page 36 of 39

**Bingo Baker**
Whip up a batch of bingo cards!

Bingo Card Generator     Bingo Cards     Help     Login/Sign Up

## Login

Username or Email:

Password:

Login                    Trouble logging in?

## Join Bingo Baker!

A **lifetime** membership to Bingo Baker is just $24.95. Benefits include:

✓ **Totally UNLIMITED Usage**
Create and use as many cards as you want. Print as many cards as you want, upload as many images as you want, and play with as many people as you want!

✓ **Privacy Control**
Make your games private and hide them from search engines.

✓ **A Custom Online Bingo Experience**
Change the play online instructions/text; collect the name, email, or other identifier from online players; customize the bingo dauber. No BingoBaker branding on any page!

✓ **Real-time Bingo Dashboard**
See every player's card in real-time. Quickly verify a bingo. Invite players via email directly from Bingo Baker. Clear, scramble and delete cards easily.

and more!

Sign Up!

Bingo Card Generator     Bingo Cards     Help     Legal     Login/Sign Up



The Wayback Machine - https://web.archive.org/web/20150323191934/https://bingobaker.com/account/login/

**EXHIBIT 15**

# Bingo Baker
### Whip up a batch of bingo cards!

Home | Login/Sign Up | Search for Bingo Cards | About

## Login

Username:

Password:

[ Login ]

If you forget your password, you can reset it

### Become a Bingo Baker Member

It's $9.95 for a lifetime membership. Member benefits include:

- A fancy bingo card manager
- Full printing capabilities (more than 8 cards)
- Editing privileges
- A public list of all your bingo cards (ex: bingobaker.com/1)

[ Sign Up! ]

Page: 49

**Text Replaced**
[Old]: "Case 3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "1 Case 2:23-cv-01399 5 Document 1-1 Filed 09/08/23"

Font "LiberationSans" changed to "ArialNarrow-Bold".
Font-size "12" changed to "24".
Font-color changed.

**Text Replaced**
[Old]: "39"
[New]: "37"

**EXHIBIT 16**



## TRADEMARK ASSIGNMENT AGREEMENT

WHEREAS, Beau Culbertson, having an address as 8206 Interlochen Dr, Nixa, Missouri 65714 (hereinafter referred to as ASSIGNOR), is the owner of the following trademarks (hereinafter, "Trademarks"), together with the goodwill of the business symbolized thereby in connection with the goods and services on which the Trademarks are used:

| Ref. # | Mark |
|---|---|
| U.S. Trademark Reg. # 3032329 | B-SAFE |
| U.S. Trademark Reg. # 5660503 | BSAFE BINGO |

WHEREAS, Safety Star LLC., a limited liability company organized under the law of the State of Missouri, and having a business address at 8206 Interlochen Dr., Nixa, Missouri 65714 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title and interest in and to the Trademarks;

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sell, assign and transfer unto said ASSIGNEE, the entire right, title and interest in and to the Trademarks together with: (1) the goodwill of the business relating to the goods and services in respect upon which the Trademarks are respectively used and for which they are registered: (2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the Trademarks, including without limitation, damages, and payments for past or future infringements and misappropriations of the Trademarks: and (3) all rights to sue for past, present and future infringements or misappropriations of the Trademarks; the Trademarks to be held and enjoyed by ASSIGNEE and its successors and assigns for their use and benefit and of their successors and assigns as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made. ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to assign the Trademarks to ASSIGNEE. ASSIGNOR agrees to execute all instruments and documents required for the for litigation regarding the Trademarks, or for the purpose of protecting title to the Trademarks therefor.

6/4/2018
_____
Date

_Beau Culbertson_ _____ (Assignor)
Beau Culbertson

Page: 50

☐ Page Deleted

☐ Maulin Shah          Date: 7/26/2023 12:06:42 PM

**EXHIBIT 16**

Safety Star LLC Trademark Assignment

Page: 51

Page Deleted

I certify that I know or have satisfactory evidence that Beau Culbertson signed this instrument of his/her own free will, as a voluntary act for the uses and purposes mentioned in the instrument.

Date _6/4/2018_     Signed at _Ozark, MO   USA_
                                      (City, State or Country)

_Carrie Tryon_          _Carrie Tryon_
(Name of Witness)       (Signature of Witness)


**SAFETY STAR, LLC**

_6/4/2018_          _Beau Culbertson_ (Assignee)
Date                       (Signatory Signature)

_Beau Culbertson / Managing Member_
(Assignee Signatory Name, Title)

2

# EXHIBIT 8B
## *Safety Star II* Complaint

10/2/23, 7:02:50 PM

## Compare Results

| Old File: | | New File: |
|---|---|---|
| **Dkt. 15 - Safety Star Amended Complaint w_Exhibits.pdf** | versus | **Dkt. 1 - SSII Complaint w_exhibits.pdf** |
| **50 pages (4.55 MB)** | | **50 pages (4.04 MB)** |
| 7/28/23, 9:31:11 AM | | 9/8/23, 6:48:55 PM |

| Total Changes | Content | | Styling and Annotations | |
|---|---|---|---|---|
| | 204 | Replacements | 1 | Styling |
| **357** | 81 | Insertions | 2 | Annotations |
| | 69 | Deletions | | |

Go to First Change (page 1)

Summary of Comments on Ex. 8_Compare Report - Safety Star I Amended Complaint to Safety Star II Complaint.pdf



UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SAFETY STAR, LLC., a Missouri
limited liability company,

    Plaintiff,

    vs.

APTIBYTE, LLC, a Washington
limited liability company,

    Defendant.

Civil Action No. 2:23-CV-01399

**COMPLAINT FOR TRADEMARK
INFRINGEMENT, FALSE
DESIGNATION OF ORIGIN,
CONTRIBUTORY TRADEMARK
INFRINGEMENT, AND
VICARIOUS TRADEMARK
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT
CASE NO. _____

**Page: 1**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Inserted
"FLOOR NEW YORK, NEW YORK 10105 1 2 3 4 5 6 7 8 9"

Text Replaced
[Old]: "23-05440-DGE 12 13 14 15 Plaintiff, vs. APTIBYTE, LLC, a Washington limited liability company, FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND TORTIOUS INTERFERENCE WITH ECONOMIC RELATIONS"
[New]: "2:23-CV-01399 COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, CONTRIBUTORY TRADEMARK INFRINGEMENT, AND VICARIOUS TRADEMARK INFRINGEMENT DEMAND FOR JURY TRIAL 12 Plaintiff, vs. APTIBYTE, LLC, a Washington limited liability company, 13 14 15"

Font-color changed.

Text Replaced
[Old]: "1 2 3 4 5 6 7 8 9"
[New]: "ENVISION IP L.L.C."

Font "TimesNewRomanPSMT" changed to "GoudyOldStyleT-Regular".
Font-size "13.92" changed to "0".

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND"

Text Inserted
" "

Text Deleted
"_____ _____"

Text Inserted
"LAW OFFICES"

Text Inserted
" "

Text Replaced
[Old]: "ENVISION IP L.L.C. LAW OFFICES 1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 10105 27 28"
[New]: "27 28 COMPLAINT CASE NO. _____"

Font "GoudyOldStyleT-Regular" changed to "TimesNewRomanPSMT".
Font-size "0" changed to "13.92".

1    Plaintiff Safety Star, LLC ("Plaintiff"), by and through its attorneys, files this

2  Complaint ("Complaint") against Defendant Aptibyte LLC ("Defendant"), alleging

3  as follows:

4                                    **PARTIES**

5    1.    Plaintiff is a Missouri limited liability company that provides an array

6  of safety awareness programs and products, including safety bingo kits and cards.

7  Plaintiff has been in business for over 30 years, and has a principal place of

8  business in Ozark, Missouri.

9    2.    Defendant is a Washington limited liability company having a

10  principal place of business at 10013 NE Hazel Dell Ave., # 212, Vancouver, WA

11  98685-5203, and a registered address at 605 NW 94th St., Vancouver, WA 98665.

12    3.    On information and belief, Defendant occasionally does business

13  under its company name.

14    4.    On information and belief, Defendant is also does business under the

15  fictitious name "Bingo Baker".

16

17                          **JURISDICTION AND VENUE**

18    5.    This court has subject matter jurisdiction under 28 U.S.C. §§ 1331

19  and 1338, in that this action arises under Acts of Congress relating to trademarks,

20  and the claims for unfair competition under state law are joined with substantial

21  and related claims brought under the federal trademark laws.

22    6.    This court likewise has diversity jurisdiction under 28 U.S.C. § 1332

23  in that the matter in controversy exceeds the sum or value of $75,000, exclusive of

24  interests and costs, and is between citizens of different states in that Plaintiff has its

25  principal place of business in the state of Missouri, and Defendant has its principal

26  place of business in the state of Washington.

27    7.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) in

28  that a substantial part of the events giving rise to the claim occurred in this district

COMPLAINT
Case No.

- 2 -

Page: 2

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"First Amended"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

Page: 3

1    and that Defendant is subject to the court's subject matter and/or personal

2    jurisdiction with respect to this action as indicated in the preceding paragraphs.

3

4               **FACTUAL BACKGROUND**

5       8.    Plaintiff was founded by Mr. Albert Culbertson in 1989, and since its

6    founding, Plaintiff has sold a variety of safety awareness programs and products to

7    consumers throughout the United States and across the world.

8       9.    Plaintiff has manufactured, marketed, and sold a proprietary safety

9    bingo program under the trademarks B-SAFE and BSAFE BINGO (the "B-SAFE

10    Bingo Program") since January 1992, long before Defendant's acts described

11    herein.

12       10.   Since at least January 1992, Plaintiff has continuously manufactured,

13    marketed, and sold the B-SAFE Bingo Program in commerce throughout the

14    United States.

15       11.   Plaintiff has invested significant time, effort, and expense in

16    advertising, marketing, and promoting the B-SAFE Bingo Program, and has

17    enjoyed significant consumer recognition and goodwill as a result.

18       12.   Attached as **Exhibit 1** is a true and correct copy of a game card from

19    Plaintiff's B-SAFE Bingo Program.

20       13.   Plaintiff markets and offers for sale its B-SAFE Bingo Program

21    directly to consumers, such as through its website at www.safetystar.com as shown

22    in **Exhibit 2.**

23       14.   Plaintiff's continuous and exclusive use of its B-SAFE and BSAFE

24    BINGO trademarks and the intellectual property associated therewith resulted in

25    generating goodwill and consumer recognition in connection with the B-SAFE

26    Bingo Program throughout the United States.

27       15.   Consumers therefore recognize the B-SAFE Bingo Program as the

28    original and authentic safety bingo product that they trust for their workplace

COMPLAINT
Case No.

---

**Annotation callouts (right margin):**

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

1  safety training efforts.

2

3  **PLAINTIFF'S TRADEMARKS**

4  16.  Plaintiff is the owner of the following U.S. Trademark Registrations

5  for use in connection with its B-SAFE Bingo Program (collectively, the "B-SAFE

6  Trademarks"):

7

| Mark | Reg. No. | Goods/Services | Filing Date | Reg. Date |
|------|----------|----------------|-------------|-----------|
| B-SAFE | 3032329 | Bingo-type game cards for use in promoting safety. | January 8, 2005 | December 20, 2005 |
| BSAFE BINGO | 5660503 | Board games designed to promote employee safety awareness. | June 4, 2018 | January 22, 2019 |

8

9

10

11

12

13

14  17.  True and correct copies of the foregoing registrations are attached as

15  **Exhibits 3 & 4.**

16  18.  Plaintiff's B-SAFE Trademarks are "prima facie evidence of the

17  validity of the registered mark[s] and of the registration of the mark[s], of

18  [Plaintiff's] ownership of the mark[s], and of the [Plaintiff's] exclusive right to use

19  the registered mark[s] in commerce on or in connection with the goods or services

20  specified in the certificate . . ." pursuant to 15 U.S.C. § 1057.

21  19.  Plaintiff's U.S. Trademark Reg. No. 3032329 for B-SAFE was filed

22  for before and registered before Defendant's infringing use commenced.

23  20.  As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the

24  trademarks have become uniquely associated with Plaintiff.

25  21.  The B-SAFE Trademarks are inherently distinctive, and Plaintiff's

26  use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar use on

27  its bingo cards, as described herein.

28

COMPLAINT
Case No.                                    - 4 -

Page: 4

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Inserted
"3"

Text Deleted
"3"

Text Inserted
"6"

Text Deleted
"6"

Text Inserted
"___"

Graphic Element Inserted

Graphic Element Inserted

Text Inserted
"12"

Graphic Element Deleted

Text Deleted
"___"

Text Deleted
"12"

Graphic Element Deleted

Text Deleted
"19."

Text Deleted
"A true and correct copy of a trademark assignment agreement dated June 4, 2018 that provides Plaintiff sole title and right to the B-SAFE Trademarks, and thus, standing to bring this Complaint is attached as Exhibit 16."

Text Replaced
[Old]: "20."
[New]: "19."

Text Deleted
"20. As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the trademarks have become uniquely associated with Plaintiff."

Text Replaced
[Old]: "As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the trademarks have become uniquely associated with Plaintiff."
[New]: "The B-SAFE Trademarks are inherently distinctive, and Plaintiff's use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar

Comments from page 4 continued on next page

1  safety training efforts.

2

3        **PLAINTIFF'S TRADEMARKS**

4        16.    Plaintiff is the owner of the following U.S. Trademark Registrations

5  for use in connection with its B-SAFE Bingo Program (collectively, the "B-SAFE

6  Trademarks"):

7

| Mark | Reg. No. | Goods/Services | Filing Date | Reg. Date |
|---|---|---|---|---|
| B-SAFE | 3032329 | Bingo-type game cards for use in promoting safety. | January 8, 2005 | December 20, 2005 |
| BSAFE BINGO | 5660503 | Board games designed to promote employee safety awareness. | June 4, 2018 | January 22, 2019 |

8

9

10

11

12

13        17.    True and correct copies of the foregoing registrations are attached as

14  **Exhibits 3 & 4.**

15        18.    Plaintiff's B-SAFE Trademarks are "prima facie evidence of the

16  validity of the registered mark[s] and of the registration of the mark[s], of

17  [Plaintiff's] ownership of the mark[s], and of the [Plaintiff's] exclusive right to use

18  the registered mark[s] in commerce on or in connection with the goods or services

19  specified in the certificate . . ." pursuant to 15 U.S.C. § 1057.

20        19.    Plaintiff's U.S. Trademark Reg. No. 3032329 for B-SAFE was filed

21  for before and registered before Defendant's infringing use commenced.

22        20.    As a result of Plaintiff's extensive use of its B-SAFE Trademarks, the

23  trademarks have become uniquely associated with Plaintiff.

24        21.    The B-SAFE Trademarks are inherently distinctive, and Plaintiff's

25  use of its B-SAFE Trademarks pre-dates Defendant's confusingly similar use on

26  its bingo cards, as described herein.

27

28

COMPLAINT
Case No.

- 4 -

ENVISION IP
LAW OFFICES
1345 AVENUE OF THE AMERICAS
2ND FLOOR
NEW YORK, NEW YORK 10105

use on its bingo cards, as described herein."

Text Inserted
"26"

Text Deleted
"26"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

**DEFENDANT'S INFRINGING ACTIVITIES**

22. Defendant is engaged in the creation and distribution of bingo cards bearing the B-SAFE Trademarks to consumers in this district.

23. Defendant is engaged in the business of operating an online bingo card system at its website www.bingobaker.com. Attached as **Exhibit 5** is a screenshot of Defendant's website dated March 29, 2023.

24. Defendant's website is generally directed to all consumers, including those in this district.

25. Defendant offers bingo cards with the marks BSAFE, B SAFE, B-SAFE, and BSAFE BINGO, all of which are available to consumers to download and print at Defendant's website.

26. Defendant offers bingo cards with the marks BSAFE, B-SAFE, B-SAFE, and BSAFE BINGO, all of which are available to consumers to utilize as digital bingo cards.

27. On information and belief, Defendant has offered bingo cards bearing the B-SAFE Trademarks since at least 2017. A true and correct copy of one of Defendant's bingo cards bearing the mark BSAFE is attached as **Exhibit 6** which shows a "created" date of 2017-04-19, years after Plaintiff had established rights and goodwill in and to the B-SAFE Trademarks.

28. Defendant's bingo cards are identical or highly similar to the cards included in Plaintiff's B-SAFE Bingo Program.

29. Defendant further hosts these identical or highly similar bingo cards generated by customers on its server(s), whereby these bingo cards are searchable and accessible to Internet users.

30. As such, Defendant allows consumers to generate, distribute, and print bingo cards bearing the B-SAFE Trademarks, thereby circumventing Plaintiff's commercial goods.

COMPLAINT
Case No.

- 5 -

**DEFENDANT'S INFRINGING ACTIVITIES**

22.  Defendant is engaged in the creation and distribution of bingo cards bearing the B-SAFE Trademarks to consumers in this district.

23.  Defendant is engaged in the business of operating an online bingo card system at its website www.bingobaker.com. Attached as **Exhibit 5** is a screenshot of Defendant's website dated March 29, 2023.

24.  Defendant's website is generally directed to all consumers, including those in this district.

25.  Defendant offers bingo cards with the marks BSAFE, B SAFE, B-SAFE, and BSAFE BINGO, all of which are available to consumers to download and print at Defendant's website.

26.  Defendant offers bingo cards with the marks BSAFE, B SAFE, B-SAFE, and BSAFE BINGO, all of which are available to consumers to utilize as digital bingo cards.

27.  On information and belief, Defendant has offered bingo cards bearing the B-SAFE Trademarks since at least 2017. A true and correct copy of one of Defendant's bingo cards bearing the mark BSAFE is attached as **Exhibit 6** which shows a "created" date of 2017-04-19, years after Plaintiff had established rights and goodwill in and to the B-SAFE Trademarks.

28.  Defendant's bingo cards are identical or highly similar to the cards included in Plaintiff's B-SAFE Bingo Program.

29.  Defendant further hosts these identical or highly similar bingo cards generated by customers on its server(s) whereby these bingo cards are searchable and accessible to Internet users.

30.  As such, Defendant allows consumers to generate, distribute, and print bingo cards bearing the B-SAFE Trademarks, thereby circumventing Plaintiff's commercial goods.

1    31.    On or about March 23, 2020, shortly after learning of Defendant's

2    unauthorized use of the B-SAFE Trademarks for bingo cards, Plaintiff sent a cease

3    and desist letter to Defendant. Attached as **Exhibit 7** is a true and correct copy of

4    the cease and desist letter.

5    32.    To date, Defendant has not ceased infringing use of the B-SAFE

6    Trademarks and has expanded the number of bingo cards bearing the B-SAFE

7    Trademarks, all of which directly overlap with Plaintiff's products and registered

8    rights. Attached as **Exhibits 8-10** are screenshots from Defendant's website

9    showing numerous bingo cards bearing the BSAFE, B SAFE, B-SAFE, and

10   BSAFE BINGO marks.

11   33.    Defendant's infringing bingo cards appear on the first page of search

12   results during a query for the phrase "BSAFE Bingo" on Google®. Attached as

13   **Exhibit 11** is a screenshot of this query conducted on March 29, 2023.

14   34.    Defendant's infringing bingo cards appear throughout the first page of

15   image search results during a query for the phrase "BSAFE Bingo" on Google®.

16   Attached as **Exhibit 12** is a screenshot of the image search results for the query

17   conducted on March 29, 2023.

18   35.    Upon information and belief, Defendant has tagged the BSAFE-

19   related bingo cards available on its website with the terms BSAFE and B-SAFE for

20   search engine optimization purposes, which has resulted in these infringing bingo

21   cards to appear prominently in the aforementioned search results.

22   36.    Defendant provides a "Search Tips" section on its website at

23   www.bingobaker.com/tips. These "Search Tips" provide consumers with

24   instructions on how to perform advanced searching using a query language.

25   Attached as **Exhibit 13** is a screenshot of Defendant's website dated March 29,

26   2023.

27   37.    Defendant's "Search Tips" provide consumers instructions on how to

28   restrict or block certain terms from appearing in the results. For example,

ENVISION.IP

COMPLAINT
Case No.

- 6 -

Page: 6

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Deleted
"FIRST AMENDED"

Text Deleted
"23-05440-DGE"

ENVISION IP
LLC
TWO WORLD OF THE AMERICAS
130 W 25TH ST
NEW YORK, NEW YORK 10019

1  Defendant states that the query "'corpus: 'milton friedman' 'economics'" results in

2  "bingo cards with a word or clue containing the exact phrase 'milton friedman'

3  but nothing in the BingoBaker mentions 'economics'." *See id.* Upon information

4  and belief, Defendant could have implemented a similar software mechanism to

5  prevent consumers from generating bingo cards that incorporate the B-SAFE

6  Trademarks upon receiving Plaintiff's cease and desist letter.

7      38.   Defendant offers and advertises a paid membership to its website

8  which allows customers to access bingo cards generated and hosted by Defendant,

9  including B-SAFE related bingo cards. Attached as **Exhibit 14** is a screenshot of

10  Defendant's website dated July 17, 2023 that allows customers to sign up for a

11  membership for $24.95.

12      39.   Defendant has offered a paid membership to its website since at least

13  March 23, 2015. Attached as **Exhibit 15** is an Archive.org screenshot of

14  Defendant's website dated March 23, 2015 that allows customers to sign up for a

15  membership.

16      40.   Defendant's offering of bingo cards so similar to, and under identical

17  marks, has harmed Plaintiff.

18      41.   Defendant is not in any way affiliated with Plaintiff, has used the B-

19  SAFE Trademarks without authorization, without Plaintiff's consent, and has

20  therefore interfered with Plaintiff's prospective economic advantage as a result of

21  allowing potential consumers of circumvent purchasing Plaintiff's B-SAFE Bingo

22  Program, all while infringing Plaintiff's rights.

23      42.   Defendant's continued use of the B-SAFE Trademarks and branding

24  efforts related to its bingo cards will confuse consumers. Defendant's continued

25  efforts to trade off Plaintiff's goodwill will continue to cause Plaintiff harm.

26

27

28

COMPLAINT
Case No.

- 7 -



Page: 7

**Text Replaced**
[Old]: "07/28/23"
[New]: "09/08/23"

**Text Replaced**
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

**Text Replaced**
[Old]: "15"
[New]: "1"

**Text Replaced**
[Old]: "11"
[New]: "13"

**Text Deleted**
"26"

**Text Replaced**
[Old]: "FIRST CAUSE OF ACTION"
[New]: "26 27"
Font "TimesNewRomanPS-BoldMT" changed to "TimesNewRomanPSMT".

**Text Deleted**
"28"

**Text Replaced**
[Old]: "23-05440-DGE"
[New]: "28"
Font-size "11.04" changed to "13.92".
Font-color changed.

**Text Deleted**
"FIRST AMENDED"

Page: 8

**FIRST CAUSE OF ACTION**

**(Federal Trademark Infringement [Lanham Act, 15 U.S.C. § 1114])**

43.    Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 42, inclusive, and incorporates them as though fully set forth by this reference herein.

44.    Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive. As such, Defendant's use of the B-SAFE Trademarks constitutes an infringement of Plaintiff's trademarks.

45.    Defendant profits from its commercial use of the B-SAFE Trademarks by selling memberships to its website where customers can obtain bingo cards bearing the B-SAFE Trademarks.

46.    Defendant's infringing actions are intentional and willful, as Defendant expanded its use of the B-SAFE Trademarks with actual knowledge of Plaintiff's rights.

47.    Defendant's acts of infringement have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendant from use of B-SAFE Trademarks, and any confusingly similar marks in commerce in connection with their products, services, or offerings.

48.    Defendant's intentional actions are willful and render this an exceptional case, further entitling Plaintiff to recovery of trebled damages, attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

COMPLAINT
Case No.

- 8 -

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Replaced
[Old]: "27"
[New]: "1"

Text Inserted
"FIRST CAUSE OF ACTION"

Text Deleted
"1"

Graphic Element Inserted

Graphic Element Inserted

Graphic Element Deleted

Text Replaced
[Old]: "SECOND CAUSE OF ACTION (False Designation of Origin [Lanham Act, 15 U.S.C."
[New]: "27"
Font "TimesNewRomanPS-BoldMT" changed to "TimesNewRomanPSMT".

Text Deleted
"§ 1125(a)])"

Text Replaced
[Old]: "23-05440-DGE"
[New]: "28"
Font-size "11.04" changed to "13.92".
Font-color changed.

Text Deleted
"FIRST AMENDED"

## SECOND CAUSE OF ACTION

### (False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])

49.    Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 48, inclusive, and incorporates them as though fully set forth by this reference herein.

50.    In addition to its federally registered trademarks, Plaintiff is the owner of common law rights for B-SAFE Trademarks.

51.    Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff.

52.    Defendant's use of the B-SAFE Trademarks is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods, services, or commercial activities by Plaintiff.

53.    Defendant's use of the B-SAFE Trademarks in advertising and branding is a blatant attempt to capitalize on the goodwill established by Plaintiff.

54.    Defendant's infringing actions are intentional and willful, as Defendant expanded its uses of the B-SAFE Trademarks with actual knowledge of Plaintiff's rights.

55.    Defendant's acts of infringement have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendant from use of the B-SAFE Trademarks, and any confusingly similar marks in commerce in connection with their products, services, or offerings.

---

**Page: 9**

Graphic Element Inserted

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "11"
[New]: "13"

Text Replaced
[Old]: "27"
[New]: "1"

Text Inserted
"SECOND CAUSE OF ACTION (False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])"

Text Deleted
"28"

Text Deleted
"1"

Text Deleted
"Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark BSAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's BSAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff."

Text Inserted
"Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark BSAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's BSAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff."

Graphic Element Inserted

Graphic Element Deleted

Graphic Element Inserted

Text Deleted
"_____"

Text Inserted
"_____"

Graphic Element Inserted

Graphic Element Inserted

Graphic Element Inserted

Text Inserted
"the"

Comments from page 9 continued on next page

**SECOND CAUSE OF ACTION**

**(False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])**

49.     Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 48, inclusive, and incorporates them as though fully set forth by this reference herein.

50.     In addition to its federally registered trademarks, Plaintiff is the owner of common law rights for B-SAFE Trademarks.

51.     Defendant's use in commerce of words, terms, or names, or any combination thereof, consisting of or including the confusingly similar mark B-SAFE, and/or derivatives thereof constitutes a colorable imitation of Plaintiff's B-SAFE Trademarks, and is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff.

52.     Defendant's use of the B-SAFE Trademarks is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods, services, or commercial activities by Plaintiff.

53.     Defendant's use of the B-SAFE Trademarks in advertising and branding is a blatant attempt to capitalize on the goodwill established by Plaintiff.

54.     Defendant's infringing actions are intentional and willful, as Defendant expanded its uses of the B-SAFE Trademarks with actual knowledge of Plaintiff's rights.

55.     Defendant's acts of infringement have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendant from use of the B-SAFE Trademarks, and any confusingly similar marks in commerce in connection with their products, services, or offerings.

COMPLAINT
Case No.

- 9 -



56.     Defendant's intentional actions are willful and render this an exceptional case, further entitling Plaintiff to recovery of trebled damages and its attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

**THIRD CAUSE OF ACTION**

**(Contributory Trademark Infringement)**

57.     Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 56, inclusive, and incorporates them as though fully set forth by this reference herein.

58.     Defendant has been and continues to be aware of – and has been and continues to contribute to – the infringement of the B-SAFE Trademarks by prominently displaying and promoting infringing bingo cards which are generated by, and hosted on, its website.

59.     Defendant's website is configured such that a search for the mark "BSAFE" or "B-SAFE" will lead directly to the infringing bingo cards which have been generated by, and which are hosted on, its website.

60.     Defendant, through software operating on or via its website, generates and distributes the infringing bingo cards to consumers.

61.     Alternatively, Defendant has remained willfully blind to the infringement of the B-SAFE Trademarks on its website and on the bingo cards it generates and distributes to consumers.

62.     Plaintiff has been damaged by and Defendant has profited from Defendant's contributory trademark infringement.

63.     To remedy Defendant's contributory trademark infringement, Plaintiff is entitled to all of the remedies set forth above for direct trademark infringement and false designation of origin under the Lanham Act.

COMPLAINT
Case No.

- 10 -

---

**Page: 10**

Graphic Element Inserted

Text Inserted
"Case 2:23-cv-01399 Document 1 Filed 09/08/23 Page 10 of 13"

Text Inserted
"1 2 3"

Text Inserted
"4 5"

Text Inserted
"6 THIRD CAUSE OF ACTION (Contributory Trademark Infringement) 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 57. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 56, inclusive, and incorporates them as though fully set forth by this reference herein. 58. Defendant has been and continues to be aware of – and has been and continues to contribute to – the infringement of the B-SAFE Trademarks by prominently displaying and promoting infringing bingo cards which are generated by, and hosted on, its website. 59. Defendant's website is configured such that a search for the mark "BSAFE" or "B-SAFE" will lead directly to the infringing bingo cards which have been generated by, and which are hosted on, its website. 60. Defendant, through software operating on or via its website, generates and distributes the infringing bingo cards to consumers. 61. Alternatively, Defendant has remained willfully blind to the infringement of the B-SAFE Trademarks on its website and on the bingo cards it generates and distributes to consumers. 62. Plaintiff has been damaged by and Defendant has profited from Defendant's contributory trademark infringement. 63. To remedy Defendant's contributory trademark infringement, Plaintiff is entitled to all of the remedies set forth above for direct trademark infringement and false designation of origin under the Lanham Act. ENVISION IP L.L.C. LAW OFFICES"

Graphic Element Inserted

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND FLOOR NEW YORK, NEW YORK 10105 27"

Graphic Element Inserted

Text Inserted
"⸺⸺"

Graphic Element Inserted

Text Inserted
"⸺⸺"

Text Deleted
"27 28"

Text Replaced
[Old]: "23-05440-DGE -9"
[New]: "28 -10"

Font-size "11.04" changed to "13.92".
Font-color changed.

Text Deleted
"FIRST AMENDED"

**FOURTH CAUSE OF ACTION**

**(Vicarious Trademark Infringement)**

64.     Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 63, inclusive, and incorporates them as though fully set forth by this reference herein.

65.     Defendant and third-parties who design the infringing bingo cards on Defendant's website are in an apparent or actual partnership and/or exercise joint ownership or control over the infringing bingo cards generated by Defendant.

66.     Defendant is thus vicariously liable for the trademark infringement of the third-parties who design and generate the infringing bingo cards on and through Defendant's website.

67.     Plaintiff has been damaged by and Defendant has profited from Defendant's vicarious trademark infringement.

68.     To remedy Defendant's vicarious trademark infringement, Plaintiff is entitled to all of the remedies set forth above for direct trademark infringement and false designation of origin under the Lanham Act.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the Court enter judgment against Defendant as follows:

1.     That the Court render a final judgment in favor of Plaintiff and against Defendant on all claims for relief alleged herein;

2.     That the Court render a final judgment that Defendant has willfully violated the provisions of 15 U.S.C. § 1114 by infringing Plaintiff's federally registered trademarks;

3.     That the Court render a final judgment that Defendant has violated the provisions of 15 U.S.C. § 1125(a) by willfully infringing the B-SAFE Trademarks by using a false designation of origin, through the marketing, sale, and promotion

COMPLAINT
Case No.

- 11 -

---

Page: 11

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15"
[New]: "1"

Text Replaced
[Old]: "10"
[New]: "11"

Text Replaced
[Old]: "11"
[New]: "13"

Text Inserted
"FOURTH CAUSE OF ACTION (Vicarious Trademark Infringement) ENVISION IP L.L.C."

Graphic Element Inserted

Text Inserted
"19 20 21 22 23 24 25 26 64. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 63, inclusive, and incorporates them as though fully set forth by this reference herein. 65. Defendant and third-parties who design the infringing bingo cards on Defendant's website are in an apparent or actual partnership and/or exercise joint ownership or control over the infringing bingo cards generated by Defendant. 66. Defendant is thus vicariously liable for the trademark infringement of the third-parties who design and generate the infringing bingo cards on and through Defendant's website."

Text Inserted
"1345 AVENUE OF THE AMERICAS"

Text Inserted
"ND FLOOR NEW YORK, NEW YORK 10105"

Text Replaced
[Old]: "13"
[New]: "67. Plaintiff has been damaged by and Defendant has profited from Defendant's vicarious trademark infringement. 68. To remedy Defendant's vicarious trademark infringement, Plaintiff is entitled to all of the remedies set forth above for direct trademark infringement and false designation of origin under the Lanham Act."

Text Inserted
"LAW OFFICES"

Text Inserted
"13 14 15 16 17 18"

Graphic Element Deleted

Text Deleted
"ND FLOOR NEW YORK, NEW YORK 10105"

Text Inserted
"."

Text Deleted
"2"

Graphic Element Deleted

Graphic Element Inserted

Comments from page 11 continued on next page

1                  **FOURTH CAUSE OF ACTION**

2                **(Vicarious Trademark Infringement)**

3       64.    Plaintiff re-alleges each and every allegation set forth in Paragraphs 1

4 through 63, inclusive, and incorporates them as though fully set forth by this

5 reference herein.

6       65.    Defendant and third-parties who design the infringing bingo cards on

7 Defendant's website are in an apparent or actual partnership and/or exercise joint

8 ownership or control over the infringing bingo cards generated by Defendant.

9       66.    Defendant is thus vicariously liable for the trademark infringement of

10 the third-parties who design and generate the infringing bingo cards on and

11 through Defendant's website.

12       67.    Plaintiff has been damaged by and Defendant has profited from

13 Defendant's vicarious trademark infringement.

14       68.    To remedy Defendant's vicarious trademark infringement, Plaintiff is

15 entitled to all of the remedies set forth above for direct trademark infringement and

16 false designation of origin under the Lanham Act.

17

18                     **PRAYER FOR RELIEF**

19       WHEREFORE, Plaintiff prays the Court enter judgment against Defendant

20 as follows:

21       1.    That the Court render a final judgment in favor of Plaintiff and against

22 Defendant on all claims for relief alleged herein;

23       2.    That the Court render a final judgment that Defendant has willfully

24 violated the provisions of 15 U.S.C. § 1114 by infringing Plaintiff's federally

25 registered trademarks;

26       3.    That the Court render a final judgment that Defendant has violated the

27 provisions of 15 U.S.C. § 1125(a) by willfully infringing the B-SAFE Trademarks

28 by using a false designation of origin, through the marketing, sale, and promotion

COMPLAINT
Case No.

- 11 -

---

**Revision annotations (right margin):**

Graphic Element Deleted

Text Replaced
[Old]: "PRAYER FOR RELIEF"
[New]: "2"
Font "TimesNewRomanPS-BoldMT" changed to "GoudyOldStyleT-Regular".
Font-size "13.92" changed to "0".

Text Deleted
"LAW OFFICES"

Graphic Element Inserted

Text Deleted
" "

Text Deleted
"1345 AVENUE OF THE AMERICAS"

Text Deleted
"ENVISION IP L.L.C."

Text Inserted
"PRAYER FOR RELIEF"

Graphic Element Inserted

Text Deleted
"For an order requiring Defendant to engage in corrective advertising to restore, to the fullest extent possible, the value of Plaintiff's intellectual property; 8. That Defendant be required to deliver and destroy all devices, literature, advertising, goods, and other unauthorized materials bearing the B-SAFE Trademarks, or any confusingly similar marks, pursuant to 15 U.S.C. § 1118; and"

Text Deleted
"That Defendant be directed to file with this Court and serve on Plaintiff within thirty (30) days after the service of the injunction, a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with the injunction pursuant to 15 U.S.C. § 1116;"

Text Deleted
"the B-SAFE Trademarks, or any confusingly similar trademarks, tradenames, or domain names that include the B-SAFE Trademarks, or any confusingly similar mark or variation, in connection with the generation, offering, distribution, advertising, or sale of bingo cards."

Text Deleted
"4. For pre-judgment interest on all amounts claimed as permitted by law; 5. For an order of permanent injunction, enjoining Defendant from using"

Text Deleted
"of Defendant's products; 14 15"

Text Deleted
"16 17 18 19 20 21 22 23 24 25 26"

Text Deleted
"6."

Text Deleted
"7."

Text Deleted
"FIRST AMENDED"

Text Replaced
[Old]: "23-05440-DGE - 10"
[New]: "-11"
Font-size "11.04" changed to "13.92".
Font-color changed.

1  of Defendant's products;

2      4.    That the Court render a final judgment that Defendant has

3  contributorily infringed Plaintiff's federal registered trademarks;

4      5.    That the Court render a final judgment that Defendant has vicariously

5  infringed Plaintiff's federal registered trademarks;

6      6.    For pre-judgment interest on all amounts claimed as permitted by law;

7      7.    For an order of permanent injunction, enjoining Defendant from using

8  the B-SAFE Trademarks, or any confusingly similar trademarks, tradenames, or

9  domain names that include the B-SAFE Trademarks, or any confusingly similar

10  mark or variation, in connection with the generation, offering, distribution,

11  advertising, or sale of bingo cards.

12      8.    That Defendant be directed to file with this Court and serve on

13  Plaintiff within thirty (30) days after the service of the injunction, a report, in

14  writing, under oath, setting forth in detail the manner and form in which it has

15  complied with the injunction pursuant to 15 U.S.C. § 1116;

16      9.    For an order requiring Defendant to engage in corrective advertising to

17  restore, to the fullest extent possible, the value of Plaintiff's intellectual property;

18      10.    That Defendant be required to deliver and destroy all devices,

19  literature, advertising, goods, and other unauthorized materials bearing the B-SAFE

20  Trademarks, or any confusingly similar marks, pursuant to 15 U.S.C. § 1118; and

21      11.    That this case be deemed exceptional, and the amount of the damages

22  be trebled and that the amount of profits is increased by as many times as the Court

23  deems appropriate, pursuant to 15 U.S.C. § 1117; and

24      12.    For such other, further, and different relief as the Court may deem

25  proper under the circumstances.

26

27

28

COMPLAINT
Case No.

ENVISION.IP



1

**JURY DEMAND**

2

Plaintiff requests a trial by jury of all claims that can be so tried.

3

4

5    Dated:  September 8, 2023          LAW OFFICE OF CARL J. MARQUARDT
6                                                    PLLC

7

8                                              /s/ Carl J. Marquardt
                                                Carl J. Marquardt (WA Bar No. 23257)
9                                              1126 34th Avenue, Suite 311
                                                Seattle, WA 98122
10                                            Tel:   (206) 388-4498
11                                            Email: carl@cjmlawoffice.com

12                                            ENVISION, LLC

13

14                                            /s/ Maulin V. Shah
                                                Maulin V. Shah, Pro Hac Vice Pending
15                                            1345 Avenue of the Americas
                                                2nd Floor
16                                            New York, NY 10105
                                                Tel:   888-307-6807
17                                            maulin.shah@envisionip.com

18                                            Attorneys for Plaintiff SAFETY STAR, LLC

19

20

21

22

23

24

25

26

27

28

COMPLAINT
Case No.                                           - 13 -

Page: 13

Graphic Element Inserted

Text Inserted
"Case 2:23-cv-01399 Document 1 Filed 09/08/23 Page 13 of 13"

Text Inserted
"FLOOR NEW YORK, NEW YORK 10105 1 2"

Text Replaced
[Old]: "3 4 5 6 7 Dated: July 28, 2023 ENVISION IP, LLC 8 9 10 11 12 13 14 15 16 17 18 19 20"
[New]: "JURY DEMAND Plaintiff requests a trial by jury of all claims that can be so tried. 3 4 5 Dated: September 8, 2023 LAW OFFICE OF CARL J. MARQUARDT 6 7 8 9 10 11 12 13 14 15 16 17 18 /s/ Carl J. Marquardt Carl J. Marquardt (WA Bar No. 23257) 1126 34 th Avenue, Suite 311 Seattle, WA 98122 Tel: (206) 388-4498 Email:"

Font "TimesNewRomanPSMT" changed to "TimesNewRomanPS-BoldMT".

Annotation Inserted

Text Inserted
"carl@cjmlawoffice.com ENVISION IP, LLC"

Text Inserted
"ENVISION IP L.L.C."

Text Inserted
"1345 AVENUE OF THE AMERICAS 2 ND"

Text Inserted
" "

Graphic Element Inserted

Graphic Element Inserted

Text Inserted
"LAW OFFICES"

Text Inserted
" "

Graphic Element Inserted

Graphic Element Inserted

Text Deleted
"Admitted"

Text Inserted
"Pending"

Text Replaced
[Old]: "LAW OFFICE OF CARL J. MARQUARDT /s/ Carl J. Marquardt Carl J. Marquardt (WA Bar No. 23257) 1126 34 th Avenue, Suite 311 Seattle, WA 98122 Tel: (206) 388-4498 Email:"
[New]: "19 20"

Text Deleted
"carl@cjmlawoffice.com"

Annotation Deleted

Text Deleted
"FIRST AMENDED"

Comments from page 13 continued on next page

**JURY DEMAND**

Plaintiff requests a trial by jury of all claims that can be so tried.

Dated:  September 8, 2023                LAW OFFICE OF CARL J. MARQUARDT PLLC


/s/ Carl J. Marquardt
Carl J. Marquardt (WA Bar No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:    (206) 388-4498
Email: carl@cjmlawoffice.com

ENVISION IP, LLC


/s/ Maulin V. Shah
Maulin V. Shah, Pro Hac Vice Pending
1345 Avenue of the Americas
2nd Floor
New York, NY 10105
Tel:    888-307-6807
maulin.shah@envisionip.com

Attorneys for Plaintiff SAFETY STAR, LLC.

COMPLAINT
Case No.

- 13 -

Text Replaced
[Old]: "23-05440-DGE -11"
[New]: "-13"

Font-size "11.04" changed to "13.92".
Font-color changed.

EXHIBIT 1

Page: 14

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah          Date: 3/29/2023 7:39:29 AM

EXHIBIT 1



# EXHIBIT 2

SAFETY STAR

Need Help? Call Us at (417) 581-6199

Home | Safety Scoreboards | Safety Stoplights | Safety Bingo | Dry Erase Posters | More Products | Your Cart

## The "Original" B-SAFE Bingo Card

Small Card Pricing

| 0 - 1,999 | 2,000 - 4,999 | 5,000 - 20,000 | Over 20,000 |
|---|---|---|---|
| $0.09 Each | 10% Off | 20% Off | Please Call |

Large Card Pricing

| 0 - 1,999 | 2,000 - 4,999 | 5,000 - 20,000 | Over 20,000 |
|---|---|---|---|
| $0.12 Each | 10% Off | 20% Off | Please Call |

Size

Small - Credit Card Size - 2"x3.5"

Color

Yellow

$0.09

1

Add To Cart

PDFmyURL

Page: 15

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:42:10 AM
EXHIBIT 2



Page: 16

**Related products**

Description | Additional Information | Reviews (0)

## Description

These safety bingo cards have been used by thousands of businesses to reduce workers compensation expenses since 1992. Our small card is the original "credit card size" made from brightly colored, thick card stock. Perfect size for a wallet or billfold. **We now also offer a large regular size card measuring 3.7" X 4.25"**. Orders for our stock B-SAFE Bingo Cards require no minimums and ship the same day as ordered.

### Here are 7 reasons why our Safety Bingo Cards are a "best" value:

1. Our stock and custom safety bingo card prices are the lowest in the country, we will not be undersold!
2. All of our cards are printed right here in the USA, no foreign printing.
3. Order the exact number of cards you need, no need to buy "packs" of cards that may not be used.
4. No art / set-up charge for custom cards or existing card reorders, saving you $40 to $50 per order.
5. Reordering is simple, just e-mail or call us. We keep all your order history on file.
6. Our cards are made of thick 65 lb. cardstock and are more "tear resistant" than the competition.
7. All individual games come in a different color at no extra charge.

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Page: 17

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Small Custom B-SAFE Bingo Card

Read More

New B-SAFE BINGO Combo Card

$0.09 – $0.12

Select Options

Large Custom B-SAFE Bingo Card

$0.12

Read More

SAFETY STAR

## Products

Safety Scoreboards
Safety Bingo
Dry Erase Posters
Safety Stoplights

## Contact Us

info@safetystar.com
(417) 581-6199
5157 N 22nd St
Ozark, MO 65721

## Digital Timer Instructions

Download Manuals

# EXHIBIT 3



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,032,329
Registered Dec. 20, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**

## B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

---

Page: 18

T Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

T Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

T Text Replaced
[Old]: "15-1"
[New]: "1-1"

T Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:42:20 AM

# EXHIBIT 3



EXHIBIT 4

United States of America

United States Patent and Trademark Office

BSAFE BINGO

**Reg. No. 5,660,503**

**Registered Jan. 22, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Safety Star (MISSOURI LIMITED LIABILITY COMPANY)
8206 Interlochen Dr.
Nixa, MISSOURI 65714

CLASS 28: Board games designed to promote employee safety awareness

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"BINGO"

SER. NO. 87-947,894, FILED 06-04-2018

Page: 19

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah        Date: 3/29/2023 7:44:55 AM

EXHIBIT 4



Director of the United States
Patent and Trademark Office



Case 2:23-cv-01399 Document 1-1 Filed 09/08/23 Page 7 of 37

**EXHIBIT 5**

Page: 20

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:45:06 AM

**EXHIBIT 5**

PDFmyURL

Page: 21

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



**Generator**

**Instructions:** Enter your bingo card title, choose a size, and type your words into the squares.

You can drag-and-drop images into the squares and customize the color scheme.

To generate your bingo cards, click the "Generate" button.

Afterwards, you can print your bingo cards, or play a virtual bingo game.

**Features**

○ **New!** For question/answer-style bingo, flip over the square to enter a question/clue (which will appear on the call list)

○ **Print** 10 bingo cards or 10,000 with 1, 2 or 4 bingo cards per page

○ **Play virtual bingo** from a computer, tablet or smartphone

○ **Drag and drop images** from your computer to then up your card

○ Use the automatically generated random **call list** to conduct your game

○ Decide if you want to fix your words/images to a single column (like in traditional bingo), or shuffle them across the entire card.

○ Customize the size of your card with 5x5, 4x4 and 3x3 grids

○ Add as many words/images as you want

○ Choose whether you want a free space or not

○ Can use the probability of...

Background

Text

Grid Lines

Line Thickness
Thin

☑ The center square is the free space

☐ Shuffle items only within their column

Free!

**Privacy Options**
⦿ **Public**
Anyone can view your card. It will be indexed in search engines so

Add More



Page: 22

**Text Replaced**
[Old]: "07/28/23"
[New]: "09/08/23"

**Text Replaced**
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

**Text Replaced**
[Old]: "15-1"
[New]: "1-1"

**Text Replaced**
[Old]: "39"
[New]: "37"

## How do I generate bingo cards?

Enter the bingo title, select the size of your bingo card grid, and type your items into the squares. Whatever items you enter into the squares will be shuffled around when the bingo cards are generated.

You can add numbers (like in traditional bingo), words, phrases, or pictures to your card. You can also customize the colors of the squares, and the bingo card itself.

**Tip:** You can put text and an image into a square. Use the text shadow to make the text "pop" against the background image. You can also change the vertical alignment of the text in the square so it does not cover the important parts of the image.

If your center square is the free space (and should not be shuffled around the card), make sure you check the "The center square is the free space" checkbox. Only 5x5 and 3x3 have a free space.

By default, when your cards are generated, the items are shuffled over the entire card. In traditional bingo, items are fixed to a certain column (and only shuffled within their respective column). To enable that, check the "Shuffle items only within their column" checkbox.

## How does question/answer-style bingo work?

When you create your card, you can flip over a square to enter a clue/question. Whatever you enter on the back of your square will appear in the call list for your bingo game. For example, to help kids learn animal words, you might put the word "Bear" on the front of the square, and a picture of the bear on the back. When you play the game, the image of the bear will appear in the call list for your students to see. If they recognize the literal word "Bear" on their card, they would mark it.

You can use question/answer-style bingo to quiz players about anything!

## How many bingo cards can I generate?

A 5x5 bingo card can generate 15511210043530985984000000 unique cards. A 3x3 bingo card can produce only 362880 bingo cards. Cards are randomly generated, so the probability of getting a duplicate is infinitesimal on a 5x5 card.

other people can find and use it.

○ **Hidden** - people who know the URL can access your card, and it will **not** be indexed by search engines.

○ **Private** - Only you can access the card.

Generate

someone winning your bingo game after a certain number of calls

Page: 23

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

## How do I print bingo cards?

After generating bingo cards or finding an existing bingo card, enter the number of cards you want to print, and select how many cards you want to print per page. You can print 1, 2 or 4 cards per page. Make sure you switch to landscape print mode on your printer to print 2 cards per page.

## How do I play virtual bingo?

To play a virtual bingo game, simply send your players the bingo card URL. They can generate a virtual bingo card instantly. Here are more detailed instructions to play virtual bingo.

## How do I call items?

A call sheet is included with your bingo game. Simply read the items off in the order you see them. You can also print the call sheet, cut it out, and pull the items from a hat.

## How many items should I put on my bingo card?

You should at least fill the entire bingo card grid. A traditional number bingo card has 75 items. You can add up to 350 squares to your card.

## I need more help

See the help page. But I strongly recommend you just play around. It's bingo. You won't break anything

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

Case 2:23-cv-01399 Document 1-1 Filed 09/08/23 Page 11 of 37

# EXHIBIT 6

Bingo Baker

Whip up a batch of bingo cards!

Bingo Card Generator Bingo Cards Help Login/Sign Up

## BSAFE

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

This bingo card has a free space and 24 words: 2, 15, 30, 45, 70, 14, 18, 35, 52, 65, 3, 20, 48, 61, 8, 16, 40, 55, 75, 12, 25, 45, 61 and 73.

## Print Bingo Cards

Print 8 pages, with 1 cards per page

Show bingo title

Include call list

Print or Download

## Play Online

Share this URL with your players:

bingobaker.com#1149675

For more control of your online game, create a clone of this card first.

Learn how to conduct a bingo game.

## Call List

61

Full Screen Print

## Probabilities

Page: 24

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah Date: 3/29/2023 7:46:08 AM

EXHIBIT 6

PDFmyURL

Page: 25

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



**BSAFE** 👍

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

# EXHIBIT 7



Page: 26

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah     Date: 3/29/2023 7:47:45 AM

# EXHIBIT 7

**Envision IP, LLC**
*Intellectual Property Law Firm*

350 5th Avenue, 59th Floor
New York, NY 10118
Ph.: 888-207-5560
Fax: 646-200-5227

**VIA USPS CERTIFIED MAIL AND EMAIL**

March 23, 2020

Matt Johnson
support@bingobaker.com

Re: Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503

Mr. Johnson:

Please be advised that this firm represents Safety Star LLC ("Safety Star") with respect to trademark-related matters. Safety Star is a leading provider of safety awareness programs and products for employers and workplaces.

Safety Star is the owner of U.S. Trademark Registration No. 2,682,647 for SAFETY STAR for "instruction sheets and posters designed to promote safety on the job", U.S. Trademark Registration No. 3,032,329 for B-SAFE for "bingo-type game cards for use in promoting safety", and U.S. Trademark Registration No. 5,660,503 for BSAFE BINGO for "board games designed to promote employee safety awareness" (collectively, the "Safety Star Trademarks"). A true and correct copy of these trademark registration certificates are attached for your review as Appendix A.

Safety Star has marketed and sold safety bingo products under the BSAFE and B-SAFE trademarks since at least 1992, and under the SAFETY STAR trademark since at least 2001. For example, attached as Appendix B is a copy of my Client's BSAFE safety bingo card.

It has come to our attention that you are illegally using the Safety Star Trademarks on downloadable and printable safety bingo cards. *See Appendices C & D.* Your website at <bingobaker.com> states, among other things, "Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need." *See Appendix E.*

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032,399, & 5,660,503
Matt Johnson

Customers, potential customers, and parties involved in the occupational and
workplace safety industry are being misled into believing that your products and games
bearing the Safety Star Trademarks are affiliated with, owned by, or approved by Safety
Star.  We thus consider your unauthorized uses of the Safety Star Trademarks to be an
infringement of our rights.

Accordingly, we demand that that you immediately:

(1)   Cease use of the trademarks BSAFE, B-SAFE, and SAFETY STAR on all
products and games that you offer, whether digitally or in print;

(3)   Remove any branding, advertisements, or mentions of the trademarks
BSAFE, B-SAFE, and SAFETY STAR from all business locations and
any other physical locations where your products may be sold or
advertised (such as distributors, re-sellers, and retail outlets);

(4)   Remove any branding, advertisements, or mentions of the trademarks
BSAFE, B-SAFE, and SAFETY STAR from all online accounts, such as
websites, blogs, social media handles, or otherwise, where your products
may be sold or advertised;

(5)   Agree in writing to refrain from using the trademarks BSAFE, B-SAFE,
and SAFETY STAR, or any mark or logo confusingly similar to any of
my Client's trademarks, in the future, in any form, either digitally or in
print; and

(6)   Prevent visitors of <bingobaker.com> from generating, printing, or
otherwise creating any bingo cards bearing any of the trademarks BSAFE,
B-SAFE, and SAFETY STAR.

Page: 27

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Confidential.                    2

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032,399 & 5,660,503
Matt Johnson

     My Client is prepared to pursue all available legal remedies to protect and enforce its trademark rights under applicable state and federal laws.  If I do not hear from you within ten (10) days of this letter to indicate compliance with the above requests, we shall assume that you have no interest in an amicable resolution. We will then have no choice but to pursue our legal remedies.

     Nothing stated in or omitted from this letter shall be construed as a waiver of any of Safety Star's rights, all of which are expressly reserved.

     Very truly yours,

     Maulin V. Shah, Esq.
     Attorney at Law

Enclosures

Page: 28

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Confidential.

3

# APPENDIX A

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

Reg. No. 2,682,647

**United States Patent and Trademark Office**      Registered Feb. 4, 2003

**TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER**

**SAFETY STAR**

CULBERTSON, BEAU (UNITED STATES INDIVIDUAL)
8206 INTERLOCHEN ST.
NIXA, MO 65714

   FOR: PRINTED INSTRUCTIONAL AND MOTIVATIONAL MATERIALS CONCERNING EMPLOYEE SAFETY, NAMELY, BROCHURES, CATALOGS, INSTRUCTION SHEETS AND POSTERS DESIGNED TO PROMOTE SAFETY ON THE JOB, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

   FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

FOR: BUSINESS CONSULTING SERVICES FOR EMPLOYERS CONCERNING SAFETY INCENTIVE AND AWARENESS PROGRAMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

SER. NO. 76-281,230, FILED 7-9-2001.

JOHN DALIER, EXAMINING ATTORNEY

Page: 29

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**   Reg. No. 3,032,329
Registered Dec. 20, 2005

**TRADEMARK**
PRINCIPAL REGISTER

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDI-
VIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN
PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22,
23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

Page: 30

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



# United States of America
### United States Patent and Trademark Office

## BSAFE BINGO

Page: 31

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

**Reg. No. 5,660,503**

Safety Star (MISSOURI LIMITED LIABILITY COMPANY)
8206 Interlochen Dr.
Nixa, MISSOURI 65714

**Registered Jan. 22, 2019**

**Int. Cl.: 28**

CLASS 28: Board games designed to promote employee safety awareness

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001

**Trademark**

**Principal Register**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BINGO"

SER. NO. 87-947,894, FILED 06-04-2018



Director of the United States
Patent and Trademark Office

APPENDIX B

Page: 32

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



**APPENDIX C**

Bingo Baker
Whip up a batch of bingo cards!

## BSAFE Safety BINGO

B S A F E

## Print Bingo Cards

Print 1 cards per page
Print 8 pages
☑ Show bingo title
☑ Include word list
Print
(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here: bingobaker.com/play/1947762

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With 30 players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

PDFmyURL

Page: 33

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

**APPENDIX D**

Page: 34

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Home | Login/Sign Up | Search for Bingo Cards | Help



Bingo Baker
Whip up a batch of bingo cards!

## Print Bingo Cards

Print [1 ▼] cards per page
Print [8] pages
☑ Show bingo title
☑ Include word list          [Print]

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here:
bingobaker.com/play/1108539

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With [30] players, you'll have to call about [items] before someone gets a bingo. There is a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.



### Safety Star BINGO

| S | A | F | T | Y |
|---|---|---|---|---|
| Pinch Point | E Zone | Frustration | SDS | First Responder |
| Inspection | Trip Hazard | Ladder Safety | Spotter | Hand Safety |
| Blitz Audit | Safety Cone | TAKE TWO | Safety Awareness | Ear Plugs |
| Pneumatic LOTO | Code 4 - Inclement Weather | Electrical Panel | Pedestrian Walkways | Loose Clothing |
| Ladder Safety | Machine Guard | Hearing Protection | Recordable | Code 1 Plant Evacuation |



Page: 35

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

This bingo card has the words: Take 2, Near Miss, OFI, First Aid, E Zone, Safety Scorecard, Zip Audit, LOTO, Inspection, Emergency Evacuation, Fatigue, Slip Trip Fall, Sharpe Edges, Repetitive Motion, Goggles, Blitz Audit, Loose Clothing, SSi, Hand Safety, Cell Phone Policy, Ladder Safety, Hand Safety, Coast Time, Machine Guard, Red Card, Recordable, Proper Lifting, PPE, Power Tool Safety, Pneumatic LOTO, Pinch Point, Pedestrian Walkways, Pedestrian Safety, Pedestrian Safety, Sharp Edges, Secondary LOTO, Seatbelt, SDS, Safety Scorecard, Safety Mentor, Safety Glasses, Safety Cone, Safety Awareness, Repetitive Motion, Loose Clothing, Learning Items, Ladder Safety, JSA, Inspection, Host Inspection, Hearing Protection, Hand Safety, Gravitational LOTO, Goggles, Gloves, Gas LOTO, Frustration, Forklift Travel, Forklift Hot Zone, Code 2 Incipient Fire or Spill, Code 1 Plant Evacuation, Coast Time, Chemical Labeling, Cell Phone Policy, Bump Hazard, Blood Borne Pathogens, Blocked Exit, Blitz Audit, Blind Spot, Applied Force, Air Hose, Electrical LOTO, Ear Plugs, E Zone, Dust Mask, DTMs, Confined Space, Complacency, Code 4 - Inclement Weather, Code 3 First Responder, Forklift First Responder, First Aid, First Aid, Fire Extinguisher, Fatigue, Fall Protection, OFI, No Stage Zone, No Jewelry, Near Miss, Moving Parts, Machine Guard, LOTO Try, LOTO, ZIP Audit, Trip Hazard, Team Work, Team Lift, Take 2, Stop Zone, Spotter, Spill Kit, Eye Wash, Ergonomics, Emergency Evacuation, Electrical Safety, Electrical Panels, Electrical Panel

**More like this:**

PERIOD 5 - 7 SAFETY BINGO | Safety Star BINGO | Safety Star BINGO |
Period 5 -7 Safety Star BINGO | Safety Star BINGO2

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

PDFmyURL

## APPENDIX E

Page: 36

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

# EXHIBIT 8

Page: 37



Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:48:50 AM

# EXHIBIT 8

PDFmyURL



Page: 38

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



Page: 39

**Text Replaced**
[Old]: "07/28/23"
[New]: "09/08/23"

**Text Replaced**
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

**Text Replaced**
[Old]: "15-1"
[New]: "1-1"

**Text Replaced**
[Old]: "39"
[New]: "37"

Page: 40

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"





# EXHIBIT 9

Page: 41

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:49:03 AM

# EXHIBIT 9

Page: 42

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"



PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

Bingo Card Generator  Bingo Cards  Help  Legal  Login/Sign Up

**B-Safe BINGO** 👍
95 words / 0 images / Created 2022-04-11

| B | S | A | F | E |
|---|---|---|---|---|
| 116 | 129 | 213 | 4.15 | 209 |
| 4.1 | 401 | 216 | 205 | 108 |
| 2.7 | 114 | Free! | 217 | 211 |
| 127 | 202 | 220 | 219 | 103 |
| 218 | 117 | 4.14 | 215 | 2.13 |

**B-SAFE EHS BINGO!** 👍
24 words / 1 image / Created 2021-03-11

| B | S | A | F | E |
|---|---|---|---|---|
| Learn from Operator in Press | Safe PIV & Pedestrian Interaction | Proper Use of LOTO | Practice Safe Entry into Board | Safe Driving |
| Learn from Operator in Reward | Assist in Press Lifting | Conduct Risk Assessment | Conduct All Shift Inspections | Conduct Safe PIV |
| Learn from Proper Team Lifting | Help Clean NOT Your Area | Complete ECHO | Operator in Stop/Rec. | Learn from Operator in Safety Idea |
| Took time to stretch with Co-Worker | Give Safety Feedback to Co-Worker | Clean Your area | Store / Label Chemicals Properly | Inspect tools in Area about Safety Idea |
| Submit Near Miss | ALL Clean PPE Worn | Cut Gloves Worn | | Come talk to Area about Safety Idea / replace old |

Case 2:23-cv-01399   Document 1-1   Filed 09/08/23   Page 30 of 37

**EXHIBIT 10**



Page: 43

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 7:49:11 AM

**EXHIBIT 10**

Page: 44

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"





Google BSAFE Bingo

Images Shopping News Videos Maps Books Flights Finance All filters

About 158,000 results (0.41 seconds)

Safety Star
https://safetystar.com › safety-bingo

**B-Safe Safety Bingo - Kits, Cards and Supplies**

Join thousands of organizations using our **B-SAFE** safety **bingo** program to improve employee safety awareness and reduce workers compensation expenses.

Rating: 4.5 · 2 votes

Amazon.com
https://www.amazon.com › B-Safe-Bingo-Safety-Prog...

**B-Safe Safety Bingo Program : Toys & Games**

The **BSAFE Bingo's** focal point is our heavy duty, easy to mount Game Poster. Our new technology Easy Wipe lamination allows you to effortlessly wipe off daily ...

Manufacturer: Safety Star Age Range (Description): Adult
Included Components: Cards

Rating: 4 · 5 reviews · $299.00 · 30-day returns

Safety Bingo
https://www.safetybingo.com

**Safety Bingo: Home**

Behavioral-based safety awareness programs for every workplace! Workplace safety just got a lot more fun! ... Join the Safety **Bingo** family!

Shop · About · Contact

## People also ask

- How do you play workplace safety bingo?
- How do you play double action bingo?
- How do you play the board game bingo?
- How do you play bingo for money?

Feedback

Bingo Baker
https://bingobaker.com › view

**BSAFE BINGO Card**

**BSAFE BINGO** bingo card with deductible, umbrella, underwriting, claim, insured, shared risk, Liability coverage, premium, Captive agent and Pru.

https://bingobaker.com › view

**B SAFE Bingo Card**

**B SAFE bingo** card with Personal Protective Equipment, Hand Safety, Hearing Safety, Wet Floor Danger, Glass Safety, Ergonomics, Safe Quality Foods, ...

LinkedIn
https://www.linkedin.com › posts

**Daniel Batty's Post**

We started **BSafe Bingo** now for one month. This keeps our staff engaged along with daily safety tips. Building a safety conscience company!

## Page: 45

Maulin Shah Date: 4/24/2023 1:43:01 PM
EXHIBIT 11

Annotation Attributes Changed

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"



# EXHIBIT 12

Page: 46

Maulin Shah     Date: 3/29/2023 2:01:06 PM

# EXHIBIT 12

Text Replaced
[Old]: "07/28/23"
[New]: "09/08/23"

Text Replaced
[Old]: "3:23-cv-05440-DGE"
[New]: "2:23-cv-01399"

Text Replaced
[Old]: "15-1"
[New]: "1-1"

Text Replaced
[Old]: "39"
[New]: "37"

# EXHIBIT 13

## Search Tips

By default, BingoBaker will search the **title, and words/clues** for anything matching your query. Searches are case insensitive. But BingoBaker also has some advanced search operators you can use for better searching.

### Quick Examples

`+title:animals +created:[2020-10-01 TO 2020-10-31]`
Find bingo cards with "animals" in the title, that were created during October, 2020

`corpus:"milton friedman" -economics`
Find bingo cards with a word or clue containing the exact phrase "milton friedman", but nothing in the BingoBaker mentions "economics".

`corpus:(milton friedman) +created:[2020-01-01 TO *]`
Find bingo cards with "milton" or "friedman" in any word/clue (with a preference for bingo cards containing both terms) that were created after the beginning of 2020.

`"milton friedman"`
Find bingo cards containing the exact phrase "Milton Friedman".

`milton friedman +items:[50 TO *]`
Find bingo cards containing the words milton or friedman (with a preference for bingo cards containing both terms) that have 50 or more words/images.

## Should, Must and Must Not

You are probably used to using boolean operators like AND, OR and NOT for doing searches. BingoBaker uses different operators **+** (MUST) and **-** (MUST NOT). A space is implicit for the SHOULD operator.

## Examples

`sin cos tan`
At least one of those terms must be in the card, with a preference for bingo cards that include more matching terms. These terms are implicitly joined with a space (which is the SHOULD operator).

`Milton +Friedman`
The term "Friedman" *must* be in the card somewhere, with a preference for bingo cards that mention "Milton" too.

`Economics economy -Friedman`
Find bingo cards that mention economics or economy that don't mention "Friedman" at all.

You can also use parentheses for grouping.

`Economics economy -(Friedman Hayek)`
Find bingo cards that mention economics or economy that don't mention "Friedman" nor "Hayek" at all.

### Field Specific Searches (title, corpus, created, images, words, items, clues)

Page: 47

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"

Maulin Shah    Date: 3/29/2023 2:01:21 PM

# EXHIBIT 13

`title:(american history)` searches for bingo cards that have "american" or "history" in the title. The **parentheses are required if you enter multiple words**. Without parentheses, ~~title:american history~~ would find bingo cards with "american" in the title, or "history" *anywhere* within the card.

`corpus:"como se llama"` finds bingo cards with that exact phrase in any of the words/clues (the `corpus` field encompasses every word/clue).

`created:[2020-10-31 TO *]` finds bingo cards created on or after Halloween 2020.

`created:{2020-10-31 TO 2020-12-31}` finds bingo cards created after Halloween 2020, but before the new year (use {} for exclusive ranges, and [] for inclusive ranges).

`words:[50 TO 100]` finds bingo cards with 50 to 100 words (inclusive).

`images:[5 TO *]` finds bingo cards with 5 or more images.

`items:[75 TO *]` finds bingo cards with 75 or more words or images.

`clues:[25 TO *]` finds bingo cards with 25 or more clues.

Note: The free space does not count towards the words/images/items/clues count.

Page: 48

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"

Page: 49

Text Replaced
[Old]: "3:23-cv-05440-DGE Document 15-1 Filed 07/28/23"
[New]: "2:23-cv-01399 Document 1-1 Filed 09/08/23"

Text Replaced
[Old]: "39"
[New]: "37"



EXHIBIT 14

Case 2:23-cv-01399   Document 1-1   Filed 09/08/23   Page 36 of 37

Bingo Card Generator    Bingo Cards    Help    Login/Sign Up

# Bingo Baker

Whip up a batch of bingo cards!

## Login

Username or Email:

Password:

[ Login ]    Trouble logging in?

## Join Bingo Baker!

A **lifetime** membership to Bingo Baker is just $24.95. Benefits include:

✓ **Totally UNLIMITED Usage**
Create and use as many cards as you want. Print as many cards as you want, upload as many images as you want, and play with as many people as you want!

✓ **Privacy Control**
Make your games private and hide them from search engines.

✓ **A Custom Online Bingo Experience**
Change the play online instructions/text; collect the name, email, or other identifier from online players; customize the bingo dauber. No BingoBaker branding on any page!

✓ **Real-time Bingo Dashboard**
See every player's card in real-time. Quickly verify a bingo. Invite players via email directly from Bingo Baker. Clear, scramble and delete cards easily.

and more!

[ Sign Up! ]

Bingo Card Generator    Bingo Cards    Help    Legal    Login/Sign Up



The Wayback Machine - https://web.archive.org/web/20150323191934/https://bingobaker.com/account/login/

EXHIBIT 15

# Bingo Baker
## Whip up a batch of bingo cards!

Home | **Login/Sign Up** | Search for Bingo Cards | About

## Login

Username:

Password:

Login

If you forget your password, you can reset it

### Become a Bingo Baker Member

It's $9.95 for a lifetime membership. Member benefits include:

- A fancy bingo card manager
- Full printing capabilities (more than 8 cards)
- Editing privileges
- A public list of all your bingo cards
  (ex: bingobaker.com/1)

Sign Up!

Page: 50

Text Replaced
[Old]: "Case 3:23-cv-05440-DGE 15 Document 15-1 Filed 07/28/23"
[New]: "1 Case 2:23-cv-01399 5 Document 1-1 Filed 09/08/23"

Font "LiberationSans" changed to "ArialNarrow-Bold".
Font-size "12" changed to "24".
Font-color changed.

Text Replaced
[Old]: "39"
[New]: "37"

Page Deleted

Page Deleted

https://web.archive.org/web/20150323191934/https://bingobaker.com/account/login/      1/1