Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:23-cv-01399-BHS<br><br>**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL** |

In accordance with Local Civil Rule 83.2(b)(1), the parties hereby stipulate that Maulin V. Shah and Envision IP, LLC, and Carl J. Marquardt and the Law Office of Carl J. Marquardt PLLC, withdraw as counsel for Plaintiff Safety Star, LLC. Timothy Billick and TBillick Law PLLC hereby substitute and appear on behalf of Plaintiff. Mr. Billick's contact information is as follows:

> Tim Billick, WSBA No. 46690
> TBillick Law® PLLC
> 601 1st Ave.
> Seattle, WA 98104

STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL - 1

Tel. 206.848.4448
Email: tim@tbillicklaw.com

Dated: March 29, 2024

SO STIPULATED AND AGREED TO BY:

| FOCAL PLLC | LAW OFFICE OF CARL J. MARQUARDT PLLC |
|---|---|
| */s/ Stacia N. Lay* <br> */s/ Randall H. Moeller* <br> Stacia N. Lay, WSBA #30594 <br> Randall H. Moeller, WSBA #21094 <br> 900 1st Ave. S., Suite 201 <br> Seattle, WA 98134 <br> Tel: 206.529.4827 <br> Email: stacia@focallaw.com <br> Email: randall@focallaw.com <br> Attorneys for Defendant Aptibyte, LLC | */s/ Carl J. Marquardt* <br> Carl J. Marquardt (WSBA No. 23257) <br> 1126 34th Avenue, Suite 311 <br> Seattle, WA 98122 <br> Tel:   (206) 388-4498 <br> Email: carl@cjmlawoffice.com <br><br> ENVISION IP, LLC <br><br> */s/ Maulin V. Shah* <br> Maulin V. Shah, *Admitted Pro Hac Vice* <br> 1345 Avenue of the Americas, 2nd Floor <br> New York, NY 10105 <br> Tel:   888-307-6807 <br> maulin.shah@envisionip.com <br> Withdrawing Attorneys <br><br> TBillick Law® PLLC <br><br> */s/ Tim J. Billick* <br> Tim J. Billick, WSBA No. 46690 <br> 601 1st Ave. <br> Seattle, WA 98104 <br> Tel. 206.848.4448 <br> Email: tim@tbillicklaw.com <br><br> Substituting and appearing attorney for Plaintiff Safety Star, LLC |

STIPULATED MOTION FOR SUBSTITUTION
OF COUNSEL - 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com