Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>                                    Plaintiff,<br><br>vs.<br><br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                                    Defendant. | No. 2:23-cv-01399-BHS<br><br>**ORDER FOR STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL** |

**ORDER**

The Court GRANTS the Stipulated Motion for Withdrawal and Notice of Substitution that Tim J. Billick of TBillick Law PLLC now appears as counsel of record for Plaintiff **SAFETY STAR, LLC** in the above-captioned matter. All further pleadings and papers will be served upon him at the email address stated below. Furthermore, the Court hereby removes Maulin V. Shah and Envision IP, LLC, and Carl J. Marquardt and the Law Office of Carl J. Marquardt PLLC as counsel for SAFETY STAR, LLC.

ORDER for Stipulated Motion for Substitution of Counsel

2:23-cv-01399-BHS – 1



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

IT IS SO ORDERED.

Dated this 1st day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER for Stipulated Motion for Withdrawal
and Notice of Substitution of Counsel

2:23-cv-01399-BHS – 2

