HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>                             Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                             Defendant. | No. 2:23-cv-01399-BHS<br><br>STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)<br><br>NOTE ON MOTION CALENDAR:<br><br>APRIL 11, 2024 |

**STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)**

Defendant Aptibyte, LLC ("Aptibyte") filed its Motion for Judgement on the

Pleadings pursuant to FED. R. CIV. P 12(c) (Dkt. 22) ("Motion") on March 28, 2024.

Since that date, Plaintiff Safety Star, LLC's ("Safety Star") counsels withdrew from the

Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 1

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

case and Timothy Billick and TBillick Law PLLC were substituted to appear on behalf of Plaintiff on March 29. 2024. (Dkt. 25 and 26.) The Court GRANTED the Stipulated Motion for Substitution of Counsel on April 1, 2024. (Dkt. 27.)

Good cause exists for this extension under Fed. R. Civ. P. 16 and Local Civil Rule 16(b)(6). This case has been the product of unfortunate mistakes made by prior counsel and has an atypical procedural history. To afford new counsel additional time to address the important issues raised Aptibyte's Motion, and hopefully clarify some of the issues, Safety Star respectfully requests a modest one-week extension of the briefing schedule.

No prejudice exists to Defendant, for its counsel has consented to this extension and Safety Star's counsel has agreed to a corresponding one-week extension of the deadline for Aptibyte's reply on its Motion. Any annoyance or prejudice to this Court is expected to be minimal as well, given the briefing schedule does not impact the case schedule and will not impact the Court's hearing calendar. Plaintiff has moved diligently for this request, for it sought this stipulation on the morning of Thursday April 11, several days before the deadline of Monday April 15.

Therefore, the parties respectfully request that the Court extend the deadline for (1) Safety Star to file an Opposition to the Defendant's Motion for Judgement on the Pleadings pursuant to FED. R. CIV. P 12(c) to Monday, April 22, 2024, and

(2) Defendant's reply to the new Noting Date of Friday, May 3, 2024.

Dated: April 11, 2024.

Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 2



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1   SO STIPULATED AND AGREED TO BY:

2   FOCAL PLLC                                    TBillick Law® PLLC

3   */s/ Stacia N. Lay*                           */s/ Tim J. Billick*

4   Stacia N. Lay, WSBA #30594                    Tim J. Billick, WSBA No. 46690
    Randall H. Moeller, WSBA #21094               601 1st Ave.

5   900 1st Ave. S., Suite 201                    Seattle, WA 98104

6   Seattle, WA 98134                             Tel. 206.848.4448
    Tel: 206.529.4827                              Email:  tim@tbillicklaw.com

7   Email: stacia@focallaw.com

8   Email: randall@focallaw.com                   Attorney for Plaintiff Safety Star, LLC
    Attorneys for Defendant Aptibyte, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 3



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com