Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>                        Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                        Defendant. | No. 2:23-cv-01399-BHS<br><br>[PROPOSED] ORDER FOR STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)<br><br>NOTE ON MOTION CALENDAR:<br><br>April 11, 2024 |

**[PROPOSED] ORDER FOR STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)**

     Good cause being shown, the Court GRANTS the Stipulated Motion for an extension of time for Plaintiff to file opposition to Defendant's Motion for Judgement on

[PROPOSED] ORDER for Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 1

TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

the Pleadings pursuant to FED. R. CIV. P 12(c) (Dkt. 22). The Court extends the following deadlines on Defendant's Motion:

 Plaintiff's Opposition is due by Monday, April 22, 2024.

 Defendant's Reply is due by Friday, May 3, 2024 (the New Noting Date).

 IT IS SO ORDERED.

Dated this ___ day of _____, 2024.

                  _____
                  Benjamin H. Settle
                  United States District Judge

SO STIPULATED AND AGREED TO BY:

| FOCAL PLLC | TBillick Law® PLLC |
|---|---|
| */s/ Stacia N. Lay*<br>Stacia N. Lay, WSBA #30594<br>Randall H. Moeller, WSBA #21094<br>900 1st Ave. S., Suite 201<br>Seattle, WA 98134<br>Tel: 206.529.4827<br>Email: stacia@focallaw.com<br>Email: randall@focallaw.com<br>Attorneys for Defendant Aptibyte, LLC | */s/ Tim J. Billick*<br>Tim J. Billick, WSBA No. 46690<br>601 1st Ave.<br>Seattle, WA 98104<br>Tel. 206.848.4448<br>Email: tim@tbillicklaw.com<br><br>Substituting and appearing attorney for Plaintiff Safety Star, LLC |

[PROPOSED] ORDER for Stipulated Motion for an Extension of Time for Plaintiff to file Opposition to Defendant's Motion for Judgement on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com