Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>        Defendant. | No. 2:23-cv-01399-BHS<br><br>ORDER FOR STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)<br><br>NOTE ON MOTION CALENDAR:<br>April 11, 2024 |

**[PROPOSED] ORDER FOR STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P 12(c)**

  Good cause being shown, the Court GRANTS the Stipulated Motion for an extension of time for Plaintiff to file opposition to Defendant's Motion for Judgement on

ORDER for Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

the Pleadings pursuant to FED. R. CIV. P 12(c) (Dkt. 22). The Court extends the following

deadlines on Defendant's Motion:

    Plaintiff's Opposition is due by Monday, April 22, 2024.

    Defendant's Reply is due by Friday, May 3, 2024 (the New Noting Date).

    IT IS SO ORDERED.

Dated this 12th day of April, 2024.

                              BENJAMIN H. SETTLE
                              United States District Judge

SO STIPULATED AND AGREED TO BY:

| FOCAL PLLC | TBillick Law® PLLC |
|---|---|
| */s/ Stacia N. Lay*<br>Stacia N. Lay, WSBA #30594<br>Randall H. Moeller, WSBA #21094<br>900 1st Ave. S., Suite 201<br>Seattle, WA 98134<br>Tel: 206.529.4827<br>Email: stacia@focallaw.com<br>Email: randall@focallaw.com<br>Attorneys for Defendant Aptibyte, LLC | */s/ Tim J. Billick*<br>Tim J. Billick, WSBA No. 46690<br>601 1st Ave.<br>Seattle, WA 98104<br>Tel. 206.848.4448<br>Email: tim@tbillicklaw.com<br><br>Substituting and appearing attorney for<br>Plaintiff Safety Star, LLC |

ORDER for Stipulated Motion for an Extension of Time
for Plaintiff to file Opposition to Defendant's Motion for Judgement
on the Pleadings pursuant to FED. R. CIV. P 12(c)

2:23-cv-01399-BHS – 2



TBILLICK
LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com