Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>                         Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                         Defendant. | No. 2:23-cv-01399-BHS<br><br>**DECLARATION OF ALBERT "BEAU" CULBERTSON IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

**DECLARATION OF ALBERT "BEAU" CULBERTSON**

This declaration is given by Albert "Beau" Culbertson pursuant to 28 U.S.C. § 1746:

1.     I am over 18 years old and make this declaration in support of the Plaintiff's Safety Star, LLC ("Safety Star") opposition to Defendant's Aptibyte, LLC ("Aptibyte") motion for judgment on the pleadings, based on my personal knowledge

CULBERTSON DECLARATION
2:23-cv-01399-BHS

1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

of the facts relayed herein, and could and would testify competently to the facts set forth herein if called to do so. All exhibits attached to this declaration are true and accurate reproductions as set forth below.

2. To commercialize my passion for workplace safety, I began soliciting Missouri businesses to purchase B-SAFE bingo cards in March 1992.

3. For example, I ordered thousands of B-SAFE bingo cards to be printed around January 31, 1992 to sell my safety bingo game to as many companies as possible throughout Missouri. Attached as **Exhibit A** is a copy of a dated receipt for an order of printed copies of the B-SAFE bingo cards.

4. Throughout 1992 I sent out brochures via direct mail to companies advertising my safety bingo game. Attached as **Exhibit B** is a scanned copy of one of those brochures.

5. During the early days of Safety Bingo, I sold the B-SAFE Bingo cards under the d/b/a "Safety Concepts," from 1992 to 2002. Attached as **Exhibit C** is a collection of screenshots from the Missouri Secretary of State's website showing a summary of the corporate filings for Safety Concepts. Regardless of the d/b/a, "B-SAFE" was always the center of the brand and has been used continuously for Bingo card games.

CULBERTSON DECLARATION
2:23-cv-01399-BHS

2



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

6. I have always been the one and only owner of Safety Star, LLC since the company's incorporation on February 28, 2002. Attached as **Exhibit D** is a copy of Safety Star's articles of incorporation.

7. Attached as **Exhibit E** is a collection of screen-captures of Safety Star's website https://safetystar.com/ where the company advertises the B-SAFE bingo kits and cards.

8. Since Safety Star's founding, no one else has had permission to use the B-SAFE and BSAFE BINGO marks. The company was set up to be the exclusive user and recipient of revenues from all uses of the marks.

9. I filed for B-SAFE in the U.S.P.T.O. on or about January 8, 2005. Attached as **Exhibit F** is a screen capture showing a summary of the documents filed during the prosecution of that application as well as the application summary.

10. I filed for BSAFE BINGO in the U.S.P.T.O. on June 4, 2018. Attached as **Exhibit G** is a screen capture showing a summary of the documents filed during the prosecution of that application as well as the application summary.

11. I am not a trademark attorney and I have no formal trademark law training. I relied on my former counsel Maulin V. Shah for all aspects of intellectual property advising regarding the B-SAFE and BSAFE BINGO trademarks. Mr. Shah and I have known each other for roughly six years, and we generally had worked well together. So I had no reason to second-guess issues dealing with the trademarks,

CULBERTSON DECLARATION
2:23-cv-01399-BHS

3



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

including issues concerning ownership, licensing, assignments, etc. My time needs to be focused on running the business, and so I have to rely on other subject-matter experts around me to do their job correctly. Looking to the *nunc-pro-tunc* assignments at issue in this case, I have no idea why the effective date of January 22, 2019 was chosen for either of the assignments.

12. After the Court directed Safety Star to pay the award of attorney's fees in this case, I made payment on or about April 4, 2024.

13. On or about April 1 and April 18, 2024 I typed "safetybingo" into Google and as shown in **Exhibit H,** Aptibyte's cards continue to show up in search results. Those cards are also available for download on the bingobaker.com website, as shown in **Exhibit H.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of April 2024, in Springfield, Missouri.

Signature: *Beau Culbertson*
Beau Culbertson (Apr 22, 2024 10:24 CDT)

ALBERT "BEAU" CULBERTSON
Managing Member of Safety Star, LLC

CULBERTSON DECLARATION
2:23-cv-01399-BHS

4



TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com