Need Help? Call Us at (417) 581-6199



Home   Safety Scoreboards   Safety Stoplights   Safety Bingo   Dry Erase Posters   More Products   Your Cart



# The "Original" B-SAFE Bingo Card

**Small Card Pricing**

| 0 – 1,999 | 2,000 – 4,999 | 5,000 – 20,000 | Over 20,000 |
|---|---|---|---|
| $0.09 Each | 10% Off | 20% Off | Please Call |

**Large Card Pricing**

| 0 – 1,999 | 2,000 – 4,999 | 5,000 – 20,000 | Over 20,000 |
|---|---|---|---|
| $0.12 Each | 10% Off | 20% Off | Please Call |

**Size**

Small - Credit Card Size - 2"x3.5"

**Color**

Yellow

**$0.09**

1   Add To Cart



**Description** | Additional information | Reviews (0)

## Description

These safety bingo cards have been used by thousands of businesses to reduce workers compensation expenses since 1992. Our small card is the original "credit card size" made from brightly colored, thick card stock. Perfect size for a wallet or billfold. **We now also offer a large regular size card measuring 3.7″ X 4.25″.** Orders for our stock B-SAFE Bingo Cards require no minimums and ship the same day as ordered.

### Here are 7 reasons why our Safety Bingo Cards are a "best" value:

1. Our stock and custom safety bingo card prices are the lowest in the country, we will not be under sold!
2. All of our cards are printed right here in the USA, no foreign printing!
3. Order the exact number of cards you need, no need to buy "packs" of cards that may not be used.
4. No art / set up charge for custom cards or existing card reorders, saving you $40 to $50 per order.
5. Reordering is simple, just e-mail or call us. We keep all your order history on file.
6. Our cards are made of thick 65 lb. cardstock and are more "tear resistant" than the competition.
7. All individual games come in a different color at no extra charge.

## Related products



Small Custom B-SAFE Bingo Card

Read More



New B-SAFE BINGO Combo Card

$0.09 – $0.12

Select Options



Large Custom B-SAFE Bingo Card

$0.12

Read More

---



### Products

Safety Scoreboards

Safety Bingo

Dry Erase Posters

Safety Stoplights

### Contact Us

✉ info@safetystar.com

📞 (417) 581-6199

📍 5157 N 22nd St
Ozark, MO 65721

### Digital Timer Instructions

Download Manuals

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!