# Bingo Baker

### Whip up a batch of bingo cards!

[Bingo Card Generator](#)  [Bingo Cards](#)  [Help](#)  [Login/Sign Up](#)

Find and customize one of the thousands of ready-made bingo cards, or use the simple bingo card generator to create your own. Then print as many cards as you need. You can even play virtual bingo using a computer, smartphone or tablet. It's fast and easy.

loteria    [Find Cards]




*Create your own bingo card from scratch*



|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  | Free! |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☑ The center square is the free space

☐ Shuffle items *only* within their column

| Background | Text | Grid Lines | Thin ▾ |
|---|---|---|---|
| | | | Line Thickness |

*Extra Words/Images*
(these will be mixed into your card above)

|  |  |  |  |  |
|---|---|---|---|---|

**Add More**

Paste in a list of words

**Privacy Options**

⦿ **Public**

Anyone can view your card. It will be indexed in search engines so

# Generator

**Instructions:** Enter your bingo card title, choose a size, and type your words into the squares.

You can drag-and-drop images into the squares and customize the color scheme.

To generate your bingo cards, cilck the "Generate" button.

Afterwards, you can print your bingo cards, or play a virtual bingo game.

## Features

- **New!** For question/answer-style bingo, flip over the square to enter a question/clue (which will appear on the call list)
- **Drag and drop images** from your computer to liven up your card
- **Print** 10 bingo cards or 10,000 with 1, 2 or 4 bingo cards per page
- **Play virtual bingo** from a computer, tablet or smartphone
- Use the automatically generated random **call list** to conduct your game
- Decide if you want to fix your words/images to a single column (like in traditional bingo), or shuffle them across the entire card.
- Customize the size of your card with 5x5, 4x4 and 3x3 grids
- Add as many words/images as you want
- Choose whether you want a free space or not
- Calculate the probability of

other people can find and use it.

○ **Hidden**
Only people who know the URL can access your card, and it will **not** be indexed by search engines.

○ **Private**
Only you can access the card.

[ Generate ]

someone winning your bingo game after a certain number of calls

## How do I generate bingo cards?

Enter the bingo title, select the size of your bingo card grid, and type your items into the squares. Whatever items you enter into the squares will be shuffled around when the bingo cards are generated.

You can add numbers (like in traditional bingo), words, phrases, or pictures to your card. You can also customize the colors of the squares, and the bingo card itself.

**Tip:** You can put text and an image into a square. Use the text shadow to make the text "pop" against the background image. You can also change the vertical alignment of the text in the square so it does not cover the important parts of the image.

If your center square is the free space (and should not be shuffled around the card), make sure you check the "The center square is the free space" checkbox. Only 5x5 and 3x3 have a free space.

By default, when your cards are generated, the items are shuffled over the *entire* card. In traditional bingo, items are fixed to a certain column (and only shuffled within their respective column). To enable that, check the "Shuffle items only within their column" checkbox.

## How does question/answer-style bingo work?

When you create your card, you can flip over a square to enter a clue/question. Whatever you enter on the *back* of your square will appear in the call list for your bingo game. For example, to help kids learn animal words, you might put the word "Bear" on the front of the square, and a picture of the bear on the *back*. When you play the game, the image of the bear will appear in the call list for your students to see. If they recognize the literal word "Bear" on their card, they would mark it.

You can use question/answer-style bingo to quiz players about anything!

## How many bingo cards can I generate?

A 5x5 bingo card can generate 15511210043330985984000000 unique cards. A 3x3 bingo card can produce only 362880 bingo cards. Cards are randomly generated, so the probability of getting a duplicate is infinitesimal on a 5x5 card.

## How do I print bingo cards?

After generating bingo cards or finding an existing bingo card, enter the number of cards you want to print, and select how many cards you want to print per page. You can print 1, 2 or 4 cards per page. Make sure you switch to landscape print mode on your printer to print 2 cards per page.

## How do I play virtual bingo?

To play a virtual bingo game, simply send your players the bingo card URL. They can generate a virtual bingo card instantly. Here are more detailed instructions to play virtual bingo.

## How do I call items?

A call sheet is included with your bingo game. Simply read the items off in the order you see them. You can also print the call sheet, cut it out, and pull the items from a hat.

## How many items should I put on my bingo card?

You should at least fill the entire bingo card grid. A traditional number bingo card has 75 items. You can add up to 350 squares to your card.

## I need more help

See the help page. But I strongly recommend you just play around. It's bingo. You won't break anything.

Bingo Card Generator    Bingo Cards    Help    Legal    Login/Sign Up

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!