

## BSAFE 👍

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

⚠️ This card has duplicate items: 45(2), 61(2)

With `30` players vying for a `bingo` you'll have to call about __ items before someone wins. There's a __% chance that a lucky player would win after calling __ items.

**Tip:** If you want your game to last longer (on average), add more unique words/images to it.

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!