**Envision IP, LLC**
*Intellectual Property Law Firm*

350 5th Avenue, 59th Floor
New York, NY 10118
Ph.: 888-207-5560
Fax: 646-200-5227

**VIA USPS CERTIFIED MAIL AND EMAIL**

March 23, 2020

Matt Johnson
support@bingobaker.com

Re: Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503

Mr. Johnson:

     Please be advised that this firm represents Safety Star LLC ("Safety Star") with respect to trademark-related matters. Safety Star is a leading provider of safety awareness programs and products for employers and workplaces.

     Safety Star is the owner of U.S. Trademark Registration No. 2,682,647 for SAFETY STAR for "instruction sheets and posters designed to promote safety on the job", U.S. Trademark Registration No. 3,032,329 for B-SAFE for "bingo-type game cards for use in promoting safety", and U.S. Trademark Registration No. 5,660,503 for BSAFE BINGO for "board games designed to promote employee safety awareness" (collectively, the "Safety Star Trademarks"). A true and correct copy of these trademark registration certificates are attached for your review as Appendix A.

     Safety Star has marketed and sold safety bingo products under the BSAFE and B-SAFE trademarks since at least 1992, and under the SAFETY STAR trademark since at least 2001. For example, attached as Appendix B is a copy of my Client's BSAFE safety bingo card.

     It has come to our attention that you are illegally using the Safety Star Trademarks on downloadable and printable safety bingo cards. *See Appendices C & D*. Your website at <bingobaker.com> states, among other things, "Find and customize one of the thousands of ready-made bingo cards, or create your own. Then print as many cards as you need." *See Appendix E.*

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503
Matt Johnson

Customers, potential customers, and parties involved in the occupational and workplace safety industry are being misled into believing that your products and games bearing the Safety Star Trademarks are affiliated with, owned by, or approved by Safety Star. We thus consider your unauthorized uses of the Safety Star Trademarks to be an infringement of our rights.

Accordingly, we demand that that you immediately:

(1)  Cease use of the trademarks BSAFE, B-SAFE, and SAFETY STAR on all products and games that you offer, whether digitally or in print;

(3)  Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all business locations and any other physical locations where your products may be sold or advertised (such as distributors, re-sellers, and retail outlets);

(4)  Remove any branding, advertisements, or mentions of the trademarks BSAFE, B-SAFE, and SAFETY STAR from all online accounts, such as websites, blogs, social media handles, or otherwise, where your products may be sold or advertised;

(5)  Agree in writing to refrain from using the trademarks BSAFE, B-SAFE, and SAFETY STAR, or any mark or logo confusingly similar to any of my Client's trademarks, in the future, in any form, either digitally or in print; and

(6)  Prevent visitors of <bingobaker.com> from generating, printing, or otherwise creating any bingo cards bearing any of the trademarks BSAFE, B-SAFE, and SAFETY STAR.

Infringement of U.S. Trademark Registration Nos. 2,682,647, 3,032329 & 5,660,503
Matt Johnson

    My Client is prepared to pursue all available legal remedies to protect and enforce its trademark rights under applicable state and federal laws. If I do not hear from you within ten (10) days of this letter to indicate compliance with the above requests, we shall assume that you have no interest in an amicable resolution. We will then have no choice but to pursue our legal remedies.

    Nothing stated in or omitted from this letter shall be construed as a waiver of any of Safety Star's rights, all of which are expressly reserved.

    Very truly yours,

    Maulin V. Shah, Esq.
    Attorney at Law

Enclosures

# APPENDIX A

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

Reg. No. 2,682,647

**United States Patent and Trademark Office**     Registered Feb. 4, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

### SAFETY STAR

CULBERTSON, BEAU (UNITED STATES INDIVIDUAL)
8206 INTERLOCHEN ST.
NIXA, MO 65714

FOR: PRINTED INSTRUCTIONAL AND MOTIVATIONAL MATERIALS CONCERNING EMPLOYEE SAFETY, NAMELY, BROCHURES, CATALOGS, INSTRUCTION SHEETS AND POSTERS DESIGNED TO PROMOTE SAFETY ON THE JOB, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

FOR: BUSINESS CONSULTING SERVICES FOR EMPLOYERS CONCERNING SAFETY INCENTIVE AND AWARENESS PROGRAMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

SER. NO. 76-281,230, FILED 7-9-2001.

JOHN DALIER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,032,329
Registered Dec. 20, 2005

TRADEMARK
PRINCIPAL REGISTER

# B-SAFE

CULBERTSON, BEAUB (UNITED STATES INDIVIDUAL)
8206 INTERLOCHEN DRIVE
NIXA, MO 65714

FOR: BINGO-TYPE GAME CARDS FOR USE IN PROMOTING SAFETY, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-1-1992; IN COMMERCE 3-1-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-544,305, FILED 1-8-2005.

MONTIA G. PRESSEY, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# BSAFE BINGO

| | |
|---|---|
| **Reg. No. 5,660,503** | Safety Star (MISSOURI LIMITED LIABILITY COMPANY) |
| **Registered Jan. 22, 2019** | 8206 Interlochen Dr.<br>Nixa, MISSOURI 65714 |
| **Int. Cl.: 28** | CLASS 28: Board games designed to promote employee safety awareness |
| **Trademark** | FIRST USE 10-31-2001; IN COMMERCE 10-31-2001 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | No claim is made to the exclusive right to use the following apart from the mark as shown: "BINGO" |
| | SER. NO. 87-947,894, FILED 06-04-2018 |



Director of the United States
Patent and Trademark Office

**APPENDIX B**



| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 30 | 39 | 53 | 65 |
| 10 | 23 | 31 | 55 | 70 |
| 12 | 25 | FREE 25 SPACE | 47 | 63 |
| 11 | 28 | 33 | 58 | 62 |
| 2 | 27 | 38 | 46 | 61 |

**SAFETY STARTS WITH YOU!**




# APPENDIX C

Bingo Baker

Whip up a batch of bingo cards!

Home | **Login/Sign Up** | Search for Bingo Cards | Help

## BSAFE Safety BINGO

B S A F E

## Print Bingo Cards

Print 1 ▾ cards per page

Print 8 pages

☑ Show bingo title

☑ Include word list

Print

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here: bingobaker.com/play/1947762

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With 30 players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

PDFmyURL

Home | **Login/Sign Up** | Search for Bingo Cards | Help

# Bingo Baker
Whip up a batch of bingo cards!

## Print Bingo Cards

Print 1 ▼ cards per page
Print 8 ☐ pages
☑ Show bingo title
☑ Include word list    Print

(opens as a PDF in a new window)

## Play Online

You can get a full screen bingo card here:
bingobaker.com/play/1108539

## Call List

Here is a call list you can use.

## Clone & Edit

You can clone this bingo game, and edit the clone.

Want to do that?

## Probabilities

With 30 players, you'll have to call about items before someone gets a bingo. There's a % chance that a lucky player would win after calling items.

**Tip:** If you want your game to last longer (on average), add more words/images to it.

## Safety Star BINGO

| S | A | F | T | Y |
|---|---|---|---|---|
| Pinch Point | E Zone | Frustration | SDS | First Responder |
| Inspection | Trip Hazard | Ladder Safety | Spotter | Hand Safety |
| Blitz Audit | Safety Cone | TAKE TWO | Safety Awareness | Ear Plugs |
| Pneumatic LOTO | Code 4 - Inclement Weather | Electrical Panel | Pedestrian Walkways | Loose Clothing |
| Ladder Safety | Machine Guard | Hearing Protection | Recordable | Code 1 Plant Evacuation |

PDFmyURL

This bingo card has the words: Take 2, Near Miss, OFI, First Aid, E Zone, Safety Scorecard, Zip Audit, LOTO, Inspection, Emergency Evacuation, Fatigue, Slip Trip Fall, Sharpe Edges, Repetitive Motion, Goggles, Blitz Audit, Loose Clothing, 5S, Hand Safety, Cell Phone Policy, Ladder Safety, Hand Safety, Coast Time, Machine Guard, Red Card, Recordable, Proper Lifting, PPE, Power Tool Safety, Pneumatic LOTO, Pinch Point, Pedestrian Walkways, Pedestrian Safety, Pedestrian Safety, Sharp Edges, Secondary LOTO, Seatbelt, SDS, Safety Scorecard, Safety Mentor, Safety Glasses, Safety Cone, Safety Awareness, Repetitive Motion, Loose Clothing, Leaning Items, Ladder Safety, JSA, Inspection, Hoist Inspection, Hearing Protection, Hand Safety, Gravitational LOTO, Goggles, Gloves, Gas LOTO, Frustration, Forklift Travel, Forklift Hot Zone, Code 2 Incipient Fire or Spill, Code 1 Plant Evacuation, Coast Time, Chemical Labeling, Cell Phone Policy, Bump Hazard, Blood Borne Pathogens, Blocked Exit, Blitz Audit, Blind Spot, Applied Force, Air Hose, Electrical LOTO, Ear Plugs, E Zone, Dust Mask, DTMs, Confined Space, Complacency, Code 4 - Inclement Weather, Code 3 First Responder, Forklift, First Responder, First Aid, First Aid, Fire Extinguisher, Fatigue, Fall Protection, OFI, No Stage Zone, No Jewelry, Near Miss, Moving Parts, Machine Guard, LOTO Try, LOTO, ZIP Audit, Trip Hazard, Team Work, Team Lift, Take 2, Stop Zone, Spotter, Spill Kit, Eye Wash, Ergonomics, Emergency Evacuation, Electrical Safety, Electrical Panels, Electrical Panel

**More like this:**

PERIOD 5 - 7 SAFETY BINGO | Safety Star BINGO | Safety Star BINGO | Period 5 -7 Safety Star BINGO | Safety Star BINGO

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

# APPENDIX E

