

# [Bingo Cards](#) > Title:Bsafe Bingo Cards

| title:bsafe | Clear | Search | Tips |
|---|---|---|---|

☐ Only find cards with images

### BSAFE 👍

24 words / 0 images / Created 2021-06-29

| B | I | N | G | O |
|---|---|---|---|---|
| Safety is the key, its up to you and me | Before you start be safety smart | Safety is no accident | Safety begins with teamwork | Safety is free use it generously |
| The best safety device is a safe worker | Safety never takes a vacation | Safety rules are your best tools | Safety begins with S but starts with YOU | Every day is safety day |
| Keep your eyes on safety | At work, at home let safety be the norm | Free! | Be smart, be safe | Get in the safety habit |
| A safer you is a safer me | Avoid the worst, put safety first | Safety is a choice you make | Safety fits like a glove | Before you do, take time to think through |
| Accident prevention starts from hazard attention | Lead the way, safety today! | Safety is in your hands | Being alert never hurts | Safety- its everyone's job |

### BSAFE 👍

24 words / 0 images / Created 2017-07-12

| B | I | N | G | O |
|---|---|---|---|---|
| background | Assessment | Request | Emergency | SBAR |
| Phlebotomy | Code pink | Fire hydrant | Oxygen | Wheelchair |
| Code 44 | Slippery | Free! | Recommendation | Situation |
| Patient Transport | Patient | Biohazard | Code Red | Privacy |
| Security | CP | Read Back | Communicate | Risk Management |

PDFmyURL

## BSAFE 👍

0 words / 24 images / Created 2021-09-10



## BSAFE 👍

24 words / 0 images / Created 2017-04-19

| B | S | A | F | E |
|---|---|---|---|---|
| 14 | 35 | 55 | 61 | 70 |
| 18 | 8 | 30 | 3 | 75 |
| 20 | 12 | Free! | 52 | 40 |
| 45 | 2 | 65 | 48 | 61 |
| 45 | 15 | 73 | 16 | 25 |

## BSAFE 👍

24 words / 0 images / Created 2020-03-10

| B | S | A | F | E |
|---|---|---|---|---|
| Sunglasses | AED | Towel | Cellphone | Live electric wire |
| Trauma Sheers | Fire | Smoke | T-Shirt | Sunscreen |
| Oxygen Tubing | Gunman | Free! | Toxic Chemicals | Floatation Device |

## BSAFE BINGO 👍

30 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| insured | Premium | shared risk | market value | policy |
| unattached structures | Liability coverage | 80% rule | liable | Endorsement |
| quote | underwriting | FREE! | Captive agent | flood |

| Bathing Suit | Goggles | Rescue Tube | Knife | Gloves |
|---|---|---|---|---|
| Life Jacket | Watch | Pulse Oximeter | First Aid Kit | Trauma Bag |

| adjuster | Homeowner | premium | PIP | appraisal |
|---|---|---|---|---|
| insurer | deductible | Pru | exclusions | liability insurance |

### BSafe Bingo 👍

24 words / 0 images / Created 2022-03-17

| B | S | A | F | E |
|---|---|---|---|---|
| 6 | 8 | 18 | 23 | 5 |
| 7 | 15 | 3 | 11 | 19 |
| 12 | 20 | Free! | 9 | 17 |
| 22 | 1 | 10 | 13 | 14 |
| 4 | 2 | 24 | 16 | 21 |

### BSAFE BINGO 👍

34 words / 0 images / Created 2022-08-19

| B | I | N | G | O |
|---|---|---|---|---|
| Ladder Safety | Accident | OSHA | Pinch Point | Audits |
| Slip, trip, fall | Eco | Working at height | Bloodborne pathogens | Hotwork permit |
| Toolbox | Hazards | HSE | Storm | LOTO |
| Exit | Near Miss | Fire drill | Emergency | Lesson learnt |
| Temperature | WWTP | Assembly Point | Covid-19 | Risk Assessment |

### PR BSAFE BINGO 👍

89 words / 0 images / Created 2020-04-21

### BSAFE Safety Buck Bingo 👍

69 words / 0 images / Created 2020-03-11



Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!