# Bingo Baker
### Whip up a batch of bingo cards!

Bingo Card Generator    Bingo Cards    Help    Login/Sign Up

# [Bingo Cards](#) > Title:"B-Safe" Bingo Cards

title:"b-safe"    Clear    Search    Tips

☐ Only find cards with images

### B SAFE 👍
24 words / 0 images / Created 2016-02-10

| B | S | A | F | E |
|---|---|---|---|---|
| Ergonomics | No Accidents | Pay Attention | HAZCOM | Glass Safety |
| Safe Quality Foods | GMP's | Hearing Safety | Machine Guarding Safety | Back Safety |
| Electrical Safety | First Aid | Free! | Job Hazard Analysis | Eyes On the Task |
| Zero Accidents | Personal Protective Equipment | Lockout Tagout | Fire Safety | Slips, Trips and Falls |
| Wet Floor Danger | Hand Safety | Respiratory Protection | Eye Protection | Near Miss Reporting |

### B-SAFE 👍
24 words / 0 images / Created 2017-08-13
1 similar card

| B | S | A | F | E |
|---|---|---|---|---|
| 2 | 41 | 57 | 60 | 61 |
| 17 | 6 | 40 | 13 | 65 |
| 29 | 10 | Free! | 59 | 35 |
| 32 | 1 | 72 | 48 | 73 |
| 55 | 25 | 70 | 26 | 22 |

PDFmyURL

| B-Safe BINGO 👍 | B-SAFE EHS BINGO! 👍 |
|---|---|
| 95 words / 0 images / Created 2022-04-11 | 24 words / 1 image / Created 2021-03-11 |

**B-Safe BINGO**

| B | S | A | F | E |
|---|---|---|---|---|
| 116 | 4.1 | 2.7 | 127 | 218 |
| 129 | 401 | 114 | 202 | 117 |
| 213 | 216 | Free! | 220 | 4.14 |
| 4.15 | 205 | 217 | 219 | 215 |
| 209 | 108 | 211 | 103 | 2.13 |

**B-SAFE EHS BINGO!**

| B | S | A | F | E |
|---|---|---|---|---|
| Learn from Operator in Rewind | Learn from Operator in Extrusion | Safe PIV & Pedestrian Interaction | Print Picture for Entry Safety Board | Safe PIV Driving |
| Learn from Operator in Press | Assist in Proper Team Lifting | Proper Use of LOTO | Conduct Risk Assessment | Conduct All Shift Inspections |
| Submit Near Miss | Help Clean NOT Your Area | (bee image) | Learn from Operator in Ship/Rec. | Your Choice Write-In: |
| Took time to stretch with Co-Worker | Team Lead Write-In: | Complete ECHO | Clean Your area | Come talk to Arissa about Safety Idea |
| Cut Gloves Worn | ALL PPE Worn | Give Safety Feedback to Co-Worker | Store / Label Chemicals Properly | Inspect tools in area / replace old |

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up