# Bingo Baker

Whip up a batch of bingo cards!

Bingo Card Generator    Bingo Cards    Help    Login/Sign Up

## Bingo Cards > Title:"Bsafe Bingo" Bingo Cards

title:"bsafe bingo"    Clear    Search    Tips

☐ Only find cards with images

**BSAFE BINGO** 👍
30 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| insured | Premium | shared risk | market value | policy |
| unattached structures | Liability coverage | 80% rule | liable | Endorsement |
| quote | underwriting | FREE! | Captive agent | flood |
| adjuster | Homeowner | premium | PIP | appraisal |
| insurer | deductible | Pru | exclusions | liability insurance |

**BSafe Bingo** 👍
24 words / 0 images / Created 2022-03-17

| B | S | A | F | E |
|---|---|---|---|---|
| 6 | 8 | 18 | 23 | 5 |
| 7 | 15 | 3 | 11 | 19 |
| 12 | 20 | Free! | 9 | 17 |
| 22 | 1 | 10 | 13 | 14 |
| 4 | 2 | 24 | 16 | 21 |

PDFmyURL

## [BSAFE BINGO] 👍

34 words / 0 images / Created 2022-08-19

| B | I | N | G | O |
|---|---|---|---|---|
| Ladder Safety | Accident | OSHA | Pinch Point | Audits |
| Slip, trip, fall | Eco | Working at height | Bloodborne pathogens | Hotwork permit |
| Toolbox | Hazards | HSE | Storm | LOTO |
| Exit | Near Miss | Fire drill | Emergency | Lesson learnt |
| Temperature | WWTP | Assembly Point | Covid-19 | Risk Assessment |

## [PR BSAFE BINGO] 👍

89 words / 0 images / Created 2020-04-21

| B | I | N | G | O |
|---|---|---|---|---|
| S.S.Comfort 🚢 | Parks closed ⛔ | Beaches closed 🏖 | 6ft People! it's not hard! 📏 | I only have 22 boxes of pasta left what if run out ??? |
| Politics vs Science 🔬 | Changing daytime PJ's into nighttime in PJ's | Thank you ❤ First line responders 👩‍⚕️👨‍⚕️👩‍🚒👨‍🚒 | Panic shopping | ALEXA! Pour me more wine |
| Watched Tiger King 🐯 | Jersey 4 Jersey 💪 | FREE | Times Square a ghost town 🌆 | Italy |
| Swear the frig said "what do you want now?" | CDC ☣ | News 📺 morning noon & night | World Health Organization | Netflix 📺 |
| Stimulus CHECK$ | UPS | Flatten the Curve 📉 | Covidiot | Virtual House Party woot! |

Bingo Card Generator   Bingo Cards   Help   Legal   Login/Sign Up