Google

BSAFE Bingo

Images  Shopping  News  Videos  Maps  Books  Flights  Finance    All filters

About 158,000 results (0.41 seconds)

**Safety Star**
https://safetystar.com › safety-bingo

**B-Safe Safety Bingo - Kits, Cards and Supplies**
Join thousands of organizations using our **B-SAFE** safety **bingo** program to improve employee safety awareness and reduce workers compensation expenses.
★★★★★ Rating: 4.5 · 2 votes

**Amazon.com**
https://www.amazon.com › B-Safe-Bingo-Safety-Prog...

**B-Safe Safety Bingo Program : Toys & Games**
The **BSAFE Bingo's** focal point is our heavy duty, easy to mount Game Poster. Our new technology Easy Wipe lamination allows you to effortlessly wipe off daily ...

| Manufacturer: Safety Star | Age Range (Description): Adult |
|---|---|
| Included Components: Cards | |

★★★★☆ Rating: 4 · 5 reviews · $299.00 · 30-day returns

**Safety Bingo**
https://www.safetybingo.com

**Safety Bingo: Home**
Behavioral-based safety awareness programs for every workplace! Workplace safety just got a lot more fun! ... Join the Safety **Bingo** family!
Shop · About · Contact

## People also ask

How do you play workplace safety bingo?
How do you play double action bingo?
How do you play the board game bingo?
How do you play bingo for money?

Feedback



**Bingo Baker**
https://bingobaker.com › view

**BSAFE BINGO Card**
**BSAFE BINGO** bingo card with deductible, umbrella, underwriting, claim, insured, shared risk, Liability coverage, premium, Captive agent and Pru.



https://bingobaker.com › view

**B SAFE Bingo Card**
**B SAFE bingo** card with Personal Protective Equipment, Hand Safety, Hearing Safety, Wet Floor Danger, Glass Safety, Ergonomics, Safe Quality Foods, ...

**LinkedIn**
https://www.linkedin.com › posts

**Daniel Batty's Post**
We started **BSafe Bingo** now for one month. This keeps our staff engaged along with daily safety tips. Building a safety conscience company!

**ToysCentral - Europe**
https://www.toyscentral.eu › products › bsafe-safety-bi...

**B-Safe Safety Bingo Cards - Pack of 600**

Designed for an employee safety **bingo** program. The cards are 2" x 3.5" credit card size. Perfect size for a wallet or billfold. 6 vibrant colors - red, ...

€125.00 · 14-day returns

**Facebook**
https://m.facebook.com › ...

**Happy Tuesday! Our BSAFE bingo number of today is: F-53!**

Happy Tuesday! Our **BSAFE bingo** number of today is: F-53!

Sponsored

**Amazon.com**
https://www.amazon.com

**Shop Bsafe Bingo - Amazon - Fast Free Delivery with Prime.**

Find Deals on **Bsafe Bingo** in Leisure Sports on Amazon.

★★★★☆ Rating for amazon.com: 4.6 - 3,093 reviews - Return policy: Most items 30+ days

Exercise & Fitness · Fishing · Cycling · Golf · Water Sports · Amazon Prime Benefits

Related searches

Safety bingo cards

Safety bingo ideas

Feedback

| safety bingo card generator | safety bingo free |
| how to play safety bingo | how to play safety bingo at work |
| workplace safety bingo | safety bingo template |

More results