# Search Tips

By default, BingoBaker will search the **title, and words/clues** for anything matching your query. Searches are case insensitive. But BingoBaker also has some advanced search operators you can use for better searching.

## Quick Examples

`+title:animals +created:[2020-10-01 TO 2020-10-31]`
Find bingo cards with "animals" in the title, that were created during October, 2020

`corpus:"milton friedman" -economics`
Find bingo cards with a word or clue containing the exact phrase "milton friedman", but nothing in the BingoBaker mentions "economics".

`corpus:(milton friedman) +created:[2020-01-01 TO *]`
Find bingo cards with "milton" or "friedman" in any word/clue (with a preference for bingo cards containing both terms) that were created after the beginning of 2020.

`"milton friedman"`
Find bingo cards containing the exact phrase "Milton Friedman".

`milton friedman +items:[50 TO *]`
Find bingo cards containing the words milton or friedman (with a preference for bingo cards containing both terms) that have 50 or more words/images.

## Should, Must and Must Not

You are probably used to using boolean operators like AND, OR and NOT for doing searches. BingoBaker uses different operators **+** (MUST) and **-** (MUST NOT). A space is implicit for the SHOULD operator.

## Examples

`sin cos tan`
At least one of those terms must be in the card, with a preference for bingo cards that include more matching terms. These terms are implicitly joined with a space (which is the SHOULD operator).

`Milton +Friedman`
The term "Friedman" *must* be in the card somewhere, with a preference for bingo cards that mention "Milton" too.

`Economics economy -Friedman`
Find bingo cards that mention economics or economy that don't mention "Friedman" at all.

You can also use parentheses for grouping.

`Economics economy -(Friedman Hayek)`
Find bingo cards that mention economics or economy that don't mention "Friedman" nor "Hayek" at all.

## Field Specific Searches (title, corpus, created, images, words, items, clues)

`title:(american history)` searches for bingo cards that have "american" or "history" in the title. The **parentheses are required if you enter multiple words**. Without parentheses, `title:american history` would find bingo cards with "american" in the title, or "history" *anywhere* within the card.

`corpus:"como se llama"` finds bingo cards with that exact phrase in any of the words/clues (the `corpus` field encompasses every word/clue).

`created:[2020-10-31 TO *]` finds bingo cards created on or after Halloween 2020.

`created:{2020-10-31 TO 2020-12-31]` finds bingo cards created after Halloween 2020, but before the new year (use {} for exclusive ranges, and [] for inclusive ranges).

`words:[50 TO 100]` finds bingo cards with 50 to 100 words (inclusive).

`images:[5 TO *]` finds bingo cards with 5 or more images.

`items:[75 TO *]` finds bingo cards with 75 or more words or images.

`clues:[25 TO *]` finds bingo cards with 25 or more clues.

Note: The free space does not count towards the words/images/items/clues count.