

[Bingo Card Generator](#)    [Bingo Cards](#)    [Help](#)    [Login/Sign Up](#)

## Login

**Username or Email:**

[                                           ]

**Password:**

[                                           ]

[ Login ]       [Trouble logging in?](#)

## Join Bingo Baker!

A **lifetime** membership to Bingo Baker is just $24.95. Benefits include:

✓ **Totally UNLIMITED Usage**
Create and use as many cards as you want. Print as many cards as you want, upload as many images as you want, and play with as many people as you want!

✓ **Privacy Control**
Make your games private and hide them from search engines.

✓ **A Custom Online Bingo Experience**
Change the play online instructions/text; collect the name, email, or other identifier from online players; customize the bingo dauber. No BingoBaker branding on any page!

✓ **Real-time Bingo Dashboard**
See every player's card in real-time. Quickly verify a bingo. Invite players via email directly from Bingo Baker. Clear, scramble and delete cards easily.

and more!

[ Sign Up! ]

---

Bingo Card Generator    Bingo Cards    Help    Legal    Login/Sign Up

PDFmyURL