The Wayback Machine - https://web.archive.org/web/20150323191934/https://bingobaker.com/account/login/



Home | **Login/Sign Up** | Search for Bingo Cards | About

# Login

Username:

Password:

[ Login ]

If you forget your password, you can reset it

## Become a Bingo Baker Member

It's $9.95 for a lifetime membership. Member benefits include:

- A fancy bingo card manager
- Full printing capabilities (more than 8 cards)
- Editing privileges
- A public list of all your bingo cards (ex: bingobaker.com/1)

[ Sign Up! ]