Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFETY STAR, LLC., a Missouri limited liability company,<br><br>                            Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                            Defendant. | Case No. 2:23-CV-01399<br><br>PRAECIPE TO CORRECT AMENDED COMPLAINT |

TO THE CLERK OF THE COURT:

Plaintiff respectfully requests that the attached document **replace** the Amended Complaint at Docket Entry No. 34. The Exhibits to the Amended Complaint are to remain the same. The parties have already reached agreement for the correction to the Amended Complaint and such a correction is also filed in connection with an unopposed motion. Docket Entry No. 34 is being

PRAECIPE TO REPLACE DOCUMENT

Case No. 2:23-CV-01399

1

Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

1  replaced with a corrected copy due to a misunderstanding in the court's order on Plaintiff's motion
2  to dismiss.
3      DATED May 6, 2025.

By _____

Tim J. Billick, WSBA No. 46690
PRACTUS LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539

*Attorneys for Plaintiff*

PRAECIPE TO REPLACE DOCUMENT

2

Case No. 2:23-CV-01399



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014