Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFETY STAR, LLC., a Missouri limited liability company,<br><br>                                Plaintiff,<br><br>vs.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>                                Defendant. | Case No. 2:23-CV-01399<br><br>UNOPPOSED MOTION TO ACCEPT LATE AND CORRECTED FILING<br><br><u>Same Day Motion </u>May 5, 2025 |

       Plaintiff Safety Star, LLC ("Plaintiff"), by and through its attorneys, files this Unopposed Motion to Accept the Amended Complaint against Defendant Aptibyte LLC, ("Defendant"). Through a calendaring error, Plaintiff filed the Amended Complaint at Dkt. No. 34 one day after this Court ordered "[a]ny amended complaint must be submitted within 21 days of this order." Order, Dkt. No. 33 p. 12 (issued on April 8, 2025). Upon additional review of this court's order,

UNOPPOSED MOTION TO
ACCEPT LATE FILING

1

Case No. 2:23-CV-01399



Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

1  Plaintiff also realized that allegations of vicarious infringement were inadvertently left in the
2  Amended Complaint. The parties discussed both issues, and Defendant has indicated it will not
3  oppose a late filing that removes allegations of vicarious infringement. The parties further
4  discussed and agreed that Defendant's response to the Corrected Amended Complaint shall be due
5  within 14 days of the Court's Order accepting the filing of the Corrected Amended Complaint.

       Thus, Plaintiff respectfully requests that this Court accept the attached Corrected Amended Complaint. A Notice of Praecipe is also forthcoming.

DATED May 6, 2025.

By _____

Tim J. Billick, WSBA No. 46690
PRACTUS LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539

*Attorneys for Plaintiff*

UNOPPOSED MOTION TO ACCEPT LATE FILING

2

Case No. 2:23-CV-01399

Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014