Hon. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFETY STAR, LLC., a Missouri limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> APTIBYTE, LLC, a Washington limited liability company, <br><br> Defendant. | Case No. 2:23-CV-01399 <br><br> PROPOSED ORDER RE: UNOPPOSED MOTION TO ACCEPT LATE AND CORRECTED FILING <br><br> <u>Same Day Motion </u>May 5, 2025 |

  Plaintiff Safety Star, LLC ("Plaintiff"), by and through its attorneys, filed an Unopposed Motion to Accept the Amended Complaint against Defendant Aptibyte LLC, ("Defendant"). Plaintiff filed the Amended Complaint at Dkt. No. 34 one day after this Court ordered "[a]ny amended complaint must be submitted within 21 days of this order." Order, Dkt. No. 33 p. 12 (issued on April 8, 2025). Additionally, Plaintiff discovered after the filing of the Amended

PROPOSED ORDER RE: UNOPPOSED MOTION TO ACCEPT LATE FILING
Case No. 2:23-CV-01399

1

Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

Complaint that allegations of vicarious infringement, which Plaintiff elected not to pursue, were inadvertently left in the Amended Complaint. Plaintiff has therefore corrected the amended complaint to remove those allegations.

Plaintiff has demonstrated this error was inadvertent and small. The parties conferred in good faith to address the problem, and Defendant has represented that no prejudice would occur from this Court accepting the filing. Therefore, the Court accepts the filing of the Corrected Amended Complaint. Pursuant to Fed. R. Civ. P. 15, Defendant's response to the Corrected Amended Complaint shall be due within 14 days of this Order.

IT IS SO ORDERED

DATED May 6, 2025.

By _____

Tim J. Billick, WSBA No. 46690
P<small>RACTUS</small> LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539

*Attorneys for Plaintiff*

PROPOSED ORDER RE: UNOPPOSED MOTION TO ACCEPT LATE FILING
Case No. 2:23-CV-01399

2



Practus LLP
11300 Tomahawk Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014