|   |   |
|---|---|
| 1 | Hon. Benjamin H. Settle |
| 2 |   |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>　　　　　　　　　Defendant. | No. 2:23-cv-01399-BHS<br><br>**COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN** |

**JOINT STATUS REPORT AND DISCOVERY PLAN**

Pursuant to This Court's Scheduling Order, Plaintiff Safety Star, LLC ("Safety Star" or "Plaintiff") and Defendant Aptibyte, LLC ("Aptibyte" or "Defendant") submit the following Joint Status Report.

**1.　　Statement of the Nature and Complexity of the Case**

Plaintiff maintains this is a simple trademark infringement matter stemming from Defendant's use of the B-SAFE and BSAFE BINGO registered trademarks ("the Marks") to sell



COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

1

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

competing bingo cards to Plaintiff's detriment. Defendant also has used the Marks in its Google advertisements and in images on its website. Discovery may reveal other locations as well. The B-SAFE trademark has been registered since December 20, 2005, with a claimed first-use date of March 1, 1992; and the BSAFE BINGO trademark has been registered since January 22, 2019, with a claimed first-use date of October 31, 2001. Both marks are incontestable under 15 U.S.C. § 1065 and Plaintiff thus "may rely on incontestability to enjoin infringement" and this action "may not be defended on the grounds that the mark is merely descriptive." *See, e.g., Park 'n Fly v. Dollar Park & Fly*, 469 U.S. 189, 205, (1985). Plaintiff maintains that Defendant unlawfully used the Marks directly and provided encouragement to others to infringe as well. Complications may arise over the manner in which Defendant encouraged others, and the manner in which Defendant created infringing Google advertisements, but this is otherwise a simple case.

      Defendant contends that this case involves the misuse of alleged trademark rights in a term that is at best descriptive when used in the manner alleged in Plaintiff's complaint, namely, as the subject matter of bingo cards created by users of Defendant's website. Plaintiff cannot demonstrate commercial use of its alleged trademarks by either Defendant or the users of Defendant's website and therefore, Plaintiff's claims fail on that basis alone. Even if Plaintiff were able to demonstrate such commercial use, Plaintiff will be unable to demonstrate a likelihood of confusion. Additionally, there remain significant issues surrounding Plaintiff's ownership of and/or rights in the alleged trademarks at issue as well as representations made by Plaintiff to the USPTO in the registration of the marks. Defendant does not believe that this case is uniquely complex.

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

2

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

### 2. Proposed Deadline for Joining Additional Parties

The parties propose that the deadline for joining additional parties, and for filing amended pleadings, be 7/23/2025.

### 3. Consent to United States Magistrate Judge

Yes.

### 4. Discovery Plan

(A) <u>initial disclosures</u>;

Defendant provided its initial disclosures on June 16, 2025. Plaintiff provided its initial disclosures on June 18, 2025.

(B) <u>subjects, timing, and potential phasing of discovery</u>;

The subjects of discovery will extend into the claims, defenses, and issues raised by the parties. The parties do not propose phasing of discovery. The parties propose the following Schedule:

| Event | Date |
| --- | --- |
| Jury trial (4 days) | 6/29/2026 |
| Deadline for joining additional parties / filing amended pleadings | 7/23/2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/1/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 1/5/2026 |
| All motions related to discovery must be filed by | 1/12/2026 |
| Discovery completed by | 1/30/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | 2/27/2026 |

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

3

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

(C) <u>electronically stored information;</u>

The parties both have been exchanging electronically stored information and will continue to do so. The parties will disclose ESI records as they are ordinarily kept in the course of their respective clients' businesses whenever such records cannot be reasonably converted to PDF documents and labeled with bates-stamping headers or footers. The parties have already identified the locations of ESI in their respective initial disclosures.

(D) <u>privilege issues;</u>

The parties do not foresee any atypical issues with privilege and will address the procedures regarding asserting privilege. If a disclosing party inadvertently discloses a privileged document, the disclosing party must make a "clawback" request as soon as reasonably possible to the receiving party and identify the privileged document. The parties have agreed to include a provision addressing the inadvertent disclosure of privileged materials in the stipulated protective order they will present to the Court. If a disagreement on the scope of privilege arises, the parties agree to meet and confer before raising the issue with the court.

(E) <u>proposed limitations on discovery;</u>

The parties do not foresee a need to limit discovery beyond the federal and local rules.

(F) <u>need for any discovery related orders;</u>

The parties have already agreed to serve discovery related requests and responses and notices (such as deposition notices and notices of subpoenas) via electronic mail without the need for hard copies. The parties anticipate presenting a proposed stipulated protective order to the Court. At this time, the parties do not see a need to enter any other discovery related orders.

5. **Parties' views, proposals, and agreements of the items in LCR 26(f)(1):**

(A) <u>Prompt Resolution;</u>

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

4

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

The parties anticipate prompt settlement discussions in light of discussion in the Rule 26(f) conference of counsel.

(B) <u>alternative dispute resolution;</u>

The parties are generally in agreement that a prompt resolution through settlement discussions and ADR would be advantageous and anticipate they will attempt some form of settlement discussion or ADR at least once before trial. The parties do not wish to participate in the individualized trial program set forth in LCR 39.2.

(C) <u>related cases;</u>

Case No. 3-23-cv-05440-DGE in the Western District of Washington ("Safety Star I").

(D) <u>discovery management;</u>

The parties do not foresee the need for additional discovery management beyond what is considered in the federal and local rules, and what has been described above and below.

    i. The parties expect to disclose documents in the manner described above.

    ii. The parties agree to share documents obtained from third parties, and will meet and confer regarding cost-sharing measures for such discovery should the need arise.

    iii. The parties do not see a need for regular discovery conferences.

    iv. The parties expect to raise any discovery disputes according to the expedited joint discovery dispute format as considered by LCR 37(a)(2).

    v. The parties may request settlement assistance from a magistrate should the need arise.

    vi. At this time, the parties do not request the abbreviated pretrial order.

    vii. The parties do not request other orders under LCR 16(b) and (c) at this time.

    viii. The parties have agreed to permit virtual depositions.

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

5

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

(E) <u>anticipated discovery sought;</u>

The parties agree that the scope of discovery is to all facts relating to the claims, counterclaims, and defenses of the parties, the asserted relief, and/or any other issues raised in the pleadings and/or contentions as they presently exist or may be amended.

Safety Star will seek discovery surrounding its claims and defenses; Defendant's use of Google Advertisements to create false and misleading association with Plaintiff; the nature and extent of Defendant's encouragement of others to use Plaintiff's trademarks; and the nature and extent of Defendant's profits associated with its unlawful acts as alleged.

Aptibyte will seek discovery on Plaintiff's claims and alleged damages and other relief sought, including but not limited to the following general topics: Albert Culbertson's (and any successor of Mr. Culbertson's) use, registration, and assignment of any "B-SAFE" trademarks; Safety Star's use and registration of any "B-SAFE" trademarks; marketing of "B-SAFE" goods and services; revenue generated by "B-SAFE" goods and services; Mr. Culbertson's and Safety Star's efforts to protect their alleged rights in any "B-SAFE" trademarks; and any evidence of alleged actual confusion and of other of the relevant likelihood of confusion factors.

(F) <u>phasing motions;</u>

The parties do not foresee the need to phase motions at this time.

(G) <u>preservation of discoverable information;</u>

The parties have been instructed to preserve discoverable information. The parties see no issues related to preservation.

(H) <u>privilege issues / inadvertent disclosures of privileged information</u>

See Section 4(D) above.

(I) <u>Model Protocol for Discovery of ESI; and</u>

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

6

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

See Section 4(C).

    (J) <u>Alternatives to Model Protocol</u>.

See Section 4(C).

    (K) <u>Class Action Issues.</u>

Not applicable.

**6.    Date by which discovery can be completed**

The parties believe that discovery can be completed by 1/30/2026.

**7.    Whether the case should be bifurcated**

The parties do not propose any bifurcation in the case at this time.

**8.    Whether the pretrial statements and pretrial order should be dispensed with**

At this time, the parties do not propose dispensing with the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1.

**9.    Any other suggestions for shortening or simplifying the case**

At this time, other than stated herein, the parties have no further suggestions for shortening or simplifying the case but have agreed to meet and confer regarding such suggestions should the opportunity arise.

**10.    Date the case will be ready for trial**

The parties agree that the case will be ready for trial on 6/29/2026, which is approximately one year from the filing of this Joint Status Report, per the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery Depositions and Early Settlement (Dkt. 14 at p. 3).

**11.    <u>Whether the trial will be jury or non−jury</u>.**

Both parties have requested a jury trial.

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

7



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

**12.     The number of trial days required.**

The parties anticipate needing four (4) days of trial testimony.

**13.     The names, addresses, and telephone numbers of all trial counsel.**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Tim J. Billick, WSBA No. 46690<br>Practus LLP<br>E-mail: tim.billick@practus.com<br>Cc: mary.cafasso@paractus.com<br>600 First Ave, Ste.102<br>Seattle, WA  98104<br>Ph. 206-844-6539 | Stacia N. Lay, WSBA #30594<br>Randall H. Moeller, WSBA #21094<br>900 1st Avenue S., Suite 201<br>Seattle, Washington 98134<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>Email: stacia@focallaw.com<br>Email: randall@focallaw.com |

**14.     Dates on which trial counsel may have complications to be considered in setting a trial date**

Counsel for Plaintiff currently has no dates that would present complications in setting a trial date approximately one year from the filing of this Joint Status Report.

Counsel for Defendant currently has no dates that would present complications in setting a trial date approximately one year from the filing of this Joint Status Report.

**15.     Status of service on all defendants**

All Defendants have been served.

**16.     Whether any party wishes a scheduling conference before a scheduling order is entered**

The parties do not wish a scheduling conference before a scheduling order is entered.

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

8

Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

**17.    The dates each nongovernmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1**

Plaintiff filed its disclosure statement on September 12, 2023 (Dkt. 4). Defendant filed its disclosure statement on September 28, 2023 (Dkt. 12).

DATED June 23, 2025.

By _____
Tim J. Billick, WSBA No. 46690
P<small>RACTUS</small> LLP
E-mail:  tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA  98104
Ph. 206-844-6539

*Attorneys for Plaintiff*

FOCAL PLLC

By: *s/ Stacia N. Lay*
      *s/ Randall H. Moeller*
Stacia N. Lay, WSBA #30594
Randall H. Moeller, WSBA #21094
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: randall@focallaw.com

Attorneys for Defendant Aptibyte, LLC

COMBINED JOINT STATUS
REPORT AND DISCOVERY PLAN

Case No. 2:23-cv-01399-BHS

9



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014