HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>    Defendant. | Case No. 2:23-cv-01399-DWC<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND MEDIATION DEADLINE SET FORTH IN ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION (DKT. 40) |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Amend Mediation Deadline Set Forth in Order Setting Trial, Pretrial Dates, and Ordering Mediation (Dkt. 40).

The Court, having considered the Parties' Stipulated Motion hereby ORDERS as follows:

1. The Parties' Stipulated Motion is GRANTED;

2. The amended deadline for completion of 39.1 mediation is April 3, 2026;

3. All other deadlines set forth in the Court's Order Setting Trial, Pretrial Dates, and Ordering Mediation (Dkt. 40) remain in full force and effect.

//

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND MEDIATION DEADLINE (Case No. 2:23-cv-01399-DWC) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

SO ORDERED this ___ day of _____, 2026.

_____
HONORABLE DAVID W. CHRISTEL
UNITED STATES MAGISTRATE JUDGE

Presented by:

FOCAL PLLC

By:  *s/ Stacia N. Lay*
      Stacia N. Lay, WSBA #30594
      Randall H. Moeller, WSBA #21094
      900 1st Avenue S., Suite 201
      Seattle, Washington 98134
      Tel: (206) 529-4827
      Fax: (206) 260-3966
      Email: stacia@focallaw.com
      Email: randall@focallaw.com

Attorneys for Defendant Aptibyte, LLC

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND MEDIATION DEADLINE
(Case No. 2:23-cv-01399-DWC) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966