HONORABLE DAVID W. CHRISTEL

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| SAFETY STAR, LLC, a Missouri limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APTIBYTE, LLC, a Washington limited liability company,<br><br>　　　　Defendant. | Case No. 2:23-cv-01399-DWC<br><br>STIPULATION RE AUTHENTICATION OF DOCUMENTS PRODUCED BY PLAINTIFF SAFETY STAR, LLC AND DEFENDANT APTIBYTE, LLC IN DISCOVERY |

Plaintiff Safety Star, LLC and Defendant Aptibyte, LLC (each a "Party" and collectively, "the Parties"), by and through their counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS, the Parties wish to enter into this Stipulation to avoid disputes as to the authenticity of certain documents and things produced by the Parties in discovery in this action to promote the orderly and efficient introduction of evidence for purposes of summary judgment, trial, and other proceedings in this matter.

**STIPULATION**

THEREFORE, the Parties hereby stipulate and agree as follows:

1.　　For purposes of all proceedings in this matter and except as otherwise stated herein, the Parties stipulate that the documents and things produced by the Parties in discovery (a) are authentic, and (b) meet the foundational requirements of the business records exception of the hearsay rule, and (c) can be sought to be admitted into evidence without the need for

STIPULATION RE DOCUMENTS PRODUCED BY
PLAINTIFF AND DEFENDANT IN DISCOVERY
(Case No. 2:23-cv-01399-DWC) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

supporting witness testimony from a Party or a certification from a Party's custodian. However, the Parties reserve their respective objections as to relevance and competence, materiality, and/or weight to be afforded such documents and things.

2. The Parties agree that this Stipulation shall only apply to documents and things produced by the Parties from their own business records or which the Parties created based on their own business records and produced in discovery. This Stipulation shall not apply to any documents, affidavits, declarations, or any other documents or things produced in this action in response to any subpoena.

3. Notwithstanding the above, the Parties reserve the right to object on any ground (excluding authenticity) to any document or thing governed by this Stipulation that a Party seeks to introduce into evidence.

IT IS SO STIPULATED.

Dated: February 23, 2026        FOCAL PLLC

By: *s/Stacia N. Lay*
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com

Attorneys for Defendant Aptibyte, LLC

Dated: February 23, 2026        PRACTUS LLP

By: *s/Tim J. Billick (signed with permission)*
Tim J. Billick, WSBA No. 46690
600 First Ave., Ste. 102
Seattle, WA 98104
Ph. 206-844-6539
Email: tim.billick@practus.com

Attorneys for Plaintiff Safety Star, LLC

STIPULATION RE DOCUMENTS PRODUCED BY PLAINTIFF AND DEFENDANT IN DISCOVERY
(Case No. 2:23-cv-01399-DWC) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966