Hon. David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SAFETY STAR, LLC., a Missouri limited liability company,

       Plaintiff,

vs.

APTIBYTE, LLC, a Washington limited liability company,

       Defendant.

Case No. 2:23-CV-01399

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL CUSTOMER LISTS

Noting Date: February 27, 2026

**[Proposed] Order Granting Plaintiff's Unopposed Motion to Seal Customer Lists**

Having reviewed Plaintiff's materials, Customer Lists, and arguments, this Court hereby orders that Exhibits K and P remained **SEALED** from the public docket because compelling reasons exist to do so.

**IT IS SO ORDERED**

DATED this 2/27/2026

_____

HON. DAVID W. CHRISTEL
U.S. Magistrate Judge

Presented by Plaintiff on

2/27/2026

By/s/ *Tim Billick*_____

Tim J. Billick, WSBA No. 46690
Practus LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA  98104
Ph. 206-844-6539

*Attorneys for Plaintiff*