Hon. David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SAFETY STAR, LLC., a Missouri limited liability company,

    Plaintiff,

vs.

APTIBYTE, LLC, a Washington limited liability company,

    Defendant.

Case No. 2:23-CV-01399

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Noting Date: May 5. 2026

**[P**ROPOSED**] O**RDER **G**RANTING **P**LAINTIFF'S **M**OTION FOR **S**UMMARY **J**UDGMENT

    Having reviewed the Parties' materials and arguments, this Court finds that Aptibyte committed direct and contributory trademark infringement. Plaintiff is therefore entitled to injunctive relief and a monetary award of $413, 616.

**IT IS SO ORDERED**

DATED this 2/27/2026

_____

Hon. David W. Christel
U.S. Magistrate Judge

Presented by Plaintiff on

2/27/2026

By*/s/ Tim Billick*_____

Tim J. Billick, WSBA No. 46690
Practus LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539

*Attorneys for Plaintiff*

[Proposed] Order Granting Plaintiff's Motion for Summary Judgment

Case No. 2:23-CV-01399

2